# PASHMAN STEIN

A PROFESSIONAL CORPORATION

## COUNSELLORS AT LAW

COURT PLAZA SOUTH

21 MAIN STREET

HACKENSACK, NEW JERSEY 07601-7054

(201) 488-8200

FAX (201) 488-5556

www.pashmanstein.com

October 9, 2007

Honorable Harold A. Ackerman, U.S.D.J.
United States District Court
United States Post Office
 & Courthouse Building - Room 305
P.O. Box 999
Newark, New Jersey 07101-0999
**VIA PACER**

> Re:  *N.V.E., Inc. v. Palmeroni*
> *Docket No.  2:06-CV-05455(HAA)(ES)*
> *Our File No. 6026-044*

Dear Judge Ackerman:

This letter follows our October 4 letter seeking adjournment of defendants' sanctions motion to make it returnable on the same day as the related dismissal motion, November 12, 2007.  Since writing, I have reached counsel to the moving party, Neil Grossman, who consented to this request.  Accordingly, I ask that the sanctions motion be adjourned to the same return date as its related dismissal motion, November 12.  Please note that Daniel Stolz, Esq., and his firm, other respondents, join in this request.

Respectfully yours,

/s/ Jennifer Castranova

JENNIFER CASTRANOVA

JC/lgc
cc:  Brian Cige, Esq.
     Neil Grossman, Esq.
     Daniel M. Stolz, Esq.
     Michael McLaughlin, Esq.
     Robert Occhifinto