Samuel J. Samaro, Esq.
David G. White, Esq.
Ellen W. Smith, Esq.
**PASHMAN STEIN**
A Professional Corporation
Court Plaza South
21 Main Street
Hackensack, New Jersey 07601
(201) 488-8200

Counsel for Plaintiff,
  **N.V.E., Inc.**, and
  Third-Party Defendants,
  **Robert Occhifinto and Walter Orcutt**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC., <br><br> Plaintiff, <br><br> v. <br><br> PALMERONI, et al., <br><br> Defendants. | CIVIL ACTION NO. 06-5455 (HAA-ES) <br><br><br> **PRETRIAL SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a telephonic scheduling conference on December 3, 2007; and for good cause shown,

IT IS on this 18th day of December, 2007,

**ORDERED THAT:**

1. **Fact Discovery Deadline**. Fact discovery is to remain open through April 8, 2008. All fact witness depositions must be completed by the close of fact discovery. No discovery is to

be issued or engaged in beyond that date, except upon application and for good cause shown.

2. **Motions to Add New Parties**. Any motion to add new parties, whether by amended or third-party complaint, must be returnable no later than February 1, 2008.

3. **Motions to Amend Pleadings**. Any motion to amend pleadings must be returnable no later than February 1, 2008.

4. **Answers to Interrogatories and Document Production**. Interrogatories and Requests for Production of Documents shall be responded to by February 1, 2008.

5. **Telephone Status Conference**. There will be a telephone status conference before the undersigned on April 16, 2008 at ~~12:00 p.m.~~ 11:00 a.m. The conference call is to be initiated by plaintiff's counsel. One week prior to the conference, each party must submit a confidential memorandum to the Court [via facsimile (973) 645-2469], not to exceed five pages summarizing the relevant facts, the respective legal positions, status of the case and the client's position on settlement.

6. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY RESULT IN SANCTIONS.**

_____
ESTHER SALAS
UNITED STATES MAGISTRATE JUDGE