## BRONSTEIN, GEWIRTZ & GROSSMAN, LLC

*PLEASE RESPOND TO:*

144 N. BEVERWYCK ROAD, # 187
LAKE HIAWATHA, NEW JERSEY 07034
TELEPHONE: (973) 335-6409
TELECOPIER: (973) 335-3717
*E-mail: neil@bgandg.com*

PERETZ BRONSTEIN (NY)
EDWARD N. GEWIRTZ* (NJ AND NY)
NEIL GROSSMAN (NJ AND NY)

*NEW JERSEY OFFICE*
40 CALUMET AVENUE
LAKE HIAWATHA, NJ 07034

* REGISTERED PATENT ATTORNEY

*NEW YORK OFFICE*
60 EAST 42ND STREET
SUITE 4600
NEW YORK, NY 10165
(212) 697-6484

March 20, 2008

**VIA ELECTRONIC FILING and UPS GROUND SERVICE**

Hon. Esther Salas, U.S.M.J.
United States District Court for
  the District of New Jersey
50 Walnut Street, Room 2060
Newark, New Jersey 07101

        Re:  *N.V.E., Inc. v. Jesus Palmeroni, et als.*
             Docket No.: 2:06-CV-05455 (HAA) (ES)

Dear Judge Salas:

        This office, together with the firm of Green, Savits &
Lenzo, LLC, represents defendant/third party plaintiff Jesus
Joseph Palmeroni in this action.  I write in regard to the
proposed order sent to you by counsel for the plaintiff, N.V.E.,
Inc., and third party defendants, Messrs. Occhifinto and Orcutt
(together, the "NVE Parties").

        Paragraph 4 of Your Honor's Pretrial Scheduling Order of
December 19, 2007, a copy of which is attached hereto, required
the parties to exchange their responses to each other's
interrogatories and demands for production of documents by
February 1, 2008.  Mr. Palmeroni's responses were duly provided
by that date; the responses of the NVE Parties have however not
yet been supplied as of this writing.  Accordingly, in my March
17, 2008 letter to counsel (a copy of which is attached)
responding to his telephoned request for consent to a 60-day
discovery extension, I specifically noted our concern that unless
the NVE Parties were directed to provide responses by a date
certain, they "may continue to ignore their obligations in the

Hon. Esther Salas, U.S.M.J.                    March 20, 2008
Page 2


action."  The form of proposed order submitted to you, which
merely substitutes "March 31, 2008" as an interrogatory response
deadline for the February 1, 2008 deadline appearing in your
December 19 order, does little to discourage the NVE parties from
ignoring the new deadline as the old one was ignored.

     Accordingly, we insisted on a date certain by which the NVE
parties must respond, with a 60-day discovery period to run from
that date.  Counsel's proposed order eviscerates this linkage
between provision of the NVE Parties' responses and commencement
of a 60-day period in which other discovery may proceed.  That
result appears to us inequitable, especially as the NVE Parties
have now been in possession of Mr. Palmeroni's responses for
almost two months.

     I therefore attach a form of proposed order for the Court's
consideration that I believe more accurately reflects the terms
of the consent tendered.  We thank Your Honor for your
consideration of these issues.

                         Respectfully submitted,

                         s/ Neil Grossman____
                         Neil Grossman


cc:  (by email)
     Mr. Jesus Joseph Palmeroni
     Glen D. Savits, Esq.
     Robert J. Basil, Esq.
     David G. White, Esq.


                         -2-

Samuel J. Samaro, Esq.
David G. White, Esq.
Ellen W. Smith, Esq.
**PASHMAN STEIN**
A Professional Corporation
Court Plaza South
21 Main Street
Hackensack, New Jersey 07601
(201) 488-8200

Counsel for Plaintiff,
  **N.V.E., Inc.**, and
  Third-Party Defendants,
  **Robert Occhifinto and Walter Orcutt**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC., <br><br>           Plaintiff, <br><br> v. <br><br> PALMERONI, et al., <br><br>           Defendants. | CIVIL ACTION NO. 06-5455 <br> (HAA-ES) <br><br><br> **PRETRIAL SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a telephonic scheduling conference on December 3, 2007; and for good cause shown,

**IT IS** on this 18th day of December, 2007,

**ORDERED THAT:**

1. **Fact Discovery Deadline**. Fact discovery is to remain open through April 8, 2008. All fact witness depositions must be completed by the close of fact discovery. No discovery is to

be issued or engaged in beyond that date, except upon
application and for good cause shown.

    2.   **Motions to Add New Parties**.  Any motion to add new
parties, whether by amended or third-party complaint, must be
returnable no later than February 1, 2008.

    3.   **Motions to Amend Pleadings**.  Any motion to amend
pleadings must be returnable no later than February 1, 2008.

    4.   **Answers to Interrogatories and Document Production**.
Interrogatories and Requests for Production of Documents shall
be responded to by February 1, 2008.

    5.   **Telephone Status Conference**.  There will be a
telephone status conference before the undersigned on *April 16*,
2008 at ~~12:00 p.m.~~ *11:00 a.m.*  The conference call is to be initiated by
plaintiff's counsel.  One week prior to the conference, each
party must submit a confidential memorandum to the Court [via
facsimile (973) 645-2469], not to exceed five pages summarizing
the relevant facts, the respective legal positions, status of
the case and the client's position on settlement.

    6.   **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY
SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY RESULT IN
SANCTIONS**.

                **ESTHER SALAS**
                **UNITED STATES MAGISTRATE JUDGE**

### BRONSTEIN, GEWIRTZ & GROSSMAN, LLC

*PLEASE RESPOND TO:*
144 N. BEVERWYCK ROAD, # 187
LAKE HIAWATHA, NEW JERSEY 07034
TELEPHONE: (973) 335-6409
TELECOPIER: (973) 335-3717
*E-mail: neil@bgandg.com*

PERETZ BRONSTEIN (NY)
EDWARD N. GEWIRTZ* (NJ AND NY)
NEIL GROSSMAN (NJ AND NY)

*NEW JERSEY OFFICE*
40 CALUMET AVENUE
LAKE HIAWATHA, NJ 07034

* REGISTERED PATENT ATTORNEY

*NEW YORK OFFICE*
60 EAST 42ND STREET
SUITE 4600
NEW YORK, NY 10165
(212) 697-6484

March 17, 2008

**VIA EMAIL and U.S. MAIL**

David G. White, Esq.
Pashman Stein, P.C.
21 Main Street
Hackensack, New Jersey 07601

        Re:  *N.V.E., Inc. v. Jesus Palmeroni, et als.*
             Docket No.: 2:06-CV-05455 (HAA) (ES)

Dear David:

        I write in regard to your recent request for Mr. Palmeroni's
consent to a 60-day discovery extension.

        As you are aware, responses to written discovery were due on
February 1, and Mr. Palmeroni provided his responses by that
date.  Your clients have yet to comply, and we are concerned that
if we consent to the 60-day extension you seek, they may continue
to ignore their obligations in the action.

        Accordingly, we will consent to the extension you seek on
the following terms, subject, of course, to the court's approval:

        1.    Plaintiff and third party defendants must provide their
discovery responses by a date certain;

        2.    The discovery period shall be extended to the date 60
days from the date such responses have been provided;

        3.    Consent shall not be deemed to be a waiver of
Palmeroni's already existing right to move to compel the
disclosure that is already overdue.

David G. White, Esq.                            March 17, 2008
Page 2


    Please advise as to how your clients wish to proceed.  Thank
you very much.

                                       Very truly yours,

                                        s/ Neil Grossman
                                      Neil Grossman

cc:  Mr. Jesus J. Palmeroni
     Glen D. Savits, Esq.
     Robert J. Basil, Esq.

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
144 N. Beverwyck Road, # 187
Lake Hiawatha, New Jersey 07034
(973) 335-6409
       - and -
GREEN, SAVITS & LENZO, LLC
35 Airport Road – Suite 350
Morristown, New Jersey 07960
(973) 695-7777
*Attorneys for defendant*
*JESUS J. PALMERONI*

            UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY

-----------------------------------X
N.V.E., INC.,                      :      Civil Action No.:
                                          2:06-CV-05455(HAA)(ES)
          Plaintiff,               :

     - v. -                        :

JESUS J. PALMERONI, a/k/a Joseph   :
Palmeroni, RONALD SUMICEK, SUNBELT
MARKETING, ABC CORPORATIONS 1-10   :
and JOHN DOES 1-10,                       **PRETRIAL SCHEDULING ORDER**
                                   :
          Defendants.              :
-----------------------------------X
JESUS J. PALMERONI,                :

          Third party plaintiff,   :

     - v. -                        :

ROBERT OCCHIFINTO,                 :

          Third party defendant.   :
-----------------------------------X

     THIS MATTER came before the Court on application of

Plaintiff, NVE Inc., with the consent of counsel to defendants;

                             1

and for good cause shown;

**IT IS** on this ___ day of March, 2008,

**ORDERED THAT:**

1.   <u>Outstanding Written Discovery</u>.  Plaintiff NVE, INC. and third party defendants ROBERT OCCHIFINTO and WALTER ORCUTT shall respond to plaintiff's interrogatories and demands for production of documents no later than March 31, 2008.

2.   <u>Fact Discovery Deadline</u>.  Fact discovery is to remain open through the date (the "Discovery End Date") 60 days following the date on which plaintiff NVE, INC. and third party defendants ROBERT OCCHIFINTO and WALTER ORCUTT have actually served their responses to plaintiff's interrogatories and demands for production of documents.  All fact witness depositions must be completed by the Discovery End Date.  No discovery is to be issued or engaged in beyond the Discovery End Date, except upon application and for good cause shown.

3.   <u>Reservation of Rights</u>.  Nothing in this Order shall be deemed to supersede any previously ordered discovery deadlines or to preclude any party from moving for an order imposing sanctions on any other party for failure to comply with such deadlines.

4.   <u>Telephone Status Conference</u>.  The telephone status conference presently scheduled for April 16, 2008 at 11 a.m. is adjourned to _____ at _____ _.m.  The conference call is to be initiated by plaintiff's counsel.  One week prior to the

2

conference, each party must submit a confidential memorandum to the Court (via facsimile 973-645-2469), not to exceed five pages, summarizing the relevant facts, the respective legal positions, status of the case and the client's position on settlement.

5.   FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY RESULT IN SANCTIONS.

_____
ESTHER SALAS, U.S.M.J.

3