02/11/2008  06:01    19086852274             CIGE LAW                      PAGE  02

LAW OFFICES OF BRIAN M. CIGE
Brian M. Cige, Esq. (BC 4398)
7 East High Street
Somerville, New Jersey 08876
Attorney for Defendants Ronald Sumicek and
Sunbelt Marketing
Phone:      (908) 685-3775
Fax:        (908) 685-2274

| | |
|---|---|
| N.V.E., INC., | UNITED STATES DISTRICT COURT |
| Plaintiff, | FOR THE DISTRICT OF NEW JERSEY |
| | Case No.: 2:06-CV-05455 (HHA) (ES) |
| vs. | |
| | Civil Action |
| JESUS J. PALMERONI, a/k/a Joseph Palmeroni, RONALD SUMICEK, SUNBELT MARKETING, ABC CORPORATIONS 1-10 and JOHN DOES 1-10, | CONSENT ORDER FOR SUBSTITUTION OF ATTORNEY |
| Defendants. | |
| JESUS PALERONI, | |
| Third Party Plaintiff, | |
| vs. | |
| ROBERT OCCHIFINTO, | |
| Third Party Defendant. | |

The undersigned hereby consent to the substitution of Collier & Basil, PC, as attorneys for Defendants, Ronald Sumicek and Sunbelt Marketing, in the above-entitled matter.

LAW OFFICES OF BRIAN M. CIGE                    COLLIER & BASIL, PC
Withdrawing Attorney                            Superseding Attorneys

BRIAN M. CIGE, ESQ.                             ROBERT J. BASIL, ESQ.
DATED:      11 February 2008                    DATED:

MCCORMICK, MCNEEL, EDLER
& WILLIAMS, LLP
Withdrawing Attorney

ANDREW F. MCCORMICK, ESQ.
DATED: