**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

July 9, 2008

## LETTER ORDER

Re: N.V.E., Inc. v. Palmeroni, et al
Civil Action No. 06-5455 (HAA)

Dear Counsel:

    Please be advised that a Settlement Conference before the undersigned has been scheduled for **September 23, 2008, at 10:00 AM**. **Trial counsel and clients with full settlement authority are to be present IN PERSON at the conference.** One week prior to the conference, each party is to deliver to the Court a confidential letter, NOT to exceed 5 pages in total, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. **Any failure in this regard shall result in the imposition of sanctions.**

    SO ORDERED.

                                           *s/Esther Salas*
                                           **Esther Salas, U.S.M.J**

cc: Clerk
      Hon. Peter G. Sheridan, U.S.D.J.
      File