Samuel J. Samaro, Esq.
David G. White, Esq.
Ellen W. Smith, Esq.
**PASHMAN STEIN**
A Professional Corporation
Court Plaza South
21 Main Street
Hackensack, New Jersey 07601
(201) 488-8200

Counsel for Plaintiff,
  **N.V.E., Inc.,** and
  Third-Party Defendants,
  **Robert Occhifinto and Walter Orcutt**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC., <br><br> Plaintiff, <br><br> v. <br><br> JESUS J. PALMERONI a/k/a JOSEPH PALMERONI, RONALD SUMICEK, SUNBELT MARKETING, ABC CORPORATIONS 1-10, and JOHN DOES 1-10, <br><br> Defendants. | CIVIL ACTION NO. 06-5455 (GEB) <br><br> Document Electronically Filed <br><br> **NOTICE OF MOTION TO WITHDRAW REFERRAL OF THIS CASE TO BANKRUPTCY COURT, PURSUANT TO 28 U.S.C. §157** |
| JESUS J. PALMERONI, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> ROBERT OCCHIFINTO AND WALTER ORCUTT, <br><br> Third-Party Defendants. | |

**TO:  NEIL GROSSMAN, ESQ.**
      Bronstein, Gewirtz & Grossman, LLC
      144 N. Beverwyck Road, # 187
      Lake Hiawatha, New Jersey 07034

**C. RONALD STAFFORD, JR., ESQ.**
Collier & Basil, P.C.
475 Wall Street
Princeton, New Jersey 08540

**SIRS:**

**PLEASE TAKE NOTICE** that on Monday, August 17, 2009 or as soon thereafter as counsel can be heard, Plaintiff, N.V.E., Inc., and Third-Party Defendants, Robert Occhifinto and Walter Orcutt, by and through their attorneys, Pashman Stein, A Professional Corporation, shall move before the Hon. Garrett E. Brown, U.S.D.J. in the United States District Court for the District of New Jersey for an Order withdrawing the referral of this matter to the United States Bankruptcy Court, District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff and Third-Party Defendants shall rely upon the accompanying Brief in support of this motion and Certification of David G. White.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached.

**PLEASE TAKE FURTHER NOTICE** that plaintiff hereby requests oral argument.

**PASHMAN STEIN**
A Professional Corporation
Attorneys for Plaintiff,
N.V.E., Inc. and Third-Party
Defendants, Robert Occhifinto
and Walter Orcutt

Dated:  July 23, 2009   By:  s/ Ellen W. Smith_____
**ELLEN W. SMITH**
**SAMUEL J. SAMARO**
**DAVID G. WHITE**
Court Plaza South
21 Main Street
Hackensack, New Jersey 07601
(201) 488-8200
esmith@pashmanstein.com
ssamaro@pashmanstein.com
dwhite@pashmanstein.com