UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| N.V.E., INC., | : | Civil Action No. 06-5455 (GEB) |
| Plaintiff, | : | |
| v. | : | ORDER |
| JESUS J. PALMERONI, a/k/a Joseph Palmeroni, et al. | : | |
| Defendants. | : | |

This matter having been opened to the Court upon Motion by Defendants Ronald Sumicek and Sunbelt Marketing, seeking leave to file an Amended Answer and Counterclaim pursuant to FED.R.CIV.P. 15(a) and 16; and the Plaintiff and Defendant Jesus Palmeroni a/k/a Joseph Palmeroni having filed no opposition thereto; and the Court having considered the liberal policy favoring the amendment of pleadings articulated in *Foman v. Davis,* 371 U.S. 178, 182 (1962); and for good cause shown,

**IT IS** on this 3rd day of February, 2010,

**ORDERED** that Defendants Ronald Sumicek and Sunbelt Marketing's Motion for leave to file an Amended Answer and Counterclaim is hereby **GRANTED** and Defendants Ronald Sumicek and Sunbelt Marketing shall serve their Amended Answer and Counterclaim within 10 days of entry of this Order.

s/ Esther Salas
**HONORABLE ESTHER SALAS,**
**United States Magistrate Judge**