BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
144 N. Beverwyck Road, # 187
Lake Hiawatha, New Jersey 07034
(973) 335-6409
Attorneys for defendant/third party plaintiff
JESUS J. PALMERONI

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
-------------------------------------X
N.V.E., INC.,                        :      Civil Action No.:
                                            2:06-CV-05455(GEB)(ES)
          Plaintiff,                 :

   - v. -                            :      DATE OF MOTION:
                                            April 22, 2010
JESUS J. PALMERONI, a/k/a Joseph     :
Palmeroni, RONALD SUMICEK, SUNBELT
MARKETING, ABC CORPORATIONS 1-10     :
and JOHN DOES 1-10,
                                     :         O R D E R
          Defendants.                       GRANTING LEAVE TO
                                     :      SERVE MOTION,
-------------------------------------X      STAYING SUBPOENA
JESUS J. PALMERONI,                  :      AND ADDRESSING
                                            DISCOVERY DISPUTES
          Third-party plaintiff,     :

   - v. -                            :

ROBERT OCCHIFINTO and WALTER         :
ORCUTT,
                                     :
          Third-party defendants.
                                     :
-------------------------------------X
RONALD SUMICEK, et al,               :

          Third party plaintiff,     :
```

    - v. -                         :

CB DISTRIBUTORS, INC.,            :

       Third party defendant.   :

-------------------------------------X

On or about April 22, 2010, defendant JESUS JOSEPH PALMERONI moved at conference before the Court for an Order (1) granting him leave to move pursuant to Fed. R. Civ. Proc. 26(c) for a Protective Order with respect to certain documents and information sought by the plaintiff, (2) granting him leave to move pursuant to Fed. R. Civ. Proc. 45(c) for an Order quashing or modifying a subpoena served by plaintiff N.V.E., INC. upon non-party LAKELAND BANK,; and (3) staying the return date of that subpoena pending resolution of such motions.

Also at conference on or about April 22, 2010, the Court considered certain discovery disputes raised by the parties, including (1) whether plaintiff N.V.E., INC. had complied with certain document demands served by defendants RONALD SUMICEK and SUNBELT MARKETING, and (2) whether defendants RONALD SUMICEK and SUNBELT MARKETING had adequately identified which of the documents they produced in this action correspond to particular document demands served by plaintiff N.V.E., INC.

Having considered the aforementioned motion and issues, the
Court is of the opinion that the motion should be granted and the
disputes resolved by dates certain.  Accordingly, it is hereby

ORDERED, that non-party LAKELAND BANK will not produce any
of the documents or information sought by the subpoena served
upon it until further order of this Court; and it is further

ORDERED, that on or prior to April 30, 2010, defendant/third
party plaintiff JESUS JOSEPH PALMERONI may serve and file papers
moving the Court for a protective order pursuant to Fed. R. Civ.
Proc. 26(c), and/or for an order quashing or modifying the
subpoena served upon non-party LAKELAND BANK pursuant to Fed. R.
Civ. Proc. 45(c); and it is further

ORDERED, that plaintiff N.V.E., INC. may serve and file
papers in opposition to any such motion on or before May 7, 2010;
and it is further

ORDERED, that on or before April 30, 2010, counsel for
defendants RONALD SUMICEK and SUNBELT MARKETING shall advise the
Court as to which document demands served by them upon plaintiff
N.V.E., INC. have not as of that date been satisfied; and it is
further

ORDERED, that on or before May 3, 2010, counsel for
defendants RONALD SUMICEK and SUNBELT MARKETING shall advise
counsel for plaintiff N.V.E., INC. as to which documents produced

in the action are responsive to the particular document demands
served by plaintiff N.V.E., Inc.

Dated:    4/20/10