BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
144 N. Beverwyck Road, # 187
Lake Hiawatha, New Jersey 07034
(973) 335-6409
    - and -
DAVID ROSTAN, ESQ.
248 Columbia Turnpike, Bldg. 1
Florham Park, NJ 07932
(973) 520-8301
Attorneys for defendant/third party plaintiff
JESUS J. PALMERONI

```
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY

-----------------------------------X
N.V.E., INC.,                      :    Civil Action No.:
                                        2:06-CV-05455(HAA)(ES)
        Plaintiff,                 :

   - v. -                          :        MOTION DATE:
                                             June 11, 2010
JESUS J. PALMERONI, a/k/a Joseph   :
Palmeroni, RONALD SUMICEK, SUNBELT
MARKETING, ABC CORPORATIONS 1-10   :
and JOHN DOES 1-10,                     ORAL ARGUMENT REQUESTED
                                   :
        Defendants.
                                   :          NOTICE OF
-----------------------------------X     MOTION TO QUASH AND
JESUS J. PALMERONI,                :     FOR PROTECTIVE ORDER

        Third-party plaintiff,     :

   - v. -                          :

ROBERT OCCHIFINTO and WALTER       :
ORCUTT,
                                   :
        Third-party defendants.
                                   :
-----------------------------------X
```

**PLEASE TAKE NOTICE** that on June 11, 2010, at 1:00 p.m. in the afternoon of that day or as soon thereafter as counsel may be heard, pursuant to the Order of Hon. Esther Salas, U.S.M.J. dated April 26, 2010, defendant JESUS JOSEPH PALMERONI and non-party witness NATIONAL RETAIL CONSULTING GROUP, INC., by and through their attorneys, Bronstein, Gewirtz & Grossman, LLC, will move this Court at the Martin Luther King, Jr. Federal Building and Court House, 50 Walnut Street, Newark, New Jersey 07102, for an Order:

(1) quashing the subpoenas served on LAKELAND BANK seeking records of any and all accounts maintained there by NATIONAL RETAIL CONSULTING GROUP, INC. pursuant to Fed. R. Civ. Proc. 45(c), and

(2) entering an order directing that certain discovery requested by the plaintiff not be had or, in the alternative, limiting the scope of such discovery and directing the manner in which it shall be provided, pursuant to Fed. R. Civ. Proc. 26(c), and

(3) granting such other and further relief as this Court may deem appropriate.

**PLEASE TAKE FURTHER NOTICE** that movant relies upon the accompanying Memorandum of Law, Declaration of Joseph Palmeroni

and Declaration of Neil Grossman, together with the exhibits annexed thereto. A proposed form of Order is submitted herewith.

                                        BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
*Attorneys for defendant Jesus Joseph Palmeroni*

Dated: April 30, 2010      By: s/ Neil Grossman
                                          Neil Grossman

CERTIFICATE OF SERVICE

    I hereby certify that on April 30, 2010, I served the foregoing Notice of Motion, together with supporting memorandum of law, two supporting declarations and a proposed form of Order, upon all parties of record appearing in this action by electronic means, by filing such documents with this Court via its Electronic Filing System.

Dated:  April 30, 2010

                                              _s/ Neil Grossman_
                                              NEIL GROSSMAN