LAW OFFICE OF FRED SHAHROOZ SCAMPATO, PC
445 East Broad Street
Westfield, New Jersey 07090
(908) 301-9095
*Attorney for defendant/third party plaintiff*
*JESUS J. PALMERONI*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
-----------------------------------X
```
| | | |
|---|---|---|
| N.V.E., INC., | : | Civil Action No.: |
| | | 2:06-CV-05455(HAA)(ES) |
| Plaintiff, | : | |
| - v. - | : | |
| JESUS J. PALMERONI, et als., | : | |
| Defendants. | : | **NOTICE OF APPEARANCE** |

```
-----------------------------------X
```
| | |
|---|---|
| JESUS J. PALMERONI, | : |
| Third party plaintiff, | : |
| - v. - | : |
| ROBERT OCCHIFINTO, et al. | : |
| Third party defendant. | : |

```
-----------------------------------X
```
| | |
|---|---|
| RONALD SUMICEK, et al, | : |
| Third party plaintiff, | : |
| - v. - | : |
| CB DISTRIBUTORS, INC., | : |
| Third party defendant. | : |

```
-----------------------------------X
```

**TO:**   United States District Court Clerk
M.L. King, Jr. Federal Bldg. & U.S. Courthouse

1

50 Walnut Street
Newark, New Jersey 07101

Samuel J. Samaro, Esq.
David G. White, Esq.
Pashman Stein, P.C.
21 Main Street
Hackensack, New Jersey 07601
*Attorneys for plaintiff N.V.E., Inc.*

David Rostan, Esq.
248 Columbia Turnpike
Suite 7, Building 1
Florham Park, New Jersey 07932
*Attorney for defendant, third party plaintiff, Jesus J. Palmeroni*

C. Ronald Stafford, Jr., Esq.
Collier & Basil, P.C.
475 Wall Street
Princeton, New Jersey 08540
*Attorney for third party defendant, Ronald S. Sumicek and Sunbelt Marketing,*


PLEASE TAKE NOTICE that the undersigned enters this appearance on behalf of defendant/third party plaintiff Jesus J. Palmeroni in the above entitled case.

LAW OFFICE OF FRED SHAHROOZ SCAMPATO, P.C.
*Attorney for defendant/third party plaintiff JESUS J. PALMERONI*

Dated:  August 25, 2010      By:  */s/Fred Shahrooz Scampato*
                                  Fred Shahrooz Scampato, Esq.

FRED SHAHROOZ SCAMPATO does hereby certify and say that:

1.    On August 25, 2010, I caused a copy of the within Notice of Appearance to be served upon:

United States District Court Clerk
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Samuel J. Samaro, Esq.
David G. White, Esq.
Pashman Stein, P.C.
21 Main Street
Hackensack, New Jersey 07601
*Attorneys for plaintiff N.V.E., Inc.*

David Rostan, Esq.
248 Columbia Turnpike
Suite 7, Building 1
Florham Park, New Jersey 07932
*Attorney for defendant, third party plaintiff, Jesus J. Palmeroni*

C. Ronald Stafford, Jr., Esq.
Collier & Basil, P.C.
475 Wall Street
Princeton, New Jersey 08540
*Attorney for third party defendant, Ronald S. Sumicek and Sunbelt Marketing*,

2.    I certify under penalty of perjury that the foregoing is true and correct.

DATED: August 25, 2010                    */s/ Fred Shahrooz Scampato*
                                          Fred Shahrooz Scampato, Esq.

3