BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
144 N. Beverwyck Road, # 187
Lake Hiawatha, New Jersey 07034
(973) 335-6409
Attorneys for defendant
JESUS J. PALMERONI

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------X
N.V.E., INC.,                       :   Civil Action No.:
                                        2:06-CV-05455(HAA)(ES)
    Plaintiff,                      :

- v. -                              :   **MOTION DATE:**
                                        ***June 11, 2010***
JESUS J. PALMERONI, a/k/a Joseph    :
Palmeroni, RONALD SUMICEK, SUNBELT
MARKETING, ABC CORPORATIONS 1-10    :
and JOHN DOES 1-10,
                                    :   O R D E R
    Defendants.                         **PERMITTING WITHDRAWAL**
                                    :   <u>**OF COUNSEL**</u>
------------------------------------X
JESUS J. PALMERONI,                 :

    Third-party plaintiff,          :

- v. -                              :

ROBERT OCCHIFINTO and WALTER        :
ORCUTT,
                                    :
    Third-party defendants.
                                    :
------------------------------------X

On or about June 2, 2010, BRONSTEIN, GEWIRTZ & GROSSMAN, LLC, counsel in this action for defendant JESUS JOSEPH PALMERONI, moved for an Order permitting it to withdraw as Mr. Palmeroni's

counsel in this action pursuant to Local Civ. R. 102.1 and N.J. RPC 1.16(b).

Having considered the motion, the submissions and argument of the parties and counsel on June 11, 2010, and having examined Mr. Palmeroni on June 11, 2010, the Court is of the opinion that the motion should be granted. Accordingly, it is hereby

ORDERED, that the motion of defendant BRONSTEIN, GEWIRTZ & GROSSMAN, LLC is GRANTED; and it is further

ORDERED, that BRONSTEIN, GEWIRTZ & GROSSMAN, LLC shall be removed as counsel of record for defendant JESUS JOSEPH PALMERONI in this action; and it is further

~~ORDERED, that defendant JESUS JOSEPH PALMERONI must enter an appearance in this action either through counsel or as a defendant pro se within __ days of the date hereof; and it is further~~

~~ORDERED, that discovery to be taken from Mr. Palmeroni shall be stayed for a period of __ days from the date hereof pending his entry of an appearance in this action by counsel or as a defendant pro se; and it is further~~

ORDERED, that any and all notices in this action that would have been served upon Bronstein, Gewirtz & Grossman, LLC are to be served instead upon Mr. Palmeroni's counsel David Rostan, Esq. *& Fred Shavoor-Scaupato, Esq.* ~~until such time as Mr. Palmeroni has entered an appearance in~~

~~this action by counsel or as a defendant pro se~~; and it is further

ORDERED, that upon its receipt of this Order, Bronstein, Gewirtz & Grossman, LLC shall serve Mr. Palmeroni with a copy thereof by electronic mail, first class mail and certified mail, return receipt requested.

Dated: ~~June~~ August 27, 2010

*[signature: Esther Salas]*

-3-