# PASHMAN STEIN
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW

SAMUEL J. SAMARO
SHAREHOLDER
DESIGNATED BY THE SUPREME
COURT OF NEW JERSEY AS A
CERTIFIED CIVIL TRIAL ATTORNEY

DIRECT DIAL: 201-270-4908
E-MAIL: ssamaro@pashmanstein.com

September 7, 2010

**VIA ELECTRONIC FILING**
Hon. Esther Salas, U.S.M.J
94 Martin Luther King Jr.
Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07102

  Re: *NVE, Inc. v. Palmeroni, et al.*
    *Civil Action No. 06-5455(GEB)(ES)*
    *Our File No. 6026-044*
    *Motion Return Date: September 7, 2010*

Dear Judge Salas:

  Currently pending before the Court is a Motion to Quash two subpoenas issued on behalf of NVE to secure bank records from two companies, American Wholesale Distribution, Inc. and VAR Consulting. NVE's Opposition to the Motion and a Reply have also been filed with the Court.

  The records that we hope to obtain from those two companies are extremely important for next round of depositions that we intend to take. As such, and without meaning to impose on the Court's schedule, we respectfully request that this motion be addressed as soon as possible.

  As the Court is aware, this matter has been greatly delayed as a result of Mr. Palmeroni's failure to secure new counsel until recently. As the Court is also aware, we anticipate amending the RICO complaint to add additional parties and claims against others, including, but not limited to, Vincent Rosarbo, American Wholesale Distribution, Inc. and VAR Consulting. Rather than amend on a piecemeal basis and rather than re-deposing Mr. Palmeroni multiple additional times as more information is gathered, we believe that the Court's early

## PASHMAN STEIN, P.C.

Hon. Esther Salas, U.S.M.J
September 7, 2010
Page 2


decision on the Motion to Quash would be helpful to moving this case expeditiously to the next stage of pleading and discovery.

    I thank you for your consideration of this request.

                          Respectfully,



                          SAMUEL J. SAMARO

SJS/se
pc:    Stephen Dratch, Esq. (via e-mail)
        David Rostan, Esq. (via e-mail)
        Fred Shahrooz Scampato, Esq. (via e-mail)
        Robert Basil, Esq. (via e-mail)
        C. Ronald Stafford, Esq. (via e-mail)