**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

September 28, 2010

**LETTER ORDER**

Re:   N.V.E., Inc. v. Palmeroni, et al.
       **Civil Action No. 06-5455 (GEB)**

Dear Counsel:

Today, the Court heard oral argument regarding non-parties VAR Consulting and American Wholesale Distribution Inc.'s motion to quash subpoenas issued to Bank of America (Docket Entry No. 130). The Court hereby **DENIES** the motion. Please note that the Court also ruled that the information must be produced pursuant to the terms of the discovery confidentiality order and for the temporal scope noted during argument. The parties may refer to the transcript for the Court's ruling in full.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**