Samuel J. Samaro, Esq.
David G. White, Esq.
Ellen W. Smith, Esq.
**PASHMAN STEIN**
A Professional Corporation
Court Plaza South
21 Main Street
Hackensack, New Jersey 07601
(201) 488-8200

Counsel for Plaintiff,
  **N.V.E., Inc.**, and
  Third-Party Defendants,
  **Robert Occhifinto and Walter Orcutt**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| N.V.E., INC., <br><br> Plaintiff, <br><br> v. <br><br> JESUS J. PALMERONI a/k/a JOSEPH PALMERONI, RONALD SUMICEK, SUNBELT MARKETING, ABC CORPORATIONS 1-10, and JOHN DOES 1-10, <br><br> Defendants. | CIVIL ACTION NO. 06-5455 (GEB)(ES) <br><br> MOTION DATE: November 1, 2010 <br><br> **NOTICE OF CROSS-MOTION TO EXTEND THE TIME PERIOD SUBJECT TO DISCOVERY AND OPPOSITION TO PALMERONI MOTION TO QUASH DOCUMENTS AND FOR A PROTECTIVE ORDER RELATING TO GLOBAL MARKETING AND SALES GROUP, LLC** |
|---|---|
| JESUS J. PALMERONI, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> ROBERT OCCHIFINTO AND WALTER ORCUTT, <br><br> Third-Party Defendants. | |

**TO:  LAW OFFICE OF FRED SHAHROOZ SCAMPATO, ESQ.**
      445 East Broad Street
      Westfield, New Jersey 07090

**DAVID ROSTAN, ESQ.**
248 Columbia Turnpike
Building One, Suite 7
Florham Park, NJ  07932

**ROBERT J. BASIL, ESQ.**
Collier & Basil, P.C.
1270 Broadway
New York, NY  10001

**C. RONALD STAFFORD, JR., ESQ.**
Collier & Basil, P.C.
475 Wall Street
Princeton, NJ  08540

**SIRS:**

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned, counsel for N.V.E. Inc. ("NVE"), Robert Occhifinto and Walter Orcutt shall apply to the United States District Court, District of New Jersey, Martin Luther King, Jr. Federal Building  & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey way of Cross-Motion seeking to extend the time period subject to discovery beyond the current June 30, 2006 cut off; and

**PLEASE TAKE FURTHER NOTICE** that NVE relies upon the attached Memorandum of Law and Certification of Samuel J. Samaro, Esq. in support of this cross-motion and in opposition to the motion to quash filed by defendant/third party plaintiff, Jesus Palmeroni, and all pleadings and papers on file in the above-captioned matter; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached.

**PLEASE TAKE FURTHER NOTICE** that plaintiff hereby requests oral argument.

        **PASHMAN STEIN**
A Professional Corporation
Attorneys for Plaintiff,
**N.V.E., Inc.** and
Third-Party Defendants,
**Robert Occhifinto and Walter Orcutt**

Dated: October 12, 2010    By: s/ Ellen W. Smith
        **ELLEN W. SMITH**
**SAMUEL J. SAMARO**
**DAVID G. WHITE**
Court Plaza South
21 Main Street
Hackensack, New Jersey 07601
(201) 488-8200
esmith@pashmanstein.com
ssamaro@pashmanstein.com
dwhite@pashmanstein.com