

# PASHMAN STEIN
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW

SAMUEL J. SAMARO
SHAREHOLDER
DESIGNATED BY THE SUPREME
COURT OF NEW JERSEY AS A
CERTIFIED CIVIL TRIAL ATTORNEY

DIRECT DIAL: 201-270-4908
E-MAIL: ssamaro@pashmanstein.com

November 4, 2010

**VIA ELECTRONIC FILING**
Honorable Esther Salas, U.S.M.J.
United States District Court
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street – Room 2060
Newark, New Jersey 07101

   Re:   *N.V.E., Inc. v. Jesus Palmeroni, et al.*
         *Docket No. 2:06-CV-05455(GEB)(ES)*
         *Our File No. 6026-044*

Dear Judge Salas:

   I apologize for this letter but do find myself needing to respond to Mr. Scampato's recent correspondence to the Court. He states that Smart World's activities have no bearing on the cross motion. But he is the one that introduced that very topic in his opposition to the cross motion! If it had no bearing, why did he raise it? And once it is raised, by what logic are we prevented from responding to it?

   As soon as we can provide a response, it will be obvious to the Court why Mr. Scampato is so adamant that we not be permitted to do so.

                                    Respectfully,

                                    SAMUEL J. SAMARO

SJS/se
pc:   Fred Shahrooz Scampato, Esq. (via e-mail)
      David Rostan, Esq. (via e-mail)
      Robert Basil, Esq. (via e-mail)
      C. Ronald Stafford, Esq. (via e-mail)