*EXHIBIT 22*

Articles of Incorporation
For

# SMART WORLD INC.

(Pursuant to NRS 78)
State of Nevada
Secretary of State

FILED # C16971 2001

JUN 2 6 2001

IN THE OFFICE OF
DEAN HELLER, SECRETARY OF STATE

1. **Name of Corporation:** SMART WORLD INC.

2. **Resident Agent:** The name and street address in Nevada of the Resident Agent for this Corporation where process may be served is:

   National Registered Agents, Inc. Of NV
   1100 East William Street, Suite 207
   Carson City, Nevada 89701

3. **Shares:** The corporation is authorized to issue 1,500 shares of common stock, all of one class, at $1.00 par value per share.

4. **Governing Board:** The governing board shall be styled as Directors. The First Board of Directors shall consist of 1 Member(s) whose name and address information is as follows:

   | Name | Address |
   |------|---------|
   | Vincent Rosarbo | 1 Madison Ave. |
   | | Warminster, Pennsylvania 18974 |

5. **Purpose:** The purpose of the corporation shall be to engage in any and all lawful business.

6. **Signatures of Incorporator(s):** The name and address information of the Incorporator signing the Articles of Incorporation is as follows:

   *Nellie R. Akalp*
   Nellie Akalp, Incorporator
   30141 Agoura Road. Suite 205
   Agoura Hills, California 91301

7. **Certificate of Acceptance of Appointment of Resident Agent:** I, National Registered Agents, Inc. Of Nv, hereby accept appointment as Resident Agent for the above-named corporation.

   *Nellie R. Akalp, asst sec.*                    6/26/01
   Nellie R. Akalp, Asst. Sec.                     Date
   On behalf of National Registered Agents, Inc.

Sarinelli-SmartWorld-0019



# SECRETARY OF STATE

### STATE OF NEVADA

## CORPORATE CHARTER

I, DEAN HELLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that **SMART WORLD, INC.** did on **June 26, 2001** file in this office the original Articles of Incorporation; that said Articles are now on file and of record in the office of the Secretary of State of the State of Nevada, and further, that said Articles contain all the provisions required by the law of said State of Nevada.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office, in Carson City, Nevada, on **June 27, 2001.**

*Dean Heller*

Secretary of State

By *Kathleen Persson*

Certification Clerk

Sarinelli-SmartWorld-0023

*EXHIBIT 23*

# NVE PHARMACEUTICALS, INC.
33-08 NEWTON SPARTA ROAD
NEWTON, NJ 07860
973-383-5444   FAX 973-383-8379

**BILL TO:**

SMART WORLD
KIKKERVEEN 423

XD SPIGKENISSE        3205

**SHIP TO:**

SMART WORLD
KIKKERVEEN 423

XD SPIGKENISSE        3205

| ORDER NO. 184295 | DATE 08/18/99 | CUSTOMER PO 361102 | | SP | KMS | SHIPPER UPS | INT'L EXPDT | TERMS Prepaid | WEIGHT 365 | ZONE 184295 |
|---|---|---|---|---|---|---|---|---|---|---|

| ITEM NO. | QUANTITY | DESCRIPTION | | | | | | | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 96-C | 240 | STACKER 3 CAPSULE | | | | | EACH | | .35 | 84.00 |
| 21-30 | 10 | 3 CAPSULE VIAL CARD 30 CT | | | | | EACH | | 1.97 | 19.70 |
| 27-30 | 150 | BLACK MOLE CAPSULE 30 CT | | | | | EACH | | 1.97 | 295.50 |
| 42-20 | 75 | EPHEDRA 850 CAPSULE 30 CT | | | | | EACH | | 1.97 | 147.75 |
| 44-30 | 10 | ADULTS ONLY PURE PASSION 20 CT | | | | | EACH | | 1.97 | 19.70 |
| 63-20 | 20-40 | N-EPHED CAPSULE 30 CT | | | | | EACH | | 1.97 | 78.80 |
| 85-30 | 10 | MANPOWER CAPSULE 20 CT | | | | | EACH | | 1.97 | 19.70 |
| 87-20 | 200 | GINSENG POW-ROAR CAPSULE 30 CT | | | | | EACH | | 1.97 | 394.00 |
| 95-20 | B/O  40 | YELLOW JACKET 20 CT STACKER 2 CAPSULE 30 CT | | | | | EACH | | 1.97 | .00 |

PAGE        OF

COMMENTS

20 - 63/20 - 20 Boxes That Went 8/18/99

|  | SUBTOTAL |  |
|---|---|---|
| | SHIPPING/HANDLING | |
| | ADJUSTMENT | |
| | TOTAL | |
| CREDIT CARD: | PREPAID | |
| | **AMOUNT DUE $** | |

NVE-004152-B

5739

# NVE PHARMACEUTICALS, INC.
33-08 NEWTON SPARTA ROAD
NEWTON, NJ 07860
973 383 5444   FAX 973-383-83/9

**SHIP TO:**

SMART WORLD
KIKKERVEEN 423
SPIJKENISSE
NETHERLANDS

XD 3205

1932216

---

# NVE PHARMACEUTICALS, INC.
33-08 NEWTON SPARTA ROAD
NEWTON, NJ 07860
973-383-5444   FAX 973-383-8379

**BILL TO:**

SMART WORLD
KIKKERVEEN 423
SPIJKENISSE
NETHERLANDS

XD 3205

| ORDER NO. 1932216 | DATE 09/14/99 | CUSTOMER PO 361102 | SP | KM$ | SHIPPER UPS | INT'L EXPDT | TERMS Prepaid | | WEIGHT | ZONE |
|---|---|---|---|---|---|---|---|---|---|---|

| ITEM NO. | QUANTITY | DESCRIPTION | | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 95-100 | 100 | STACKER 2 CAPSULE 100 CT | EACH | 8.80 | 880.00 |
| 95-20 | 50 | STACKER 2 CAPSULE 20 CT | EACH | 1.97 | 98.50 |
| 42-20 | 100 | ADULTS ONLY PURP. PASSION 20 CT | EACH | 1.97 | 197.00 |
| 96-20 | 100 | STACKER 3 CAPSULE 20 CT | EACH | 1.97 | 197.00 |
| 63-20 | 50 | MANPOWER CAPSULE 20 CT | EACH | 1.97 | 98.50 |
| 43-30 | 25 | EPHEDRA 325 CAPSULE 30 CT | EACH | 1.97 | 49.25 |
| 44-30 | 25 | N-EPHED CAPSULE 30 CT | EACH | 1.97 | 49.25 |
| 21-30 | 25 | BLACK MOLE CAPSULE 30 CT | EACH | 1.97 | 49.25 |
| 82-30 GINS | 25 | GINSENG PGW-ROAR CAPSULE 30 CT GINSENG LABEL | EACH | 1.97 | 49.25 |

PAGE        OF

| | |
|---|---|
| SUBTOTAL | |
| SHIPPING/HANDLING | |
| ADJUSTMENT | |
| TOTAL | |
| PREPAID | |
| **AMOUNT DUE $** | |

COMMENTS

CREDIT CARD

*IF YOU HAVE A PROBLEM WITH THIS ORDER, PLEASE LOOK AT THE REVERSE SIDE OF THIS FORM IMMEDIATELY*

NVE-004153-B

# NVE PHARMACEUTICALS, INC.

33-06 NEWTON SPARTA ROAD
NEWTON, NJ 07860
973-383-5444   FAX 973-383-8379

**BILL TO:**

SMART WORLD
KIKKERVEEN 423
SPIJKENISSE
NETHERLANDS

XD 3205

| ORDER NO. 193216 | DATE 09/14/99 | CUSTOMER PO 361102 | | | | | |
|---|---|---|---|---|---|---|---|

| ITEM NO | QUANTITY | DESCRIPTION | | | | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 95-C | 480 | STACKER 2 CAPSULE | | | EACH | .35 | 168.00 |
| 96-C | 480 | 3 CAPSULE VIAL CARD | | | EACH | .35 | 168.00 |
| 44-C | 240 | STACKER 3 CAPSULE | | | EACH | | |
| | | 3 CAPSULE VIAL CARD | | | | | |
| 21-C | 240 | N-EPHED CAPSULE | | | EACH | .35 | 84.00 |
| | | 3 CAPSULE VIAL CARD | | | | | |
| 82-C | 240 | BLACK MOLE | | | EACH | .35 | 84.00 |
| | | 3 CAPSULE VIAL CARD | | | | | |
| 43-C | 240 | GINSENG PON-ROAR CAPSULE | | | EACH | .35 | 84.00 |
| | | 3 CAPSULE VIAL CARD | | | | | |
| TOP 2-PART | B/O 240 | EPHEDRA 325 CAPSULE | | | EACH | .35 | .00 |
| | | 3 CAPSULE VIAL CARD | | | | | |
| TOP WIRE R | 10 | DISPLAY FOR CARDS & BTLS | | | EACH | .00 | .00 |
| | | UNSTOCKED | | | | | |
| | 30 | FOR CARDED ITEMS | | | EACH | .00 | .00 |
| | | UNSTOCKED | | | | | |

COMMENTS

CREDIT BALANCE. REMAINING
CREDIT AFTER THIS ORDER IS
$1,099.59. JF

CREDIT CARD:        NO BALANCE DUE. WORKING ON

| | |
|---|---|
| SUBTOTAL | 2256.00 |
| SHIPPING/HANDLING | 319.70 |
| ADJUSTMENT | |
| TOTAL | 2575.70 |
| PREPAID | .00 |
| **AMOUNT DUE $** | 2575.70 |

*IF YOU HAVE A PROBLEM WITH THIS ORDER, PLEASE LOOK AT THE REVERSE SIDE OF THIS FORM IMMEDIATELY.*

---

# NVE PHARMACEUTICALS, INC.

33-06 NEWTON SPARTA ROAD
NEWTON, NJ 07860
973-383-5444   FAX 973-383-6379

**SHIP TO:**

SMART WORLD
KIKKERVEEN 423
SPIJKENISSE
NETHERLANDS

XD 3205

1708922667453 8224

193216

| SP | KMS | SHIPPER UPS | INT'L EXPDT | TERMS Prepaid | WEIGHT | ZONE 209 |
|---|---|---|---|---|---|---|
| | | | | | | |

PAGE 2



**N V E**
**P H A R M A C E U T I C A L S**

33 Newton-Sparta Road • Newton • NJ  07860

Tel:
201-383-5444
Fax:
201-383-8379



*August 11, 1999*

*Jeroen Gravelijn*
*Natural Life Plan*
*P.O. Box 9014*
*3007 AA Rotterdam*
*The Netherlands*

*Dear Jeroen,*
*Thank you for your letter and packet.  I received them on Monday.*

*I am sending you via UPS a sample display of our Tower of Power and
enclosing in this packet a price list, catalog, manufacturing brochure and
some sale sheets.*

*Please be aware that the price list enclosed is based on minimum
$5,000.00 opening order, subsequent minimum orders of $2,500.00ea.
with a minimum of $5000.00 per month in orders.*

*All orders must be prepaid with a wire transfer (I am also enclosing all
bank information for that).*

*Please call me with any questions or ideas.  I sincerely look forward to
servicing your account with us.*
*Very truly yours,*

*Karen Sammartine*
*Sales Manager*

*kms/KS*

**NVE Pharmaceuticals**
**International Price List**

## TOWER OF POWER

*Stacker 3    0.35    240    84*
*Stacker 2    0.35    240    84*

| Item# | Product Description | Size | Dist. | | |
|---|---|---|---|---|---|
| 21 | Black Mole Capsule | 3 cap. Vial | $0.35 | 240 | 84 |
| 27 | Ephedra 850 Capsule | 3 cap. Vial | $0.35 | 2400 | 840 |
| 42 | Adults Only Purple Passion | 3 cap. Vial | $0.35 | 1200 | 430 |
| 43 | Ephedra 325 Capsule | 3 cap. Vial | $0.35 | 240 | 84 |
| 44 | N-Efed Capsule | 3 cap. Vial | $0.35 | 240 | 84 |
| 63 | Manpower Capsule | 3 cap. Vial | $0.35 | 600 | 200 |
| 82 | Ginseng Pow-Roar Capsule | 3 cap. Vial | $0.35 | 120 | 42 |
| 87 | Yellow Jacket Capsule | 3 cap. Vial | $0.35 | 2400 | 840 |
| 21 | Black Mole Capsule | 30 caps. | $1.97 | 10 | 20 |
| 27 | Ephedra 850 Capsule | 20/30 caps. | $1.97 | 150 | 300 |
| 42 | Adults Only Purple Passion | 30 caps. | $1.97 | 75 | 150 |
| 43 | Ephedra 325 Capsule | 30 caps. | $1.97 | 20 | 40 |
| 44 | N-Efed Capsule | 30 caps. | $1.97 | 10 | 20 |
| 63 | Manpower Capsule | 30 caps. | $1.97 | 40 | 80 |
| 82 | Ginseng Pow-Roar Capsule | 30 caps. | $1.97 | 10 | 20 |
| 87 | Yellow Jacket Capsule | 20 caps. | $1.97 | 200 | 400 |
| 21 | Black Mole Capsule | 100 caps. | $3.50 | 5 | 20 |
| 27 | Ephedra 850 Capsule | 100 caps. | $5.80 | 5 | 30 |
| 42 | Adults Only Purple Passion | 100 caps. | $5.80 | 5 | 30 |
| 43 | Ephedra 325 Capsule | 100 caps. | $3.50 | 5 | 20 |
| 44 | N-Efed Capsule | 100 caps. | $3.50 | 5 | 20 |
| 63 | Manpower Capsule | 100 caps. | $5.80 | 5 | 30 |
| 82 | Ginseng Pow-Roar Capsule | 100 caps. | $5.80 | 5 | 30 |
| 87 | Yellow Jacket Capsule | 100 caps. | $7.80 | 15 | 120 |

### STACKERS

| 95 | Stacker 2 Capsule | 20 caps. | $1.97 | 40 | 80 |
|---|---|---|---|---|---|
| 96 | Stacker 3 Capsule | 20 caps. | $1.97 | 40 | 80 |
| 96 | Stacker 2 Capsule | 100 caps. | $6.80 | 25 | 170 |
| 95 | Stacker 3 Capsule | 100 caps. | $6.80 | 150 | 1050 |

*no x    tower of power*
*?? x    Jag*

*5482*
*+15% = 16 00*
*= 6482*

NVE-004156-B



**NVE Pharmaceuticals, INC.**
**Karen Sammertine**
**33 Newton Sparta Road**
**Newton, New Jersey 07860**
**United States**

Rotterdam, November 1 1999

Concerning: Sales strategy for the Dutch market.

Dear Karen,

With this letter we want to give you our point of view regarding the sales strategy concerning the products of NVE Pharmaceuticals, and a short explanation about the situation as it is at this moment.

*1) Import/ distribution.*
At this moment there are three companies distributing your products in the Netherlands:

**Euphoric Minds, Winterwijk.**
**Future-Life Products, Tilburg.**
**Smart World, Spijkenisse.**

**With relation to Euphoric Minds:**

Euphoric Minds is a Smart-shop in the east of our country. Euphoric Minds main occupation is their store, and they distribute the products to a few smart-shops in their region. Because their shop is near the German border they have a lot of German tourists who come to buy the products because these are illegal to sell in most parts of Germany. Euphoric Minds sell some of your products bottles with 50 capsules with their own labels. Especially interested in cards and 20/30 capsules bottles.

**With relation to Future-Life Products:**

A whole-sale company based in Tilburg. Main occupation is distributing the products to so-called smart-shops. Have some financial problems, with the result that they have problems by supplying their customers. Especially interested in cards.



We notice already that a lot of their customers order at our company, although they have to pay a little more.

In other words the distibuting of the products to all potential clients is a mess. And that costs money, and is not good for our and for your company.

We don't have this problem with Euphoric Minds, probably because they get most of their profit out of their own store, and stopped whole-saling.

## 4) Solution.

- A strong financial head-distributor, who has a big stock of all the products.
- Sub-dealers to supply all the little shops. These sub-dealers are super-viced by the head-distributor.
- Fixed prices so that it is interesting for every client to sell the products.

For us it is no problem to talk things over with Euphoric Minds and Future-Life Products ( depending on their financial situation) to come to an agreement.

SITUATION SKETCH 1:

<strong>SMART WORLD</strong>

<strong>EUPHORIC MINDS          FUTURE-LIFE PRODUCTS</strong>

**HEALTH STORES**       **THEIR OWN SHOP**        **SMART-SHOPS**
**VITAMIN SHOPS**       **LOCAL SMART-SHOPS**     **COFFEE-SHOPS**
**SPORTS SHOPS**

When the financial situation of Future-Life Products remains bad, we can find another sub-dealer.

Smart World      Postbus 9014      3007 AA Rotterdam      Telefoon 06 22 786 781      Rabobank 15.90.50.510      KvK Rotterdam 24295251

NVE-004158-B



**With relation to Smart World:**

Sub-division of NSP-Sales. We sell the products to Smart-shops, Vitamin-stores, Health-stores, Sports (nutrition) shops, Coffee-shops and sub-dealers.
The smart and coffeeshops buy cards and little bottles. Our other customers are especially interested in the big bottles( 100 capsules ) and the little bottles.

## *2) Potential clients.*

**Smart-shops:**

Little shops based in the cities. Most of their customers are young people who want to have a great time in the week-ends and don't want to take chemical drugs.
Most smart-shops have the same assortment; mushrooms, ephedra containing products and all kinds of herbs. They sell mostly cards and have their sales-peak in the summer.

**Vitamin-shops:**
Copied from the States you see more and more vitamin-stores in the Netherlands. They sell all kind of food-supplements.

**Health-stores:**
The same as vitamin-shops, but often have a bigger assortment, also selling cosmetics and more.

**Coffee-shops:**
Hang-out places for the elder youth in the cities. Here they can drink something,

**Sports-shops:**
Mostly big-stores specialized in fitness-equipment and sports nutrition. These shops are very interested in the big and little bottles. Have their sales peak from November till May.

## *3) Situation on the Dutch market at this moment.*

The moment Smart World started selling the products of NVE Pharmaceuticals, Future-Life Products began their price-war. They sell the products for the same price as they have to pay for it. The customer who buys the product in the shop/store has no benefit by it because he pays the same price as he always did. So it has no benefits for the rate of turnover. Because Future-Life has some financial problems they have a problem with supplying their clients on time. This results in the situation that a lot of shops very often have to say that a product is sold out for some time(=> negative publicity for the products).



SITUATION SKETCH 2:

**SMART WORLD**

**HEALTH STORES**
**VITAMIN SHOPS**
**SPORTS SHOPS**

**SUB-DEALER 1     SUB-DEALER 2     SUB-DEALER 3     SUB-DEALER 4**

**SMART/ COFFEE SHOPS**

**NORTH           WEST             EAST             SOUTH**

We think that we can create more sales if we distribute the products of NVE Pharmaceuticals on one of this ways.
Hopefully you agree with us.

**Jeroen Gravelijn**
**Smart World**

NVE-004160-B



NVE Pharmaceuticals, INC.
Karen Sammertine
33 Newton Sparta Road
Newton, New Jersey 07860
United States

Rotterdam, the 5th of November 1999

Concerning: suggestion Smart World

Dear Karen,

After talking to you yesterday and talking things over with Tom, we think the following is the
best solution to create more sales and without cutting someone out;

Because we know the market very well as well we know a lot about Future Life Products,
Euphoric Minds and Cobeco Pharma, for us it is easy to decide what the rate of turnover will
be of the other companies.
So we are able to decide how big our stock must be to supply Future-Life Products, Euphoric
Minds and Cobeco Pharma.
Probably to begin with an order of $ 20,000 - $ 25,000 should be enough because Cobeco
Pharma did not long ago a big order and Euphoric Minds only sell the products in their own
shop.
The benefit of the other companies directly ordering by us is that we can supply them the
same day, and they can supply their customers within 24 hours. When they order themselves
at your company it takes at least five days before they get it, and then only if costums
cooperate.
Another benefit is that we can talk things over with the other companies so that everybody is
able to charge the same prices, with the result that everybody can make profit.

Hopefully you agree with us,

Best regards,

Jeroen Gravelijn

10/11/1999  15:57    0031102900067                                                    PAG.  01



NVE Pharmaceuticals, INC.
Karen Sammertine
33 Newton Sparta Road
Newton, New Jersey 07860
United States

Rotterdam, the 10th of November 1999

Dear Karen,

With this fax we want to let you know the following:

Concerning the prices:

For the cards we pay   $0.35, if we include shipping and taxes we pay $0.50
In Dutch guilders      F0.75                                                      F1.05

For the 20/30 caps.    $1.97, if we include shipping and taxes we pay $2.70
In Dutch guilders      F4.10                                                      F5.70

If you agree with us we want to charge the distributors the following prices:

For the cards:         $0.63  — .60
In Dutch guilders      F1.30 — 1.25

For the 20/30 caps.    $3.35
In Dutch guilders      F7.00

Our commission is 25%. For the 100 cap. bottles we ask your price plus 25%.

The distributors normally sell to the shops:
Cards                  F1.90 (for the distributor this means 50% profit)
20/30 caps.            F12.50 (for the distributor this means 70% profit)

Cobeco normally buys the products by Future-Life Products for allmost the same price as we
are gonna charge him, so we consider he will not make a problem about it.

Our distributors(as there is: Sjamaan, Mass Products, Heb't Lef, Satisfactory) normally pay
more so they will be very happy with the new prices.

Future-Life Products: for them we try to find a solution. We will inform you about that.

Euphoric Minds: We will send them a friendly letter which we will show you.

Best regards Tom and Jeroen.

NVE-004162-B

17/12/1999  17:02   8031102908067                                      PAG.  01



NVE Pharmaceuticals, INC.
To: Joe
33 Newton Sparta Road
Newton, New Jersey 07860
United States

Rotterdam, the 17th of December 1999

Dear Joe,

With this fax we want to let you know, what our sales-strategy will be concerning your
products, we will give you a short summary about the situation before we got the dealership
and we also will explain what prices we ask for the products and what the prices were before
the dealership.

Here a short summary,
As I already told in my letter from June the 22th, your products came to my attention through
one of our sales-men.
After investigating the market, the name of Future-life Products came up. I knew the company
because some years ago Tom worked for a company owned by a mutual friend.
I made an appointment with Tom to see what they were doing with the product. But I think it
is better to let Tom write down what happened.

First I want to let you know that it was always great doing business with Bob. During the
meeting with Jeroen I told him that I found your products while I was surfing on the Internet
at home in the harvest of 1998.
I talked things over at Future-life with Marc and they concluded that there was a good market
in the Netherlands for these products. So Future-Life Products started to order with NVE, but
after a while we had some differences about how to sell the products, they wanted to put their
own labels on everything and I thought they didn't look good enough and told them why to
change the labels of NVE while your labels look that good.
They would't give me a reason but they wanted their name on it. After almost a year I
managed to convince them and then they started to let me also order some little bottles of your
products.
You can verify this with Bob, because I was the contact person between Bob and Future-Life.
Then came the problem that there was not enough money to order enough to supply our
customers properly. We had to order every week the things our customers ordered in the week
before our order.

Smart World          Postbus 3014          3007 AA Rotterdam          Telefoon 06 22 786 701          Rabobank 15.90 50.510          KvK Rotterdam 24238 251

NVE-004163-B

17/12/1999  17:02    0031102900057                                      PAG.  02



In other words; I worked hard to get the products well-known and maybe all the efforts I had been doing were useless after all  After a while the situation in Future-Life as a company changed( I do not want to speak bad about them, because I worked there quite a while so I will not expand this matter).

Then Jeroen got in touch with me, who I worked with two years ago and told his plans with the products I got very enthusiastic, because he told me that he would order the complete assortment and the real Towers of Power etc, without putting your products in other bottles with different labels,

while Future-Life Products and Euphoric Minds were doing that, and degraded the products by putting them in different bottles with different labels.

When Jeroen offered me to work for them I was not necessary for me to think long about the offer. Jeroen told me that he would found a complete new company, where he offered me a partnership in, to distribute your products.

I told Future-Life Products also about the meeting and proposed that it might be smart to work together because I knew that Jeroen's company has enough financial means to distribute the market at the right manner.

I was told that they could understand if I start working for Jeroen and that they probably would stop selling anyway, because Euphoric Minds was also selling the products, and they made to less money to "pay their bills".

So I start working for Jeroen's company and things were going very good from the beginning, and we didn't take away the clients of Future-life Products because the market is a lot bigger then they think ( they supply the goods to so-called SMART-Shops, and these shops are only interested in the cards), and we supply particularly big health and vitamin stores( and these stores want particularly the big and little bottles).

In your order reports you can see that when Smart World start ordering your products, Future-Life start ordering original Towers of Power ( what they never did before).

Because Future-Life saw the original Towers of Power in big health stores, and they discovered that smart shops were also ordering them through us.


Unfortunately Future-Life were not happy with the situation (Having Smart World aswell as Euphoric minds as strong competitors). They started a non-profit selling strategy, this means that what they ordered they sold for cost price

Therefor the products were getting a lot of negative publicity, and that's not good for anybody.

Therefor it was a positive thing that, after a lot of request from Smart World to NVE and even suggesting to NVE that we would come to the USA, someone of your company came to the Netherlands for a solution.

Smart World    Postbus 5014    2007 AA Rotterdam    Telefoon 06 22 786 781    Rabobank 15.90.50.510    KvK Rotterdam 24296291

NVE-004164-B

17/10/1999  17:02   8031102900067                                    PAG.  P4



supplying their clients on time. This resulted in the situation that a lot of shops very often had to say that a product was sold out for some time(=> negative publicity for the products).
You can verify this by the amounts Future-Life ordered to NVE (Future-Life ordered to NVE what the shops ordered to Future-Life.

We noticed already that a lot of their customers order at our company, although they had to pay a little more.
In other words the distributing of the products to all potential clients was a mess. And that costed money, and was not good for our and for your company.
We didn't have this problem with Euphoric Minds, probably because they got most of their profit out of their own store, and stopped their whole-sale.

*Our "solution" to sell more products.*

- A strong financial head-distributor, who has a big stock of all the products.
- Sub-dealers to supply all the little shops. These sub-dealers are super-viced by the head-distributor.
- Fixed prices so that it is interesting for every client to sell the products.
- A total withdraw from Smart World to all the smart shops to remain the "peace" between the sub-distributors. And also to show the shops aswell as the distributors that it is serious for us and that we are no short money makers but long-term workers.

SITUATION

**SMART WORLD**

**HEALTH STORES**
**VITAMIN SHOPS**
**SPORTS SHOPS**

| SUB-distributor | SUB-distributor 2 | SUB-distributor 3 | SUB-distributor 4 |
|---|---|---|---|

**SMART/ COFFEE SHOPS**

| NORTH | WEST | EAST | SOUTH |
|---|---|---|---|
| Satisfactory | Cobeco Pharma | Sjamaan/Heb 't lef | Cobeco Pharma |

Smart World      Postbus 8814      3007 AA Rotterdam      Telefoon 06 22 788 751      Rabobank 15 90.50 610      KvK Rotterdam 24296261

NVE-004166-B

17/12/1999  17:02    0031102330057                                         PAG.  05



At this time we work with four sub-dealers, Cobeco pharma, Sjamaan, Satisfactory and Heb 't Lef. Euphoric Minds stopped selling the products and sold their stock to Cobeco Pharma and Future-Life Products sold their stock to Satisfactory (from inside information we know that they work together with Future-Life now).
 So this means that everybody who ordered before is still selling your products. The client of Euphoric Minds are overtaken by Cobeco Pharma.
 All the sub-dealers pay the same prices and all shops have to pay the same without regarding by which sub-dealer they buy.

About the prices we can tell you the following;
All the shops pay still the same price as they were used to.
 The sub-dealers pay even less then they had to pay before we got the dealership( only not them who ordered in the USA directly).
When we include shipping and taxes we make a profit of 20% on your products, the sub-dealers make a profit of 75%, and the shops make a profit of 100%

| For example: | NVE | NVE+tax+shipping | Smart World to distributors |
|---|---|---|---|
| Cards | $ 0.35 | $ 0.50 | $ 0.60 |
| 20/30 counts | $ 1.97 | $ 2.65 | $ 3.25 |
| 100 counts | not mentioned because different prices. | | |

smart world      Postbus 2014      3007 AA Rotterdam      Telefoon 06 22 788 781      Rabobank 15.90.30.510      KvK Rotterdam 24205251

NVE-004167-B

17/12/1999  17:02    0031102930057                                    PAG.  06



We think that we can increase that sales of the products when we continue to work as we described.

We hope, and even think it is necessary and important for the image of NVE and your products, that you give us the time untill september 2000 to show you that the sales-numbers of NVE-The Netherlands will increase.

This because in January till April we have a lower turnover because it is winter, and from April till September it is summer which means an increase of the turnover.

You can also verify this by comparing the orders of Future-Life from end 1998 till summer 1999.

Also we will sent you status-reports of to which distributors we sell, so you can see who orders what.

Also we will show you our sales-numbers of the Health-stores, sports-shops and Vitamin-shops we do business with.

We hope that the situation is a bit clearer now for you, and wait for your reaction.

Best regards,

Jeroen Gravelijn and Ton Sikking

Smart World    Postbus 9014    3007 4A Rotterdam    Telefoon 05 72 788 781    Rabobank 35 80 50 510    K/K Rotterdam 2429525

NVE-004168-B

THE BANK OF NEW YORK
NATIONAL COMMUNITY DIVISION
Church St. Station, P.O. Box 11000, N.Y, NY 10286
ORIGINAL
ADVICE OF CREDIT

B002138  DATE    FEBRUARY 10, 2000

OUR REF. (TRN) NO.   FDF0002100079900

PLEASE MENTION OUR REFERENCE NO. (TRN) IN ANY CORRESPONDENCE

WE CREDIT YOUR ACCOUNT NO 6103759038
SAME DAY FUNDS

$3,590.00**

MAIL TO
N V E INC.
33 NEWTON SPARTA RD
NEWTON, NJ 07860-2764

ORIGINATORS DATE      00/02/10
ORIGINATORS REF NO    0958078071000208
IMA:20000210B1QFI11A000298 TIME 0241
RECEIVED FROM:
ABN AMRO BANK N.V.
NEW YORK BRANCH DESIGN A/C
335 MADISON AVENUE
NEW YORK, NEW YORK 10017
ORDERING CUSTOMER:
/OTHR/UNKNOWN
DE HEER P.M. TILMA
H/O SMART WORLD
8021 CW ZWOLLE

DETAILS OF PAYMENT:
PIC PAYMENT GOODS

BANK TO BANK INFORMATION:
SERV CHG USD10.00 /TELEBEN/SERV
CHG USD10.00

1-320-0197

The Bank of New York
AUTHORIZED SIGNATURE

NVE-004169-B



THE BANK OF NEW YORK
NATIONAL COMMUNITY DIVISION
Church St. Station, P.O. Box 11000, NY, NY 10286
ORIGINAL
ADVICE OF CREDIT

B002380   DATE   MARCH 13, 2000

OUR REF (TRN) NO.   FDF0003130026200

PLEASE MENTION OUR REFERENCE NO (TRN) IN ANY CORRESPONDENCE

ORIGINATORS DATE        00/03/13
ORIGINATORS REF. NO.    095807029500309
RELATED REF. NO. BU0903994321
IMA:20000313B1QFI11A0000566 TIME 0347
RECEIVED FROM:
ABN AMRO BANK N.V.
NEW YORK BRANCH DESIGN A/C
335 MADISON AVENUE
NEW YORK, NEW YORK 10017
ORDERING CUSTOMER:
/OTHR/UNKNOWN
DE HEER P.M. TILMA
H/O SMART WORLD
8021 CW ZWOLLE

DETAILS OF PAYMENT:
PIE PAYMENTS GOODS

WE CREDIT YOUR ACCOUNT NO 6103759038
SAME DAY FUNDS

$13,060.19**

MAIL TO
N V E INC.
33 NEWTON SPARTA RD
NEWTON, NJ 07860-2764

BANK TO BANK INFORMATION:
SERV CHG USD10.00 /TELEBEN/SERV
CHG USD10.00

The Bank of New York
AUTHORIZED SIGNATURE

√A/R
mass

1 Peach Tree @

G/L      Dr
1020    13060.19   CR.
6895     25.00
         13,085.19
111.0

NVE-004170-B

THE BANK OF NEW YORK
NATIONAL COMMUNITY DIVISION

Church St. Station, P.O. Box 11000, NY, NY 10286
ORIGINAL
ADVICE OF CREDIT

B002349   DATE   APRIL 13, 2000

OUR REF (TRN) NO.   FDF000413I647200

PLEASE MENTION OUR REFERENCE NO. (TRN) IN ANY CORRESPONDENCE

WE CREDIT YOUR ACCOUNT NO 610375903B
SAME DAY FUNDS

$14,606.82**

ORIGINATORS DATE        00/04/13
ORIGINATORS REF. NO.    0585500104II
RELATED REF. NO. 370102239001002
IMA:20000413B1QGC06C004613 TIME 1608
RECEIVED FROM:
CHASE MANHATTAN BANK
4 METROTECH CENTER, 8TH FLOOR
BROOKLYN, N.Y. 11245

ORDERING-CUSTOMER:
TILMA P M / SMART WORLD
DIEZERKADE 16
8021 CW ZWOLLE
NEDERLAND

DETAILS OF PAYMENT:
PREPAYMENT + GOO DS NLG 33,500,00

MAIL TO
N V E INC.
33 NEWTON SPARTA RD
NEWTON, NJ 07860-2764

BANK TO BANK INFORMATION:
/BNF/OUR REF.CMB3965-11APR00/TELEBE
//N/REM REF 370102239001002 ADJ PO
//DD 000411/CHASEREF 020720310ZFF

The Bank of New York
AUTHORIZED SIGNATURE

NVE-004171-B



THE BANK OF NEW YORK
NATIONAL COMMUNITY DIVISION
BANK OF    Wall Street
YORK       New York, NY 10286
ADVICE OF ORIGINAL
ADVICE OF CREDIT

046198 DATE          APRIL 18, 2000

OUR REF (TRN) NO  FTS000414BP52400

PLEASE MENTION OUR REFERENCE NO (TRN) IN ANY CORRESPONDENCE

ORIGINATOR'S DATE      00/04/14
ORIGINATOR'S REF NO    WPO10500081.2150B

WE CREDIT YOUR ACCOUNT NO 6103759038
SAME DAY FUNDS

$16,175.00**

MAIL TO

N V E INC.
33 NEWTON SPARTA RD
NEWTON, NJ 07860-2764

ORDERING CUSTOMER:
NSP SALES
POSTBUS 9014
3007 AA ROTTERDAM

ORDERING BANK:
ING BANK N.V.
P.O. BOX 1800
1000 BV AMSTERDAM, NETHERLANDS

DETAILS OF PAYMENT:
PREPAYMENT GOODS

* ADV BY TELEPHONE

BANK TO BANK INFORMATION:
/PHONBEN/TODAY
LESS OUR FEES

The Bank of New York

AUTHORIZED SIGNATURE

NVE-004172-B

THE BANK OF NEW YORK
NATIONAL COMMUNITY DIVISION
THE BANK OF NEW YORK
One Wall Street
NEW YORK, NY 10286
**ORIGINAL**
ADVICE OF CREDIT

051273   DATE   AUGUST 07, 2000

OUR REF (TRN) NO.   FDF000807002790O

PLEASE MENTION OUR REFERENCE NO. (TRN) IN ANY CORRESPONDENCE

ORIGINATORS DATE   00/08/07

ORIGINATORS REF NO   8301900220FS

RELATED REF. NO. SWF OF 00/08/07
IMA:20000807B1QGC08C000214 TIME 0537
RECEIVED FROM:
CHASE MANHATTAN BANK
4 METROTECH CENTER, 8TH FLOOR
BROOKLYN, N.Y. 11245

ORDERING CUSTOMER:
NSF SALES
POSTBUS 9014
3007 AA ROTTERDAM

DETAILS OF PAYMENT:
PRE-PAYMENT GOODS

WE CREDIT YOUR ACCOUNT NO 6103759038
SAME DAY FUNDS

$6,982.50**

MAIL TO
N V E INC.
33 NEWTON SPARTA RD
NEWTON, NJ 07860-2764

* ADV BY TELEPHONE

BANK TO BANK INFORMATION:
/RNF/$17.50 FEES DED
//TODAY

11 7000.00

The Bank of New York
AUTHORIZED SIGNATURE

NVE-004173-B

THE BANK OF NEW YORK
NATIONAL COMMUNITY DIVISION
THE BANK
One Wall Street
NEW YORK, NY 10286
OUR ORIGINAL
ADVICE OF CREDIT

053504 DATE SEPTEMBER 28, 2000

FDF00092800054300
OUR REF (TRN) NO

PLEASE MENTION OUR REFERENCE NO. (TRN) IN ANY CORRESPONDENCE

ORIGINATORS DATE 00/09/28
ORIGINATORS REF NO 5446700272JS
RELATED REF. NO. SWF OF 00/09/28
IMA:20000928B1QGCO8CO00283 TIME 0757
RECEIVED FROM:
CHASE MANHATTAN BANK
4 METROTECH CENTER, 8TH FLOOR
BROOKLYN, N.Y. 11245
ORDERING CUSTOMER:
NVE SALES
POSTBUS 9014
3007 AA ROTTERDAM
DETAILS OF PAYMENT:
PREPAYMENT GOODS

WE CREDIT YOUR ACCOUNT NO 6103759038
SAME DAY FUNDS

$4,552.10**

MAIL TO
N V E INC.
33 NEWTON SPARTA RD
NEWTON, NJ 07860-2764

* ADV BY TELEPHONE

BANK TO BANK INFORMATION:
/BNF/$17.50 FEES DED
//TODAY

**The Bank of New York**

AUTHORIZED SIGNATURE

NVE-004174-B

*EXHIBIT 24*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

David Rostan, Esquire; Fred Shahrooz Scampato, Esquire
Building One, 248 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 520-8301 FAX (973) 520-8302
rostanlaw@aol.com EMAIL
Attorney for Defendant and Third Party Plaintiff


N.V.E.                          CIVIL ACTION

                                DOCKET NO. 06 cv-5455-GEB-ES

                                Motion date: Nov 15, 2010

        Plaintiff,             LETTER BRIEF IN OPPOSITION
                                TO PLAINTIFF'S MOTION
v.                              TO EXTEND DISCOVERY WITH
                                RESPECT TO GLOBAL MARKETING
JESUS J. PALMERONI et. al.     SALES GROUP

        Defendants.            **ORAL ARGUMENT REQUESTED**


JESUS J. PALMERONI

        Third Party Plaintiff

v.

N.V.E., Robert Occhifinto and Walter Orcutt

        Third Party Defendants


1

## Preliminary Statement

Jesus Palmeroni opposes plaintiff's motion to extend discovery with respect to Global Marketing and Sales Group ("Global") beyond June 2006, the period the Court has designated as the appropriate period subsequent to Mr. Palmeroni's termination by plaintiff. N.V.E identifies two reasons for extending this aspect of discovery:  1) "Palmeroni continued to get kick-back monies from brokers long after that date, and 2) that Palmeroni entities were selling and continued to sell illicitly obtained NVE products to customers long after Palmeroni was terminated."  Plaintiff alleges that "Palmeroni/Rosarbo" companies sold approximately $8,000,000 of "pirated or stolen products" to CB Distributors.  Plaintiff alleges it had no knowledge of any of these sales, received no money, and was victimized through conversion. Plaintiff's lack of knowledge as well as its assertion concerning pirated and stolen products is factually unsupported. Moreover, plaintiff received nearly 8 million dollars from Smart World which it has failed to account for in its cross motion and in this case.

2

<u>STATEMENT OF FACTS</u>

*Plaintiff Receipt of Nearly 8 Million Dollars From Smart World*

Plaintiff provides no declaration from Mr. Occhifinto in support of this allegation. In addition the declaration of N.V.E.'s C.F.O., and Corporate Secretary Erling Jensen does not state that N.V.E. failed to receive monies from these entities. This is because the allegation that N.V.E received no monies from the "Palmeroni/Rosarbo entities" is false. Please see Exhibit A,  Bank of America records of Smart World, Inc., which was co-owned by Mr. Rosarbo and Mr. Palmeroni. These records, which were received from Smart World's accountant, Frank Sarinelli, detail 73 wire transfers from Smart World to N.V.E. over a period of January 2002 through December 2004 totaling $7,736,169.40. The records also show that Smart World received monies from CB Distributors.

Accordingly, the sale of the aforementioned products to Smart World had to have been known to N.V.E and its accounting and financial departments, if not to its shipping department and Mr. Occhifinto himself. In other words, there appears to have been a side deal between plaintiff and Smart World whereby Smart World was to serve as a conduit for sales between C.B. Distributors and N.V.E.

3

Such a deal flies in the face of N.V.E's answers to interrogatories in this matter, as well as the underlying complaint, which asserts that CB Distributors was a "direct customer" of N.V.E. See Answer to Defendant Palmeroni's Interrogatories No. 2, sworn to in April 2008, by Walter Orcutt and Robert Occhifinto. (Exhibit B)  Moreover, in response to Interrogatory No. 1, N.V.E failed to identify its bank records detailing its receipt of nearly 8 million dollars from a company owned by its employees Mr. Palmeroni and Mr. Rosarbo as "relevant to this action."  (Exhibit B)  N.V.E also asserted in answer to interrogatory No. 11 that the only agreement between N.V.E. and C.B. Distributors was that "CB Distributors places an order for products and pays for those products." (Exhibit B)

Furthermore Plaintiff's Exhibit G details payments from CB Distributors to American Wholesale Distribution, the last of which occurs on April 18, 2006, within the current cut off period. Plaintiff's Exhibit H details payments to V.A.R., an entity not owned by Mr. Palmeroni, through June 2006, through the current discovery period for Global Marketing and Sales Group.

Given that it now appears that N.V.E had more knowledge than previously revealed concerning monies passing between it and its employees, brokers, and distributors, we have issued

4

subpoenas for records to P.M.I. Global, Profit Motivators, and Richard and Jerald Horowitz, owners of these entitites, as well as to CB Distributors, and Carlos Bengoa, all of whom should have in their possession pertinent knowledge concerning this case.

N.V.E has withheld pertinent knowledge and records regarding its receipt of nearly 8 million dollars during a 36 month period from this Court as well as from defendants. Such pertinent records encompassed in defendant Palmeroni's April 2008 interrogatory request, would include N.V.E's electronically stored data on its computers, accounting records, bank records, and shipping records with respect to product exchanged between N.V.E., Smart World, CB Distributors, and American Wholesale Distribution. Such records are clearly needed to substantiate or refute the information in the Bank of America records from Mr. Sarinelli, which is annexed hereto and was provided to plaintiff on Monday October 26, 2010.

Given that N.V.E. has made serious allegations, accusing Global and Jesus Palmeroni of stealing and or pirating N.V.E. products, we deserve to know precisely what evidence plaintiff has to substantiate these serious claims. We also deserve to know why it was that N.V.E. neglected to disclose its knowledge of payments of approximately 8 million dollars it received from

5

Smart World.

   *Global Marketing Received Monies for Consulting*

   The records produced by plaintiff in support of its motion,
(Plaintiff's Exhibit C) reveal that all checks made payable to
N.R.C.G. and or Global Marketing from P.M.I. Global Marketing
Corporation are for consulting fees, rather than "commission
splits." The documents on their face provide no evidence or
support for the contention that the post June 2006 payments
represent kick backs. In fact, Mr. Palmeroni performed
consulting services for P.M.I. Global Marketing Corporation and
received consultant fees for his work. Please see Exhibit of
Jesus Palmeroni in support of motion to quash. (Exhibit C)

   Plaintiff also alleges that Mr. Palmeroni came into
possession of illicit N.V.E. products and sold these products.
Plaintiff offers no proof of this assertion nor does the PMI
Global Marketing checks reference anything other than consultant
fees.

   Plaintiff's Exhibit C includes a chart created by plaintiff
which details $90,000 of payments made to Global between 2006
and 2009. It is noteworthy that the 2006-2009 checks are not
referenced as commission, as are the pre-2006 checks. Moreover,
the PMI Global payments are for even numbers more consistent
with the existence of a consulting agreement than a commission

6

split.

Plaintiff attempts to lump together all payments from PMI Global and Profit Motivators. However, a closer examination reveals that Global received only $90,000 from 2006-2007, an amount which averages $22,500 per year. This amount is consistent with the work described by Mr. Palmeroni in his declaration in support of the motion. In this declaration Mr. Palmeroni describes that he performed work for the Horowitz brothers, including but not limited to, consulting with them with new customers. (Exhibit C) Such work was not prohibited under the terms of a non-compete agreement or other agreement with N.V.E.

*Mr. Jensen lacks Personal Knowledge Pertinent to the Cross Motion*

Finally, NVE's sole affidavit in support of its motion, Plaintiff's Exhibit E, is an affidavit of current NVE C.F.O. Erling Jensen.  Mr. Jensen became C.F.O., after Mr. Palmeroni was no longer employed with N.V.E. and is therefore without personal knowledge concerning any events which transpired beforehand. Similarly, Global Marketing was not and could not be in a position to have N.V.E accounts taken away from PMI Global or any other broker after Mr. Palmeroni ceased to be employed with N.V.E.  In addition, Mr. Erling's assertion that PMI Global

7

did not need Mr. Palmeroni's services is simply speculation and opinion unsupported by any affidavit from the principals of PMI Global.

### Legal Analysis and Conclusion

Fed R. Civ. Proc. 26 (b) 1 permits discovery for good cause for any subject matter involved in this action. While this is a liberal standard, the plaintiff's rational for seeking Global Marketing and Sales Group's records are based on grounds that are at best misleading. Plaintiff alleges that products were pirated and that plaintiff was not compensated for goods sold to CB Distributors at the same time it has failed to disclose its own receipt of monies from the very entity it accuses of conversion. Plaintiff's cross motion is therefore based on incorrect and false assertions and its stated rationale for discovery of Global Marketing records is without factual basis. For the foregoing reasons, we respectfully request that plaintiff's cross motion be denied in its entirety.


Dated:     November 1, 2010

                              By:

                              /s/
                              _____
                              David Rostan, Esq.
                              Fred Shahrooz Scampato, Esq.

8