Samuel J. Samaro, Esq.
Aidan P. O'Connor, Esq.
Ellen W. Smith, Esq.
**PASHMAN STEIN**
A Professional Corporation
Court Plaza South
21 Main Street
Hackensack, New Jersey 07601
(201) 488-8200
Counsel for Plaintiff, **N.V.E., Inc.**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC.,<br><br>               Plaintiff,<br><br>v.<br><br>JESUS J. PALMERONI a/k/a JOSEPH PALMERONI, MICHELLE HOOEY a/k/a MICHELLE PALMERONI, MARIA C. PALMERONI, VINCENT ROSARBO, ANGELINA ROSARBO, NICOLE DILUNGO, NATIONAL RETAIL CONSULTING GROUP, INC., AMERICAN WHOLESALE DISTRIBUTION, INC., SMART WORLD, INC., FOREMOST INTERNATIONAL, GLOBAL MARKETING & SALES GROUP, LLC, VAR CONSULTING, INC., RONALD SUMICEK, SUNBELT MARKETING, INTERNATIONAL SALES GROUP, RICHARD D. HOROWITZ, JERALD I. HOROWITZ, PROFIT MOTIVATORS, INC., PMI GLOBAL MARKETING CORP., DIRK NIEUWENHUIS, CARLOS BENGOA, CB DISTRIBUTORS, INC., DARREN HOUSEHOLDER, BRAND NEW ENERGY, INC., STEVE R. SESSIONS, SESSIONS SPECIALTY COMPANY, JARRETT W. PORTZ, JOHN J. PORTZ, SR., KATHERINE M. PORTZ, INTERNATIONAL WHOLESALE SERVICE, INC., INTERNATIONAL WHOLESALE SUPPLY, INC., ALFREDO D. FELICE, CHARMAINE C. FELICE, CURTIS BEVERAGE, LLC, SMART WORLD (NETHERLANDS), VITAL PHARMA, T & J LIMITED, ABC COMPANIES 1-10, and JOHN DOES 1-10,<br>               Defendants. | CIVIL ACTION NO. 06-cv-5455 (ES)<br><br>Document Electronically Filed<br><br>**ENTRY OF DEFAULT** |
| JESUS J. PALMERONI,<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>ROBERT OCCHIFINTO and WALTER ORCUTT,<br><br>       Third-Party Defendants. | |

It appearing that the following defendants failed to plead or otherwise defend in this proceeding as required by law:

    JESUS J. PALMERONI

    MICHELE HOOEY a/k/a MICHELE PALMERONI

    NATIONAL RETAIL CONSULTING GROUP, INC.

    GLOBAL MARKETING & SALES GROUP, LLC

THEREFORE, default is entered against said defendants as authorized by Fed.R.Civ.P. 55(a).

Dated: 7-28-11

                                                                    *Jane Dello Monache*, Deputy Clerk
WILLIAM T. WALSH, Clerk