**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| N.V.E., INC., | : | |
| | : | **Civil Action No. 06-5455 (ES)** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **ORDER** |
| | : | |
| **JESUS J. PALMERONI, et al.** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

This matter having been opened to the Court upon Motion by the Law Offices of Fred Shahrooz Scampato, PC, attorneys for Defendant Jesus J. Palmeroni, seeking sanctions due to spoliation against Plaintiff NVE [Docket Entry No. 180]; and the Court having considering the parties' submissions and the oral argument and testimony; and for good cause shown

IT IS on this 21st day of September, 2011,

ORDERED that Mr. Palmeroni's Motion is **GRANTED in part and DENIED in part.**

s/ Esther Salas
**HONORABLE ESTHER SALAS,**
**United States District Judge**