Aidan P. O'Connor, Esq.
Elisabeth L. Rowley, Esq.
**PASHMAN STEIN**
A Professional Corporation
Court Plaza South
21 Main Street, Suite 100
Hackensack, New Jersey 07601
(201) 488-8200
Counsel for Plaintiff, N.V.E., INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

N.V.E., INC.,

        Plaintiff,

    v.

JESUS J. PALMERONI a/k/a JOSEPH PALMERONI, et alia,

        Defendants.
_____

JESUS J. PALMERONI,

        Third-Party Plaintiff,

    v.

ROBERT OCCHIFINTO AND WALTER ORCUTT,

        Third-Party Defendants.
_____

Civil Action No. 06-5455 (ES) (CW)

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel for Plaintiff, N.V.E., INC., in the above-captioned action. Please serve copies of

i

all papers, including all notices in this matter upon the undersigned attorney at the office and email address listed below.


Dated: February 21, 2012			By:	s/ Elisabeth L. Rowley
							ELISABETH L. ROWLEY, ESQ.

							**PASHMAN STEIN**
							A Professional Corporation
							Court Plaza South
							21 Main Street, Suite 100
							Hackensack, New Jersey 07601
							(201) 488-8200
							erowley@pashmanstein.com
							Attorneys for Plaintiff, N.V.E., INC.