

# PASHMAN STEIN
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW

June 19, 2012

Hon. Cathy L. Waldor
United States Magistrate Judge
Martin Luther King, Jr., Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:   **NVE, Inc. v. Palmeroni, et al.**
              **Civil Action No. 06-5455(ES)(CLW)**

Dear Judge Waldor:

      As the Court is aware, this office represents Plaintiff N.V.E., Inc., and Third Party Defendants Robert Occhifinto and Walter Orcutt. Presently this matter is scheduled for a Status Telephone Conference on July 9, 2012 at 11:00 A.M. Please accept this letter as Plaintiff's request for a short 1-2 week adjournment of the status telephone conference. All counsel of record consents to this adjournment. Mr. Vort is not available on July 13, 2012.

      Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      ELISABETH L. ROWLEY

cc: All Counsel of record via electronic filing