WILLIAM A. TELTSER, ESQ., P.C.
354 Eisenhower Parkway
Livingston, New Jersey 07039
973-994-0424
Attorneys for Defendants Angelina Rosarbo and Nicole DiLungo

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| N.V.E., Inc.<br><br>    Plaintiff,<br><br>v.<br><br>JESUS J. PALMERONI, ET AL<br><br>    Defendants.<br>──────────────────────────<br>JESUS J. PALMERONI,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>ROBERT OCCHIFINTO AND WALTER ORCUTT,<br><br>    Third Party Defendants. | CIVIL ACTION NO. 2:06-cv-05455 (GEB)(ES)<br><br>MOTION DATE: December 17, 2012<br><br>NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ANGELINA ROSARBO AND NICOLE DILUNGO |

TO:   ANGELINA ROSARBO
       NICOLE DILUNGO

PLEASE TAKE NOTICE that upon the annexed declaration of William A. Teltser, Esq., and the Brief, the firm of William A. Teltser, Esq., P.C. will move before this Court before the Honorable Esther Salas, U.S.D.J. at the U.S. Courthouse located at the Martin Luther King Jr. Federal Building, 50 Walnut

Street, Newark, New Jersey 07101, on the 17th day of December, 2012, at 10:00 a.m. on that date or as soon thereafter as counsel may be heard for an Order pursuant to L.Civ.R. 102.1 permitting the firm of William A. Teltser, Esq., P.C. to withdraw as counsel for the defendants Angelina Rosarbo and Nicole DiLungo.

A proposed form of Order is submitted herewith.

WILLIAM A. TELTSER, ESQ., P.C.

By: /s/ William A. Teltser
WILLIAM A. TELTSER, ESQ.

DATED: November 16, 2012

### CERTIFICATION

I, William A. Teltser, hereby certify that a true copies of the within motion papers were served upon Angelina Rosarbo and separately upon Nicole DiLungo by regular mail and certified mail return receipt requested in accordance with the Rules of Court.

/s/ William A. Teltser
William A. Teltser

DATED: November 16, 2012