**PASHMAN STEIN, P.C.**
21 Main Street, Suite 100
Hackensack, New Jersey 07601
(201) 488-8200
*Attorneys for Plaintiff, N.V.E., Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC., <br><br> Plaintiff, <br><br> v. <br><br> JESUS J. PALMERONI a/k/a JOSEPH PALMERONI, et alia, <br><br> Defendants. <br><br> JESUS J. PALMERONI, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> ROBERT OCCHIFINTO AND WALTER ORCUTT, <br><br> Third-Party Defendants. | Civil Action No. 06-5455 (ES) (CLW) <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(i), Plaintiff, N.V.E., Inc., by and through their attorneys, Pashman Stein, P.C. hereby voluntarily dismisses the above-captioned action without prejudice as to the following defendants only:

1. Smart World, Inc.;
2. Foremost International;
3. International Sales Group;
4. Maria C. Palmeroni;
5. Alfredo D. Felice;
6. Charmaine C. Felice;
7. Curtis Beverage, LLC;
8. Smart World (Netherlands);
9. Vital Pharma; and
10. T&J Limited

Respectfully submitted,

Dated: December 7, 2012

By: /s/ Aidan P. O'Connor
Aidan P. O'Connor

**PASHMAN STEIN, P.C.**
21 Main Street, Suite 100
Hackensack, New Jersey 07601
(201)488-8200
*Attorneys for Plaintiff, N.V.E., Inc.*