

# PASHMAN STEIN
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW

AIDAN P. O'CONNOR
SHAREHOLDER

DIRECT DIAL: 201-270-4940
E-MAIL: aoconnor@pashmanstein.com

January 31, 2013

**VIA FACSIMILE AND ELECTRONIC FILING**

Hon. Esther Salas
United States District Judge
Martin Luther King, Jr., Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *NVE, Inc. v. Palmeroni, et al.*
      **Civil Action No. 06-5455(ES) (SCM)**

Dear Judge Salas:

As the Court is aware, this office represents Plaintiff N.V.E., Inc., and Third Party Defendants Robert Occhifinto and Walter Orcutt ("NVE"). Please accept this request for an additional four weeks (until March 1, 2013) for us to finalize and file settlements with those defendants with whom NVE has settled. I have notified defense counsel of this request and they have consented.

Thank you for your courtesies and consideration of this request.

Respectfully submitted,

AIDAN P. O'CONNOR

So Ordered _____
            Hon. Esther Salas, U.S.D.J.
            _____, 2013

cc:   All counsel of record via electronic filing
      Mr. Vincent Rosarbo, *Pro Se* (*via regular and certified mail*)
      Ms. Angelina Rosarbo, *Pro Se* (*via regular and certified mail*)
      Ms. Nicole DiLungo, *Pro Se* (*via regular and certified mail*)
      Mr. Erling Jensen (*via email*)