**PASHMAN STEIN, P.C.**
21 Main Street, Suite 100
Hackensack, New Jersey 07601
(201) 488-8200
*Attorneys for Plaintiff, N.V.E., Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC., <br><br> Plaintiff, <br><br> v. <br><br> JESUS J. PALMERONI a/k/a JOSEPH PALMERONI, et alia, <br><br> Defendants. | Civil Action No. 06-5455 (ES) (CLW) <br><br><br><br><br><br> **REQUEST TO ENTER DEFAULT** |
| JESUS J. PALMERONI, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> ROBERT OCCHIFINTO AND WALTER ORCUTT, <br><br> Third-Party Defendants. | |

**TO THE CLERK OF THE ABOVE NAMED COURT:**

**PLEASE** enter upon the docket the default of the Defendants, AMERICAN WHOLESALE DISTRIBUTION, INC. and VAR CONSULTING, INC., in the above-entitled action for failure to plead or otherwise defend as provided by Fed.R.Civ.Pro. 55(a) or by an Order of this Court, and as demonstrated in the Certification in Support of Request to Enter Default submitted herewith.

Respectfully submitted,

Dated:  October 1, 2013    By: /s/ Aidan P. O'Connor
Aidan P. O'Connor

**PASHMAN STEIN, P.C.**
21 Main Street, Suite 100
Hackensack, New Jersey 07601
(201)488-8200
*Attorneys for Plaintiff, N.V.E., Inc.*