**PASHMAN STEIN, P.C.**
21 Main Street, Suite 100
Hackensack, New Jersey 07601
(201) 488-8200
*Attorneys for Plaintiff, N.V.E., Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC., <br><br> Plaintiff, <br><br> v. <br><br> JESUS J. PALMERONI a/k/a JOSEPH PALMERONI, et alia, <br><br> Defendants. <br><br>―――――――――――――――――― <br><br> JESUS J. PALMERONI, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> ROBERT OCCHIFINTO AND WALTER ORCUTT, <br><br> Third-Party Defendants. | Civil Action No. 06-5455 (ES) (CLW) <br><br><br><br><br><br><br> **CERTIFICATION OF SERVICE** |

I hereby certify that on October 2, 2013, Plaintiff N.V.E, Inc.'s Request to Enter Default and the Certification of Aidan P. O'Connor, Esq. in Support of Request to Enter Default were electronically filed with the United States District Court, District of New Jersey. I further certify that all counsel of record were served via electronic filing and that the *pro se* defendants were served via regular and certified mail as follows:

Vincent Rosarbo
23 Thistle Meadow Lane
Branford, Connecticut 06405

Angelina Rosarbo
23 Thistle Meadow Lane
Branford, Connecticut 06405

Nicole DiLungo
16 West Sussex Place
Madison, Connecticut 06443

Nicole DiLungo
485 Briarwood Drive
Guilford, Connecticut 06437

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 2, 2013

By: _____
ELISABETH L. ROWLEY
Pashman Stein, P.C.
21 Main Street, Suite 100
Hackensack, New Jersey 07601
(201) 488-8200
*Attorneys for Plaintiff, N.V.E., Inc.*

2