# ROBERT A. VORT

Attorney at Law of New Jersey
www.vortlaw.com

2 University Plaza, Suite 101　　　　　　　　　　　　　　　　Telephone: 201-342-9501
Hackensack, New Jersey 07601　　　　　　　　　　　　　　　Facsimile: 201-342-9504

---

March 5, 2014

Hon. Joseph A. Dickson
United States District Court
Martin Luther King Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102
by PACER and by fax to 973-645-4549

　　　　　　　　　　Re: NVE Inc. v. Palmeroni
　　　　　　　　　　　　Civil Action No. 06-5455

Dear Judge Dickson:

　　Your Honor has scheduled a resumption of settlement discussions for Wednesday, March 19, 2014 at 10:30 a.m.  I am also scheduled to appear before the Superior Court, Appellate Division at 10:00 a.m. that morning in Newark.

　　I am told that my appeal will either be the first or second matter on the Court's docket.  I can request that the Appellate Division re-list the argument but, with a three judge panel which only sits as a group every four weeks, this is awkward.  I expect to be able to arrive at federal court between 11:00 and 11:15 a.m.  I ask the Court's indulgence; if this is not acceptable, I will ask the Appellate Division to move the argument in that Court.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　Robert A. Vort

RAV:bap
cc:　Aidan P. O'Connor, Esq. - by e-mail
　　　Robert Basil, Esq. - by e-mail
　　　Todd Greenberg, Esq. - by e-mail
　　　Mr. Jesus J. Palmeroni - by e-mail
　　　11-127