

# PASHMAN STEIN
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW

AIDAN P. O'CONNOR
SHAREHOLDER

DIRECT DIAL: 201-270-4940
E-MAIL: aoconnor@pashmanstein.com

September 26, 2014

Hon. Joseph A. Dickson
United States Magistrate Judge
United States Court House
50 Walnut Street
Newark, New Jersey 07101

      *Re:* **NVE, Inc. v. Palmeroni, et al.**
        <u>Civil Action No. 06-5455 (ES) (CLW)</u>

Dear Judge Dickson:

  This case is scheduled for a status conference on Tuesday, September 30, 2014, at 2:30 p.m. I have a scheduling conflict at that time and cannot appear. I am available on the mornings of September 30 or October 3, 2014, or any time on October 1, 2014.

  Thank you for your courtesies in this matter.

              Respectfully submitted,

              AIDAN P. O'CONNOR

cc: Via email and electronic filing:
   Robert A. Vort, Esq.
   Robert J. Basil, Esq.
   Todd Greenberg, Esq.
   Jonathan Goldstein, Esq.
   Gregory Cannarozzi, Esq.
   Mr. Vincent Rosarbo, *Pro Se (via U.S. Mail)*