# PashmanStein

**Aidan P. O'Connor**
aoconnor@pashmanstein.com
Direct:   201-270-4940
Mobile:  973-842-1608

August 28, 2015

**VIA ELECTRONIC CASE FILING**

Hon. Leda D. Wettre
United States District Court
Martin Luther King Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   **NVE, Inc. v. Palmeroni, et al.**
             **Civil Action No. 2:06-CV-05455 (MCA)(LDW)**

Dear Judge Wettre:

    This firm represents the Plaintiff, N.V.E., Inc., in the above-captioned matter. In light of the upcoming settlement conference scheduled for September 1, 2015, I am writing to inform your Honor that a settlement agreement has been reached between N.V.E, Inc. and the Defendants Jarrett W. Portz, John J. Portz, Katherine M. Portz, International Wholesale Service, Inc., and International Wholesale Supply, Inc. Todd Greenberg, counsel for the settling defendants, therefore asks to be excused from the settlement conference and NVE does not object to this request. However, we will need thirty (30) days to file the executed settlement agreement with this Court.

    In addition, this Court granted an order on August 13, 2015, allowing the Defendants to attend the settlement conference telephonically. As all of the other parties will not be attending in person, we respectfully request that the representative for N.V.E., Inc. be allowed to attend telephonically as well.

                                          Respectfully submitted,

                                          AIDAN P. O'CONNOR

cc:   All Counsel of Record via Electronic Filing
       Mr. Vincent Rosarbo via U.S. Mail
       Ms. Angelina Rosarbo via U.S. Mail

Pashman Stein, PC
21 Main Street, Suite 200
Hackensack, NJ 07601

Telephone:  201.488.8200
Facsimile:   201.488.5556
www.pashmanstein.com