# ROBERT A. VORT

Attorney at Law of New Jersey
www.vortlaw.com

2 University Plaza, Suite 101                                    Telephone: 201-342-9501
Hackensack, New Jersey 07601                                     Facsimile:  201-342-9504

---

September 1, 2015

Hon. Leda D. Wettre
United States District Court
Martin Luther King Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102
via PACER and by fax to 973-645-3535

                Re: NVE Inc. v. Palmeroni
                Civil Action No. 06-5455

Dear Judge Wettre:

    Defendant-counterclaimant Jesus J. Palmeroni served a request for production of documents on co-defendant Vincent Rosarbo by regular mail and by certified mail, return receipt requested. The request was mailed on February 13, 2015. The green card reflecting receipt of the envelope sent by certified mail was signed on February 20, 2015 by Vincent Rosarbo. The envelope sent by regular mail was not returned to this office.

    Mr. Rosarbo has neither produced any of the documents requested. Neither has he objected to any request. I am serving him today with a notice for his deposition at my office on September 28, 2015. The notice directs him to appear at my office and to produce at that time the documents listed in the request for documents.

Hon. Leda D. Wettre                    2                   September 1, 2015

    I enclose a copy of the request for documents, of the letter of transmittal and of the green card indicating receipt.

                                       Respectfully submitted,

                                       Robert A. Vort

RAV:bap  
enclosures  
cc:  Aidan O'Connor, Esq.  
    Robert Basil, Esq.  
    Mr. Vincent Rosarbo - by regular mail and by  
        certified mail, return receipt requested  
    Mr. Jesus J. Palmeroni  
    11-127

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC. : | Civil Action No. **06-5455** |
| Plaintiff, : | (Hon. Madeline Cox Arleo) |
| -vs- : | |
| **JESUS J. PALMERONI** a/k/a Joseph Palmeroni, et al, : | **REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO FED. R.CIV.P. 34** |
| Defendants. : | |

| | |
|---|---|
| **JESUS J. PALMERONI,** : | |
| Third Party Plaintiff, : | |
| -vs- : | |
| **ROBERT OCCHIFINTO** and **WALTER ORCUTT,** : | |
| Third Party Defendant. : | |

TO: E. GREGORY CANNAROZZI, ESQ.
470 Grant Avenue
Oradell, New Jersey 07649

S I R:

Pursuant to Fed.R.Civ.P. 34(a)(1), defendants Jesus J. Palmeroni, Michelle Hooey, National Retail Consulting Group, Inc. and Global Marketing & Sales Group, LLC request that defendant Nicole DiLungo produce the documents within her possession, custody and control which are listed in the attached Schedule A at the office of Robert A. Vort, Suite 101, 2 University Plaza, Hackensack, New Jersey on March 9, 2015 at 10:15 a.m.

Dated: February 13, 2015

_____
Robert A. Vort

## SCHEDULE A

1.   Any and all books, records, journals and financial statements of American Wholesale Distribution, Inc. from January 1, 2000 to date.

2.   Any and all books, records, journals and financial statements of Smart World, Inc. from January 1, 2000 to date.

3.   Any and all books, records, journals and financial statements of VAR Consulting, Inc. from January 1, 2000 to date.

4.   Any and all federal income tax returns of American Wholesale Distributors for 2000 to date.

5.   Any and all federal income tax returns of Smart World, Inc. for 2000 to date.

6.   Any and all federal income tax returns of VAR Consulting, Inc. for 2000 to date.

7.   Any and all federal income tax returns of Nicole DiLungo for 2000 to date.

8.   Any and all written statements dated on or after May 1, 2006 given to plaintiff in this action or to its counsel.

9.   Any and all correspondence, including e-mail, between you, on the one hand, and any other party to this action regarding the subject matter of this action since May 1, 2006.

10.   Any and all correspondence, including e-mail, between you, on the one hand, and counsel for any other party to this action since May 1, 2006.

# ROBERT A. VORT

Attorney at Law of New Jersey
www.vortlaw.com

2 University Plaza, Suite 101  
Hackensack, New Jersey 07601

Telephone: 201-342-9501  
Facsimile:  201-342-9504

---

February 13, 2015

Mrs. Angelina Rosarbo  
23 Thistle Meadow Lane  
Branford, Connecticut 06405

      Re: NVE Inc. v. Palmeroni  
      Civil Action No. 06-5455

Dear Mrs. Rosarbo:

  I enclose a request for production of documents in your possession, custody or control.

           Very truly yours,

           Robert A. Vort

RAV:bap  
enclosures  
by regular mail and by certified mail,  
  return receipt requested  
cc: Mr. Jesus J. Palmeroni  
   11-127

