# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC., <br><br> Plaintiff, <br> v. <br><br> JESUS J. PALMERONI, et al., <br><br> Defendants. | Civil Action No. <br><br> 2:06-cv-05455-MCA-LDW <br><br> **ORDER** |

**WHEREAS,** the Court held settlement conferences in this action on September 1, 2015 and September 10, 2015; and

**WHEREAS,** the parties have requested additional time to actively explore the possibility of settlement; and

**WHEREAS,** fact discovery was scheduled to close on September 30, 2015; and for good cause shown; therefore

**IT IS** on this day, September 16, 2015:

**ORDERED,** that the parties shall have through October 2, 2015 to explore settlement; and it is further

**ORDERED,** that a telephone conference is set for October 6, 2015 at 4:00pm to address next steps in this action, including the discovery schedule. Counsel for plaintiff shall initiate the call to Chambers at (973) 645-3574 once all parties are on the line.

*Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge

cc: Hon. Madeline C. Arleo, U.S.D.J.