# ROBERT A. VORT

Attorney at Law of New Jersey
www.vortlaw.com

2 University Plaza, Suite 101
Hackensack, New Jersey 07601

Telephone: 201-342-9501
Facsimile: 201-342-9504

---

September 24, 2015

Hon. Leda D. Wettre
United States District Court
Martin Luther King Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102
via PACER and by fax to 973-645-3535

      Re: NVE Inc. v. Palmeroni
      Civil Action No. 06-5455

Dear Judge Wettre:

  As Your Honor may recall, the deposition of pro se defendant Vincent Rosarbo was noticed for Monday, September 28, 2015. I asked my assistant to telephone him today to remind him of the deposition. He told her that he would not be coming and that he "wanted nothing to do with you people."

          Respectfully submitted,

          */s/ Robert A. Vort*

          Robert A. Vort

RAV:bap
cc: Aidan O'Connor, Esq.
   Robert Basil, Esq.
   Mr. Vincent Rosarbo - by regular mail and by
     certified mail, return receipt requested
   Mr. Jesus J. Palmeroni
   11-127