**ROBERT A. VORT**
2 University Plaza
Hackensack, New Jersey 07601
201-342-9501
Bar Id. No. 246401968
Attorney for Defendant Palmeroni

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **N.V.E., INC.** | : | |
| Plaintiff, | : | Civil Action No. **06-5455**<br>(Hon. Madeline Cox Arleo) |
| -vs- | : | |
| **JESUS J. PALMERONI** a/k/a Joseph Palmeroni, et al, | : | **PROOF OF SERVICE and SUPPLEMENTAL CERTIFICATION OF BARBARA A. PENNINO** |
| Defendants. | : | |
| **JESUS J. PALMERONI**, | : | |
| Third Party Plaintiff, | : | |
| -vs- | : | |
| **ROBERT OCCHIFINTO** and **WALTER ORCUTT**, | : | |
| Third Party Defendant. | : | |

STATE OF NEW JERSEY)
                            S.S.:
   COUNTY OF BERGEN)

BARBARA A. PENNINO certifies as follows:

   1.  I am employed by Robert A. Vort, counsel for Jesus J. Palmeroni in the above action.

   2.  On October 8, 2015 I served a copy of a motion to compel the appearance of Vincent Rosarbo for a deposition, a certification of Robert A. Vort, a brief in support of the motion, a

proposed order and of this proof of service on the following persons by both regular mail and by certified mail, return receipt requested.

    MR. VINCENT ROSARBO     MS. ANGELINA ROSARBO
    23 Thistle Meadow Lane  23 Thistle Meadow Lane
    Branford, Connecticut 06405 Branford, CT 06405

4.  I attach as **Exhibit A** a copy of an envelope sent by this office to Vincent Rosarbo by certified mail, return receipt requested. It bears a post mark of September 1, 2015 and was returned to this office this morning by the Postal Service.

5.  I certify that the foregoing statements made by me are true. I am aware that, if any of the foregoing statements made by me is wilfully false, I am subject to punishment.

Dated: October 8, 2015

                                                                Barbara A. Pennino

# EXHIBIT A

**ROBERT A. VORT**
Attorney at Law
2 University Plaza, Suite 101
Hackensack, New Jersey 07601

7015 0640 0002 0362 7090

Mr. Vincent Rosarbo
23 Thistle Meadow Lane
Branford, Connecticut 06405

NIXIE      061    5E    1009       0010/04/15
            RETURN TO SENDER
              UNCLAIMED
           UNABLE TO FORWARD

BC: 07601621026    *1830-07413-02-36

07601052104



02 1P
00019522163 SEP 01 2015
MAILED FROM ZIP CODE 07601
$ 006.95⁵
PITNEY BOWES
UNITED STATES POSTAGE