ROBERT A. VORT
2 University Plaza
Hackensack, New Jersey 07601
201-342-9501
Bar Id. No. 246401968
Attorney for Defendants
    National Retail Consulting Group,
    Inc. and Global Marketing & Sales
    Group, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| N.V.E., INC. | : | Civil Action No. **06-5455** |
| Plaintiff, | : | (Hon. Madeline Cox Arleo) |
| | | (Hon. Leda Dunn Wettre) |
| -vs- | : | |
| | | **CROSSCLAIM FOR CONTRIBUTION** |
| JESUS J. PALMERONI a/k/a Joseph Palmeroni, **MICHELLE HOOEY** a/k/a Michelle Palmeroni, **MARIA C. PALMERONI, VINCENT ROSARBO, ANGELINA ROSARBO, NICOLE DILUNCO, NATIONAL RETAIL CONSULTING GROUP, INC., AMERICAN WHOLESALE DISTRIBUTION, SMART WORLD, INC., FOREMOST INTERNATIONAL, GLOBAL MARKETING & SALES GROUP, LLC, VAR CONSULTING, INC., RONALD SUMICK, SUNBELT MARKETING, INTERNATIONAL SALES GROUP, RICHARD D. HOROWITZ, JERALD I. HOROWITZ, PROFIT MOTIVATORS, INC. PMI GLOBAL MARKETING CORP., DIRK NIEUWENHUIS, CARLOS BENGOA, CB DISTRIBUTORS, INC., DARREN HOUSEHOLDER, BRAND NEW ENERGY, INC., STEVE R. SESSIONS, SESSIONS SPECIALTY COMPANY, JARRETT W. PORTZ, JOHN J. PORTZ, SR., KATHERINE M. PORTZ, INTERNATIONAL WHOLESALE SERVICE, INC., INTERNATIONAL WHOLESALE SUPPLY, INC., ALFREDO D. FELICE, CHARMAINE C. FE-** | : | **AND INDEMNIFICATION** |

```
LICE, CURTIS BEVERAGE, LLC,    :
SMART WORLD (NETHERLANDS), VI-
TAL PARMA, T & J LIMITED, ABC  :
COMPANIES 1-10 and JOHN DOES
1-10,                          :

          Defendants.          :
_____

JESUS J. PALMERONI,            :

     Third Party Plaintiff,    :

          -vs-                 :

ROBERT OCCHIFINTO and WALTER   :
ORCUTT,

     Third Party Defendant.    :
_____
```

Jesus J. Palmeroni, residing at 413 Route 940, Mount Pocono, Pennsylvania 18344 ("Palmeroni"), crossclaims against Vincent Rosarbo as follows:

### CROSSCLAIM FOR CONTRIBUTION

Although Palmeroni denies liability to the plaintiff, if the Court should find him liable for damages, Palmeroni is entitled to contribution from defendant Vincent J. Rosarbo under the Joint Tortfeasors' Contribution Act, N.J.S.A.2A:53A-3.

### CROSSCLAIM FOR INDEMNIFICATION

Although Palmeroni denies liability to the plaintiff, if the Court should find him liable for damages, Palmeroni is entitled to indemnification from defendant Vincent J. Rosarbo because Rosarbo discarded records of their jointly owned company without

2

the authorization of Palmeroni, which records are needed for the defense of this action.

Dated: December 12, 2015          _____
                                            Robert A. Vort