# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**Chambers of**
**Leda Dunn Wettre**
United States Magistrate Judge

Martin Luther King Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101
(973) 645-3574

**January 29, 2016**

<u>VIA REGULAR & CERTIFIED MAIL, R.R.R.</u>
Vincent & Angelina Rosarbo, Pro Se
23 Thistle Meadow Lane
Branford, CT 06405

## <u>ORDER TO SHOW CAUSE</u>

RE:   **N.V.E., INC. v. PALMERONI et al**
      **2:06-cv-05455-MCA-LDW**

Dear Mr. & Ms. Rosarbo:

You are directed to show cause before me on **February 29, 2016 at 2:00 p.m. in Courtroom 4A** why monetary/reprimand sanctions should not be imposed pursuant to Fed. R. Civ. P. 16(f).   This Order to Show Cause arises out of your failure to attend any of the five (5) in-person conferences scheduled before the undersigned, including four (4) settlement conferences, for which all parties were ordered to appear in person.

You shall submit any written submissions with the Court no later than **February 19, 2016**.

**SO ORDERED.**

Hon. Leda Dunn Wettre
United States Magistrate Judge

Orig:   Clerk
Cc:     Hon. Madeline Cox Arleo, U.S.D.J.
        All parties