# ROBERT A. VORT

Attorney at Law of New Jersey
www.vortlaw.com

2 University Plaza, Suite 101  
Hackensack, New Jersey 07601

Telephone: 201-342-9501  
Facsimile: 201-342-9504

---

February 19, 2016

Hon. Leda D. Wettre  
United States District Court  
Martin Luther King Jr. Federal Courthouse  
50 Walnut Street  
Newark, New Jersey 07102  
via CM/ECF

        Re: NVE Inc. v. Palmeroni  
        Civil Action No. 06-5455

Dear Judge Wettre:

    I shall represent Michelle Hooey at her deposition which she will attend without a subpoena. I am told that the transcript of the audio recording can be produced by Monday, March 2, 2016.

    I am not available for her deposition from March 1 through March 6th due to vacation plans. I have an Appellate Division argument on March 7th. I am available the balance of that week and on March 14, March 15 and March 17 but not on March 16 or March 18.

    Ms. Hooey is not available on March 8, March 9, March 24 through March 28th. If we schedule during the week of March 14, counsel for N.V.E. should have had sufficient time to review the recording or the transcript.

                                   Respectfully submitted,

                                   Robert A. Vort

RAV:bap  
cc: Aidan O'Connor, Esq. - by CM/ECF  
    Robert Basil, Esq. by CM/ECF  
    Mr. Jesus J. Palmeroni - by e-mail  
    11-127