# ROBERT A. VORT

Attorney at Law of New Jersey
www.vortlaw.com

2 University Plaza, Suite 101  
Hackensack, New Jersey 07601

Telephone: 201-342-9501  
Facsimile: 201-342-9504

---

May 13, 2016

Hon. Leda D. Wettre  
United States District Court  
Martin Luther King Jr. Federal Courthouse  
50 Walnut Street  
Newark, New Jersey 07102  
by CM/ECF only

           Re: NVE Inc. v. Palmeroni  
           Civil Action No. 06-5455

Dear Judge Wettre:

    Your Honor ordered the deposition of Joe Palmeroni to conclude today. His wife telephoned me at 7:30 a.m. today and advised that her husband had been sick all night. I advised Mr. O'Connor, and we rescheduled the deposition for May 24th. He advised that, in light of this change, he may request additional time for his expert report. If he does, I do not object to a reasonable extension.

    On another note, I have periodically advised Your Honor that I may need some relaxation of deadlines due to medical issues. It appears likely that I will undergo heart surgery in June. I am about to begin massive infusions of gamma globulin for my neurological problem. I seek no adjustment of te scheduling order now. I shall report to the Court when the doctors provide more information to me.

                                        Respectfully submitted,

                                        Robert A. Vort

RAV:bap  
cc: Aidan O'Connor, Esq. - by CM/ECF  
    Robert J. Basil, Esq. - by CM/ECF  
    Mr. Jesus J. Palmeroni  
    11-127