# PashmanStein

**Aidan P. O'Connor**
aoconnor@pashmanstein.com
Direct:   201-270-4940
Mobile:  973-842-1608

**VIA ELECTRONIC CASE FILING**
Hon. Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

> Re:  **NVE, Inc. v. Palmeroni, et al.**
>       **Civil Action No. 2:06-CV-05455 (MCA)(LDW)**

Dear Judge Wettre:

With the consent of all parties I write to request that the deadline to file Plaintiff's Expert Report be extended by three days to Friday, June 3, 2016 due to the forth coming holiday weekend. The parties have consented to this extension on the basis that Mr. Vort and Mr. Basil's deadline to file responsive reports is equally extended.

Thank you for your consideration in this matter.

Respectfully Submitted,

*[signature]*

AIDAN P. O'CONNOR

*The parties' agreed extension of three days to exchange expert reports shall not extend the deadlines for dispositive motions or completion of expert depositions. SO ORDERED. 5/31/16*

*Leda Wettre, USMJ*

Pashman Stein, PC
21 Main Street, Suite 200
Hackensack, NJ 07601

Telephone: 201.488.8200
Facsimile:   201.488.5556
www.pashmanstein.com