Meghan Gorman Cohen, Esq.
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
(201) 488-8200
*Attorneys for Plaintiff, N.V.E., Inc. and*
*Third Party Defendants Robert Occhifinto and Walter Orcutt*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| N.V.E., Inc.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS J. PALMERONI a/k/a JOSEPH PALMERONI, RONALD SUMICEK, SUNBELT MARKETING, ABC Corporations 1-10, and John Does 1-10,<br><br>　　　　Defendants. | Civil Action No. 06-5455 (MCA) (LDW)<br><br>**MEGHAN GORMAN COHEN IN SUPPORT OF NVE'S OPPOSITION TO DEFENDANTS DARREN HOUSHOLDER AND BRAND NEW ENERGY'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| JESUS J. PALMERONI,<br><br>　Third-Party Plaintiff,<br><br>　　v.<br><br>ROBERT OCCHIFINTO and WALTER ORCUTT,<br><br>　Third-Party Defendants. | |

　　I, Meghan Gorman Cohen, Esq., hereby certify as follows:

　　1.　I am an attorney at law of the State of New Jersey and an associate of the firm Pashman Stein Walder Hayden, PC, counsel for Plaintiff, N.V.E., Inc. ("NVE") and Third-Party Defendants, Robert Occhifinto and Walter Orcutt in the above

referenced matter.  I am fully familiar with the facts alleged herein.

    2.   Attached hereto as Exhibit 1 are excerpts from the December 11, 2015, March 16, 2016, and March 23, 2016 deposition of Defendant Vincent Rosarbo.

    3.   Attached hereto as Exhibit 2 are excerpts from the January 21, 2016 Deposition of Third-Party defendant Robert Occhifinto.

    4.   Attached hereto as Exhibit 3 are excerpts from the November 23, 2015 deposition of Defendant Darren Householder.

    5.   Attached hereto as Exhibit 4 are excerpts from the December 7, 2015 deposition of defendant Ronald Sumicek.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                          _s/Meghan Gorman Cohen_____
                                          MEGHAN GORMAN COHEN
                                          PASHMAN STEIN WALDER HAYDEN, P.C.
                                          Attorneys For Plaintiff
                                          N.V.E, Inc. and Third-Party
                                          Defendants Robert Occhifinto
                                          and Walter Orcutt