Samuel J. Samaro, Esq.
**PASHMAN STEIN WALDER HAYDEN, P.C.**
21 Main Street, Suite 200
Hackensack, New Jersey 07601
(201) 488-8200
*Attorneys for Plaintiff, N.V.E., Inc.*
*and Third Party Defendants*
*Robert Occhifinto and Walter Orcutt*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| N.V.E., Inc.,<br><br>           Plaintiff,<br><br>v.<br><br>JESUS J. PALMERONI a/k/a JOSEPH PALMERONI, RONALD SUMICEK, SUNBELT MARKETING, ABC Corporations 1-10, and John Does 1-10,<br><br>           Defendants. | Civil Action No. 06-5455 (MCA) (LDW)<br><br>**CERTIFICATION OF**<br>**SAMUEL J. SAMARO, ESQ.**<br>**IN FURTHER SUPPORT OF**<br>**SUMMARY JUDGMENT MOTION**<br>**BY PLAINTIFF NVE AND THIRD**<br>**PARTY DEFENDANTS** |
| JESUS J. PALMERONI,<br><br>           Third-Party Plaintiff,<br><br>v.<br><br>ROBERT OCCHIFINTO and WALTER ORCUTT,<br><br>           Third-Party Defendants. | |

I, Samuel J. Samaro, Esq., hereby certify as follows:

1. I am an attorney at law of the State of New Jersey and a member of the firm Pashman Stein Walder Hayden, PC, counsel for Plaintiff, N.V.E., Inc. ("NVE") and Third-Party Defendants Robert Occhifinto and Walter Orcutt in the above-referenced matter. I am fully familiar with the facts alleged herein.

2. Attached hereto as Exhibit 1 is a facsimile dated October 25, 1999 from Robert Sumicek, Sunbelt Marketing, to Joe Palmeroni, NVE Pharmaceuticals, Inc., attaching a three-page "Brokerage Agreement."

3. Attached hereto as Exhibit 2 is a copy of a letter dated February 3, 2016 from Aidan P. O'Connor to Robert A. Vort, Esq. and Robert J. Basil, Esq. enclosing "[c]opies of the enhanced recordings" of "the meeting that took place at NVE's offices in February 2006."

4. Attached hereto as Exhibit 3 is a complete copy of the transcript of the May 11, 2010 deposition of Ronald Sumicek.

5. Attached hereto as Exhibit 4 is a complete copy of the transcript of an audio recording of a meeting that took place at NVE's offices in February 2006.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
SAMUEL J. SAMARO, ESQ.
PASHMAN STEIN WALDER HAYDEN
A Professional Corporation
Attorneys for Plaintiff N.V.E., Inc. and
Third-Party Defendants Robert Occhifinto
and Walter Orcutt

Dated: August 15, 2016