# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **N.V.E., INC.,**  *Plaintiff*,  v.  **JESUS J. PALMERONI, et al.,**  *Defendants.* | Civil Action No. 06-5455  **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff N.V.E., Inc.'s ("Plaintiff") motion for final judgment by default against Defendants VAR Consulting ("VAR") and American Wholesale Distribution, Inc. ("AWD"), Dkt. No. 555, pursuant to Fed. R. Civ. P. 55(b)(2);

and it appearing that Plaintiff's submissions for this motion consist of a notice of motion, a proposed order, and a certification that explains the relevant procedural history;

and it appearing that L.Civ.R. 7.1(d)(1) also requires parties to submit a brief containing arguments of fact and law in support of their motions;

and it appearing that Plaintiff therefore has not complied with L.Civ.R. 7.1(d)(1), see Nike USA, Inc. v. Big Rock Jeans Co., No. 13-108, 2015 WL 1013570, at *1 (D.N.J. Mar. 6, 2015) (denying motion for default judgment for failure to file a brief as required by L.Civ.R. 7.1);

**IT IS**, on this 18th day of October, 2016,

**ORDERED** that Plaintiff's motion, Dkt. No. 555, is **DENIED WITHOUT PREJUDICE**.

/s Madeline Cox Arleo
**MADELINE COX ARLEO**
**United States District Judge**