**PASHMAN STEIN WALDER HAYDEN**
Attorneys for Plaintiff *N.V.E., Inc.*
21 Main Street – Suite 200
Hackensack, NJ 07601
T. (201) 488-8200
F. (201) 488-5556

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC.,<br><br>    Plaintiff,<br>       v.<br><br>JESUS J. PALMERONI, a/k/a JOSEPH PALMERONI, VINCENT ROSARBO, NATIONAL RETAIL CONSULTING GROUP, INC., AMERICAN WHOLESALE DISTRIBUTION, INC., GLOBAL MARKETING & SALES GROUP, LLC, and VAR CONSULTING, INC.<br><br>    Defendants. | Civil Action No.<br>2:06-cv-05455 (MCA)(LDW)<br><br>**REQUEST FOR<br>ENTRY OF DEFAULT** |

To:   William T. Walsh, Clerk of the Court

Please enter the default of defendants National Retail Consulting Group, American Wholesale Distribution, Inc., Global Marketing & Sales Group, LLC and VAR Consulting, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for the reasons set forth in the Certification of James W. Boyan III submitted herewith.

Dated:  August 25, 2017

                                    **PASHMAN STEIN WALDER HAYDEN**
                                    Attorneys for Plaintiff *N.V.E., Inc.*

                    By:   /s/ James W. Boyan III
                              JAMES W. BOYAN III
                              Member of the Firm
                              21 Main Street – Suite 200
                              Hackensack, NJ 07601
                              T. (201) 488-8200
                              F. (201) 488-5556