

James W. Boyan III
Member of the Firm
Direct: 201.270.4935
jboyan@pashmanstein.com

October 12, 2017

**VIA ELECTRONIC FILING**

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07101

      RE:    *N.V.E., Inc. v. Palmeroni, et al.*
            **Civil Action No. 2:06-CV-05455**

Dear Judge Arleo:

      As you know, this firm represents Plaintiff N.V.E., Inc. in the above-referenced matter. We write to advise the Court that the automatic stay entered as a result of Defendant Vincent Rosarbo's bankruptcy terminated effective September 15, 2017. On October 11, 2017, the Honorable Ann M. Nevins of the United States Bankruptcy Court for the District of Connecticut issued an Order confirming the same. (A copy of the Order is attached hereto as Exhibit A). As a result, NVE can proceed with the trial against Mr. Rosarbo (as well as all of the other remaining defendants).

  Respectfully submitted,

/s/ James W. Boyan III
JAMES W. BOYAN III

Attachment

cc:    Jesus Palmeroni (via e-mail and electronic filing)
       Vincent Rosarbo (via e-mail)

Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601

Phone: 201.488.8200
Fax: 201.488.5556
www.pashmanstein.com