# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

N.V.E., INC.,

               Plaintiff,

---against----

Joseph Palmeroni, et al.,

               Defendants.

Civil Action No.
2:06-CV-05455 (MCA) (LW)

NOTICE OF MOTION ON SHORT
NOTICE:

2017 SEP 20 P 2: 45
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
CLERK
RECEIVED

**TO THE ABOVE NAMED PLAINTIFF:**

PLEASE TAKE NOTICE, upon the Certification of Jesus Palmeroni in support of motion for relief from Order dated 8/23/17 will move this Court before the Hon. Madeline C. Arleo, at the Courthouse located at the Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07101, on the 30th day of September 2017 at 10:00 a.m. on that day or as soon thereafter as counsel may be heard:

FOR AN ORDER on short notice providing relief from the order dated 8/23/17 and permitting Jesus Palmeroni to file pretrial motions on or before 12/1/17, answer oppositions pretrial motions by 12/14/17 and adjourn trail date of 10/10/17 until resolution of issue of co-defendant Vincent Rosarbo's stay in Federal bankruptcy court in U.S. District Court of Connecticut

Dated: September 19, 2017

*Clerk shall terminate this motion as moot in view of Judge Arleo's 9/21/17 text order adjourning trial. SO ORDERED. 10/16/17 Leda Wettre, USMJ*

Respectfully submitted, JesusPalmeroni

-1-