UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC., <br><br> Plaintiff, <br><br> v. <br><br> JESUS J. PALMERONI, *also known as* JOSEPH PALMERONI, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 06-5455 (MCA) (LDW) <br><br> SCHEDULING ORDER |

**THIS MATTER** having come before the Court by way of District Judge Madeline Cox Arleo's Order adjourning the trial date in this matter with a new date to be set forthwith (ECF No. 683), and for good cause shown:

**IT IS, on this 12th day of December, 2017, ORDERED** that:

1. A renewed final pretrial conference shall be conducted before the undersigned, pursuant to Fed. R. Civ. P. 16(e), on **February 21, 2018 at 10:00 a.m.**, in Courtroom 3C of the Martin Luther King Jr. Federal Building and U.S. Courthouse.

2. All counsel and the parties who are proceeding *pro se*, including Jesus Palmeroni, Vincent Rosarbo, and Angelina Rosarbo, are directed to assemble at the office of Plaintiff's counsel not later than **January 17, 2018** to prepare an updated Final Pretrial Order in compliance with the form and content requirements of the Court. Plaintiff's counsel shall prepare the Final Pretrial Order and shall submit it to all other counsel and/or parties for approval before submitting it to the Court.

3. The original of the Final Pretrial Order shall be delivered to the Court in hard copy on or before **January 31, 2018**. All parties are responsible for the timely submission of the Final Pretrial Order.

_____
Hon. Leda Dunn Wettre
United States Magistrate Judge