

**James W. Boyan III**
Member of the Firm
jboyan@pashmanstein.com
Direct: 201.270.4935

February 1, 2018

**VIA ELECTRONIC FILING**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court For the District of New Jersey
Martin Luther King Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *N.V.E., Inc. v. Palmeroni, et al.*
     Civil Action No. 06-5455 (MCA)(LDW)

Dear Judge Wettre:

  As you know, this firm represents Plaintiff, N.V.E., Inc., in the above-referenced matter. On December 12, 2017, Your Honor issued an order directing the parties to prepare an updated Final Pretrial Order and submit it to the Court by January 31, 2018 (the "Scheduling Order"). (Doc. No. 689).

  On January 15, 2018, Defendant Jesus Palmeroni sent an e-mail to the undersigned inquiring whether it was necessary for him to appear at our office on January 17, 2018 to prepare the Final Pretrial Order in light of the fact that Defendant Vincent Rosarbo had converted his bankruptcy case to a Chapter 13. (A copy of his e-mail is attached as Exhibit A). On the same date, I responded to Mr. Palmeroni and told him that I did not believe that such a meeting was necessary because the parties had already submitted a Final Pretrial Order to Your Honor. (A copy of my e-mail to Mr. Palmeroni is attached as Exhibit B). At that time, I wrongly believed that it was not necessary for the parties to submit another draft of the Final Pretrial Order.

  Earlier today, I received a telephone call from Your Honor's law clerk inquiring about the status of the Final Pretrial Order. Based on my misunderstanding of the Scheduling Order, I said that that the parties had already submitted a draft of the Final Pretrial Order but that we could resubmit it to the Court. After the call, I reviewed the Scheduling Order again. In the Scheduling Order, Your Honor clearly stated that that the Court was seeking an <u>updated</u> Final Pretrial Order from the parties. Accordingly, my prior interpretation of the Scheduling Order was incorrect.

In retrospect, I should have advised Mr. Palmeroni that he could meet with us on January 17 and suggest any additions or changes he had to his sections of the Final Pretrial Order. In addition, I should have given Mr. Rosarbo the same opportunity.

Earlier today, I send an e-mail to Defendants inquiring whether they had any additions or suggested changes to the last draft of the Final Pretrial Order. I will incorporate any revisions that Defendants request to their sections of the Final Pretrial Order and submit an updated draft of the same later today.

I sincerely apologize to the Court for my prior misunderstanding.

Respectfully submitted,

/s/ James W. Boyan III
JAMES W. BOYAN III

cc: Jesus Palmeroni (via e-mail)
    Vincent Rosarbo (via e-mail)

Court Plaza South           Phone: 201.488.8200
21 Main Street, Suite 200    Fax: 201.488.5556
Hackensack, NJ 07601         www.pashmanstein.com

# EXHIBIT A

# James Boyan

| | |
|---|---|
| **From:** | J. Pal <psbsnve@gmail.com> |
| **Sent:** | Friday, January 12, 2018 4:19 PM |
| **To:** | James Boyan |
| **Subject:** | Meeting January 17 |

Mr Boylan

I in recipt of the judges order to appear at your offices on January 17. I have also received a letter from Mr Rosarbo that indicates he has converted his bankruptcy and is therefore protected by a stay,and will not be participating in this case as long as the stay is in effect. If that is the case, it does not make much sense to go forward without him, as we will most likely have to do this all over again at another time. What is your position on this?

The above developments notwithstanding I plan to be in your office 1230pm on January 17 unless I hear otherwise from you

Thank you

Joe Palmeroni

# EXHIBIT B

## James Boyan

| | |
|---|---|
| **From:** | James Boyan |
| **Sent:** | Monday, January 15, 2018 10:58 AM |
| **To:** | 'J. Pal' |
| **Cc:** | Sam Samaro |
| **Subject:** | RE: Meeting January 17 |

Joe:

The Bankruptcy Court decided that the automatic stay imposed by Mr. Rosarbo's second bankruptcy filing expired.  His conversion of the case did not reinstitute the stay.

As for January 17, we don't think it is necessary to have a meeting.  As you know, the parties already submitted a Final Pretrial Order to Magistrate Judge Wettre.  So, there is really nothing left for us to do at a meeting.

We take it that you have not yet retained an attorney.  If you have retained an attorney (or plan to do so), please have your attorney contact us directly.

Regards,

Jim

**James W. Boyan III**
Member of the Firm
Direct: 201.270.4935
jboyan@pashmanstein.com
V-Card • Bio



Court Plaza South
21 Main Street - Suite 200
Hackensack, NJ 07601
Phone: 201.488.8200
Fax: 201.488.5556
www.pashmanstein.com


**From:** J. Pal [mailto:psbsnve@gmail.com]
**Sent:** Friday, January 12, 2018 4:19 PM
**To:** James Boyan
**Subject:** Meeting January 17

Mr Boylan

I in recipt of the judges order to appear at your offices on January 17. I have also received a letter from Mr Rosarbo that indicates he has converted his bankruptcy and is therefore protected by a stay,and will not be participating in this case as long as the stay is in effect. If that is the case, it does not make much sense to go forward without him, as we will most likely have to do this all over again at another time. What is your position on this?

The above developments notwithstanding I plan to be in your office 1230pm on January 17 unless I hear otherwise from you

Thank you

Joe Palmeroni