

**James W. Boyan III**
Member of the Firm
jboyan@pashmanstein.com
Direct: 201.270.4935

February 1, 2018

**VIA ELECTRONIC FILING**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court For the District of New Jersey
Martin Luther King Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *N.V.E., Inc. v. Palmeroni, et al.*
             Civil Action No. 06-5455 (MCA)(LDW)

Dear Judge Wettre:

      We have received several communications from Mr. Palmeroni today stating that he is requesting a 14-day extension of time to prepare his revisions to the current draft of the Final Pretrial Order. It appears that Mr. Palmeroni also submitted a request to that effect to Your Honor's chambers via e-mail earlier today. We do not object to Mr. Palmeroni's request for an extension.

      We also received an e-mail from Mr. Rosarbo and a voicemail message from his bankruptcy attorney, David Volman (who is copied on this letter), indicating that Mr. Rosarbo will not participate in this matter during the pendency of his bankruptcy case. It is our position that the automatic stay in Mr. Rosarbo's bankruptcy case has terminated.

      Due to these issues, we will not submit an updated draft of the Final Pretrial Order today as we had planned unless the Court instructs us otherwise. In addition, we respectfully request the Court to schedule a telephone conference with all of the parties to discuss these issues.

      Thank you for Your Honor's courtesies.

Respectfully submitted,

/s/ James W. Boyan III
JAMES W. BOYAN III

Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601

Phone: 201.488.8200
Fax: 201.488.5556
www.pashmanstein.com

cc: Jesus Palmeroni (via e-mail)
David Volman, Esq. (via e-mail)