

**James W. Boyan III**
Member of the Firm
jboyan@pashmanstein.com
Direct: 201.270.4935

February 2, 2018

<u>**VIA ELECTRONIC FILING**</u>
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court For the District of New Jersey
Martin Luther King Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

        Re:    *N.V.E., Inc. v. Palmeroni, et al.*
               <u>Civil Action No. 06-5455 (MCA)(LDW)</u>

Dear Judge Wettre:

     We are in receipt of Your Honor's Order dated February 2, 2018 (Doc. No. 694).  As the Court ordered, we notified Mr. Volman of the telephone conference and requested that he participate in the call.  (Attached as Exhibit A please find a copy of my e-mail to Mr. Volman).

     In response to my e-mail, Mr. Volman stated that he is not licensed to practice law in New Jersey and does not represent Mr. Rosarbo in this litigation.  He also stated that he has a scheduling conflict on February 21, 2018 at 10:00 A.M.  (Attached as Exhibit B please find copies of Mr. Volman's e-mails).  The undersigned advised Mr. Volman that we would convey his message to the Court and asked him to advise Mr. Rosarbo of the telephone conference on February 21.  He said that he would do so.

Respectfully submitted,

/s/ James W. Boyan III
JAMES W. BOYAN III

cc:    Jesus Palmeroni (via e-mail)
       David Volman, Esq. (via e-mail)

---

Court Plaza South   |   Phone: 201.488.8200
21 Main Street, Suite 200   |   Fax: 201.488.5556
Hackensack, NJ 07601   |   www.pashmanstein.com

# EXHIBIT A

**James Boyan**

| | |
|---|---|
| **From:** | James Boyan |
| **Sent:** | Friday, February 02, 2018 2:19 PM |
| **To:** | 'dgvolman@sbcglobal.net' |
| **Cc:** | Sam Samaro |
| **Subject:** | FW: Activity in Case 2:06-cv-05455-MCA-LDW N.V.E., INC. v. PALMERONI et al Order |

Mr. Volman:

See below.  We request that you participate in this telephone conference with the Court.

Regards,

Jim

**From:** njdefiling@njd.uscourts.gov [mailto:njdefiling@njd.uscourts.gov]
**Sent:** Friday, February 02, 2018 2:05 PM
**To:** njdefiling@njd.uscourts.gov
**Subject:** Activity in Case 2:06-cv-05455-MCA-LDW N.V.E., INC. v. PALMERONI et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of New Jersey [LIVE]**

## Notice of Electronic Filing

The following transaction was entered on 2/2/2018 at 2:04 PM EST and filed on 2/2/2018
**Case Name:**      N.V.E., INC. v. PALMERONI et al
**Case Number:**    2:06-cv-05455-MCA-LDW
**Filer:**
**Document Number:** 694(No document attached)

**Docket Text:**
**TEXT ORDER - The Final Pretrial Conference scheduled for February 21, 2018 at 10:00 a.m. is hereby converted to a telephone conference. Counsel for Plaintiff shall notify Mr. Volman of this conference and request that he participate. So Ordered by Magistrate Judge Leda D. Wettre on 2/2/2018. (kd)**

**2:06-cv-05455-MCA-LDW Notice has been electronically mailed to:**

AIDAN P. O'CONNOR    aoconnor@pashmanstein.com, apoclaw@hotmail.com, mcamacho@pashmanstein.com

E. GREGORY M. CANNAROZZI    1800probono@msn.com, 1800probono@gmail.com

ELEANOR JULIE LIPSKY    ejlipsky@nmmlaw.com

ELISABETH LEE ROWLEY    erowley@pashmanstein.com, elipsky@pashmanstein.com

JAMES W. BOYAN , III    jboyan@pashmanstein.com

JESUS J. PALMERONI    psbsnve@gmail.com

MARCO A. GONZALEZ , JR    mgonzalez@ndslaw.com, jdisena@ndslaw.com

MEGHAN GORMAN COHEN    meghan.cohen@dol.lps.state.nj.us, meghankcohen@gmail.com

ROBERT JAMES BASIL    robertjbasil@rjbasil.com, bas@iccchem.com, davidacohen@rjbasil.com

SAMUEL J. SAMARO    ssamaro@pashmanstein.com

STEPHEN S WEINSTEIN    skippy@sswpa.com, ursula@sswpa.com

**2:06-cv-05455-MCA-LDW Notice has been sent by regular U.S. Mail:**

Global Marketing & Sales Group, LLC

National Retail Consulting Group, Inc.

Angelina Rosarbo
23 THISTLE MEADOW LANE
BRANFORD, CT 06405

Vincent Rosarbo

EXHIBIT B

**James Boyan**

| | |
|---|---|
| **From:** | david volman <dgvolman@sbcglobal.net> |
| **Sent:** | Friday, February 02, 2018 2:35 PM |
| **To:** | James Boyan |
| **Subject:** | Re: Activity in Case 2:06-cv-05455-MCA-LDW N.V.E., INC. v. PALMERONI et al Order |

I am not licensed to practice in NJ & dont represent Mr. Rosarbo in the case in NJ

Sent from Yahoo Mail for iPhone

On Friday, February 2, 2018, 2:18 PM, James Boyan <jboyan@pashmanstein.com> wrote:

Mr. Volman:

See below.  We request that you participate in this telephone conference with the Court.

Regards,

Jim

**From:** njdefiling@njd.uscourts.gov [mailto:njdefiling@njd.uscourts.gov]
**Sent:** Friday, February 02, 2018 2:05 PM
**To:** njdefiling@njd.uscourts.gov
**Subject:** Activity in Case 2:06-cv-05455-MCA-LDW N.V.E., INC. v. PALMERONI et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of New Jersey [LIVE]**

**Notice of Electronic Filing**

The following transaction was entered on 2/2/2018 at 2:04 PM EST and filed on 2/2/2018

**Case Name:**        N.V.E., INC. v. PALMERONI et al
**Case Number:**      2:06-cv-05455-MCA-LDW
**Filer:**
**Document Number:** 694(No document attached)

**Docket Text:**
**TEXT ORDER - The Final Pretrial Conference scheduled for February 21, 2018 at 10:00
a.m. is hereby converted to a telephone conference. Counsel for Plaintiff shall notify Mr.
Volman of this conference and request that he participate. So Ordered by Magistrate
Judge Leda D. Wettre on 2/2/2018. (kd)**

**2:06-cv-05455-MCA-LDW Notice has been electronically mailed to:**

AIDAN P. O'CONNOR      aoconnor@pashmanstein.com, apoclaw@hotmail.com,
mcamacho@pashmanstein.com

E. GREGORY M. CANNAROZZI      1800probono@msn.com, 1800probono@gmail.com

ELEANOR JULIE LIPSKY      ejlipsky@nmmlaw.com

ELISABETH LEE ROWLEY      erowley@pashmanstein.com, elipsky@pashmanstein.com

JAMES W. BOYAN , III      jboyan@pashmanstein.com

JESUS J. PALMERONI      psbsnve@gmail.com

MARCO A. GONZALEZ , JR      mgonzalez@ndslaw.com, jdisena@ndslaw.com

MEGHAN GORMAN COHEN      meghan.cohen@dol.lps.state.nj.us,
meghankcohen@gmail.com

ROBERT JAMES BASIL      robertjbasil@rjbasil.com, bas@iccchem.com,
davidacohen@rjbasil.com

SAMUEL J. SAMARO      ssamaro@pashmanstein.com

STEPHEN S WEINSTEIN      skippy@sswpa.com, ursula@sswpa.com

**2:06-cv-05455-MCA-LDW Notice has been sent by regular U.S. Mail:**

Global Marketing & Sales Group, LLC

National Retail Consulting Group, Inc.

Angelina Rosarbo
23 THISTLE MEADOW LANE
BRANFORD, CT 06405

Vincent Rosarbo

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**James Boyan**

| | |
|---|---|
| **From:** | david volman <dgvolman@sbcglobal.net> |
| **Sent:** | Friday, February 02, 2018 3:11 PM |
| **To:** | James Boyan |
| **Subject:** | Rosarbo |

P/s report to the Court that i dont represent Mr. Rosarbo in the NJ case, am not licensed to practice in NJ & am unavailable 2/21 10 ( I have a 341 at the US Trustees Office in New Haven CT) for another client. Thank you.

Regards,

David G. Volman
Attorney at Law
45 Huntington Plaza
Shelton, CT 06484
203-929-7771