## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC., | Civil Action No. |
| Plaintiff, | 06-5455 (MCA) (LDW) |
| v. | |
| JESUS J. PALMERONI, *also known as* JOSEPH PALMERONI, *et al.*, | **SCHEDULING ORDER** |
| Defendants. | |

**THIS MATTER** having come before the Court by way of a telephone conference held before the undersigned on February 21, 2018, and *pro se* defendant Jesus Palmeroni having requested additional time to provide information necessary for the parties to complete the Final Pretrial Order, and the Rosarbo defendants not having participated, and for good cause shown:

**IT IS, on this 21st day of February 2018, ORDERED** that:

1. Mr. Palmeroni shall provide the supplemental information he asserts is necessary to complete the Final Pretrial Order to plaintiffs' counsel on or before **February 28, 2018**. Plaintiffs' counsel shall provide to Mr. Palmeroni a copy of the Final Pretrial Order that indicates their changes to said Order in redline format on or before **March 7, 2018**.

2. The Revised Final Pretrial Order shall be delivered to the Court in hard copy or efiled on or before **March 14, 2018**.

3. A final pretrial conference shall be conducted before the undersigned, pursuant to Fed. R. Civ. P. 16(e), on **March 27, 2018, at 2:00 p.m.**, in Courtroom 3C of the Martin Luther King Jr. Building and U.S. Courthouse.

4. Plaintiff is permitted to file an application relating to the Rosarbo defendants' need to participate in this action on or before **March 9, 2018**.

*[signature]*

Hon. Leda Dunn Wettre
United States Magistrate Judge