September 27, 2018

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

COURT
JERSEY
DISTRICT
RECEIVED

2018 SEP 28 P 12: 14

Re:  NVE, Inc. v. Palmeroni, et at.
     Civil Action No. 06-5455 (MCA)(LDW)

Dear Judge Wettre:

   My name is Vincent Rosarbo and I'm a Pro Se Litigant in the case NVE v. Palmeroni Civil Action no. 2:06-cv-05455(MCA)(LDW)

   When Mr Vort was alive he sent me transcripts of my depositions and because of no representation by an attorney in over at least four years , this was the first time I got to see the transcripts. In reading the transcripts I've realized that many of my answers were incorrect or misquoted.  This was due to many reasons.

   A few months before Mr Occhinfinto summoned me to a private meeting with him at one of his many homes.  This meeting became extremely one sided very quickly , Mr Occhinfinto went over his version of events. When I responded to him that it was all along time ago and my wife's health was so bad I really hadn't thought about my time at NVE for years.  However when I took exception to some of the things he said he became agitated and again repeated his version of events, this time with much more emphasis.  I've know Mr. Occhinfinto for along time and I knew that it was better not to challenge his temper.  He also emphasized his ager with Mr. Palmeroni.  One of the things he told me was " Joes got a big mouth. " He's not the Joe you remember .  He's gonna get us all put away.  I can still remember my heart beating fast like I was gonna have a heart attack.  He also said I need to do the right thing when it concerns the welfare of my wife and daughter.  I asked him point blank why are you including my wife and daughter and what did you mean by their welfare.  He once again responded his version of events, this time with even more emphasis. He didn't accept any feedback from me, so it became obvious this is what I was excepted to say going forward.  I felt very uncomfortable , because being away with him in jail I got to know him personally and also the stories he related to me made me feel he was capable of doing anything to anybody at any given time.  As we departed he told me it would be wise if you stayed away from Joe and his attorneys.

   Several Months later I received a voice mail message from Mr Occhinfinto.  I returned the call and I was to meet him at such and such a time and it concerned me only.  I was relieved that this time he chose to meet in a public place.  When I arrived I was met by Mr. Occhinfinto,  Mr. Jensen from NVE and his attorney Mr, O'Connor.
This Meeting went almost the same way as my private meeting with Mr. Occhinfinto, if only a little bit more professionally.  I felt very alone cause I didn't have any legal representation.  I felt a lot of of pressure being put on to me to accept once again his version of events and to also sign off on it.  There was a lot said about how this would once again effect me, my wife and daughter this time in a financial matter.  The word Rico and crime were thrown around freely once again, but I was told as long as I signed what they wanted me to sign " everything would go away including the deposition which I was told was in a couple of days. I was Intimidated, confused and disoriented but I couldn't bring myself to sign off on something that I didn't feel I was guilty of.  Even if what Mr Palmeroni was saying about Mr Occhinfinto was going to get Mr. Occhinfinto thrown back in jail, I was not going to be the fall guy.  I personally knew that Mr. Occhinfinto induced at least one other person to take the rap for him on illegal activity in the past.

   A few days later I showed up at my deposition as ordered by the Judge with no legal counsel.  I hadn't slept in days.  They threw documents at me that I hadn't seen in years and asked a lot questions about things that I didn't really remember at that time being that it took place quite a few years ago.  Most of the

questions they asked were about places, situations and transactions that had taken place almost 15 years ago. I hadn't thought of any of this for a long time except maybe when I met privately with Mr Occhinfinto and he continually pounded his version of events into my head. The entire time I was giving the depo, I was in a complete bur due to exhaustion, stress, intimidation and confusion. It was only later after I had time to reflect on the events of the last 15 years and after reviewing the depo's that I realized I had blocked a lot of events of the case out of my mind.

    I discussed this all with Attn. Vort (Mr Palmeroni lawyer) and played the message on my voicemail from Mr Occhinfinto for him. He said that was evidence that needed to be brought forward and that he would contact the other attorneys in the case to decide how to go forward. Less than an hour later Attn Vort was taken from the courthouse after suffering an apparent heart attack. I never spoke with him again and was informed that he subsequently passed away. Shortly after my conversation with Mr Vort I retained counsel in CT who advised me to file bankruptcy and that a stay was in place and not to discuss the case with anyone going forward if and until the stay was lifted. Due to the letter I received from Pashmein and Stein a few days ago I'm being told that I'm required to be on a phone conference on Oct 1st. I have not been told by my CT Attn that the stay has been lifted but I don't wish to disrespect the court in NJ so I felt that this letter was in order.

    Respectfully submitted

    Vincent Rosarbo