UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC., <br><br> Plaintiff, <br><br> v. <br><br> JESUS J. PALMERONI, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 06-5455 (MCA) (LDW) <br><br> **ORDER** |

**THIS MATTER** having come before the Court by way of an October 1, 2018 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 9th day of October 2018, ORDERED** that:

1. The parties shall appear for a settlement conference before the undersigned on **November 27, 2018 at 9:30 a.m.**, in Courtroom 3C of the Martin Luther King Jr. Federal Building and U.S. Courthouse. Clients with full and immediate settlement authority must attend in person. Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.

2. The parties are directed to assemble at the office of Plaintiff's counsel to prepare the Final Pretrial Order in compliance with the form and content requirements of the Court. Plaintiff's counsel shall prepare the Final Pretrial Order and shall submit it to all other parties for approval before submitting it to the Court.

3. The Final Pretrial Order shall be delivered to the Court in hard copy or filed on the electronic docket on or before **December 14, 2018.** All parties are responsible for the timely submission of the Final Pretrial Order.

4. The parties shall appear for a final pretrial conference before the undersigned pursuant to Fed. R. Civ. P. 16(e) on **January 9, 2019 at 9:30 a.m.**, in Courtroom 3C of the Martin Luther King Jr. Federal Building and U.S. Courthouse.

/s/ Leda D. Wettre
Hon. Leda Dunn Wettre
United States Magistrate Judge