# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC., <br><br> Plaintiff, <br><br> v. <br><br> JESUS J. PALMERONI, a/k/a JOSEPH PALMERONI, VINCENT ROSARBO, NATIONAL RETAIL CONSULTING GROUP, INC., AMERICAN WHOLESALE DISTRIBUTION, INC., GLOBAL MARKETING & SALES GROUP, LLC, and VAR CONSULTING, INC. <br><br> Defendants. | Civil Action No. <br> 2:06-cv-05455 (MCA)(LDW) <br><br><br> **NOTICE OF <br> MOTION TO VACATE** |

**PLEASE TAKE NOTICE** that on a date to be set by the Court, the undersigned, attorneys for Plaintiff N.V.E., Inc. ("Plaintiff"), shall move before the Honorable Madeline Cox Arleo, United States District Judge, for an Order vacating the portion of the September 21, 2011 Order granting Defendant Jesus Palmeroni's application for an adverse inference instruction.

**PLEASE TAKE FURTHER NOTICE** that in support thereof, Plaintiff will rely upon the Certification of James W. Boyan III, Esq. with attached exhibits and the brief submitted herewith.

        **PASHMAN STEIN WALDER HAYDEN, P.C.**
        A Professional Corporation
        *Attorneys for Plaintiff N.V.E., Inc.*

By:   /s/ James W. Boyan III
        James W. Boyan III
        21 Main Street – Suite 200
        Hackensack, NJ 07601
        jboyan@pashmanstein.com

                T. (201) 488-8200
                F. (201) 488-5556

Dated:  December 23, 2019.