**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES DISTRICT JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST. ROOM 4066**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

January 24, 2020

<u>VIA ECF & MAIL</u>:
Jesus J. Palmeroni
3308 Route 940, Suite 104
Mount Pocono, PA 18344

Vincent Rosarbo
23 Thistle Meadow Lane
Branford, CT 06405

**<u>LETTER ORDER</u>**

  Re: **N.V.E., Inc. v. Palmeroni, et al.,**
     <u>**Civil Action No. 06-5455**</u>

Dear Litigants:

  A pre-trial telephone status conference will be held on March 10, 2020 at 4:00 p.m. Plaintiff's counsel will initiate the call and contact the Court when all parties are on the line.

  By March 4, 2020, Plaintiff's counsel shall submit to the Court the following materials:

- A neutral statement of the case;
- Proposed jury instructions and verdict form;
- Voir dire questionnaire;
- All exhibits to be presented at trial, including page-and-line copies of all deposition transcripts that will be offered as evidence.

  Plaintiff's counsel shall also provide a copy of the above materials to Mr. Palmeroni and Mr. Rosarbo, and the parties shall meet and confer regarding these materials prior to the March 10 teleconference.  Trial is scheduled to commence at 9:30 a.m. on March 24, 2020.

               **SO ORDERED.**

               */s Madeline Cox Arleo*
               **MADELINE COX ARLEO**
               **UNITED STATES DISTRICT JUDGE**