1

2                    UNITED STATES DISTRICT COURT

3                       DISTRICT OF NEW JERSEY

4     N.V.E. INC.,

5              Plaintiff,

6              vs.         No. 06-5455 (ES)(SCM)

7     JESUS J. PALMERONI, aka

8     JOSEPH PALMERONI, et al,

9              Defendants.

10    _____X

11    JESUS J. PALMERONI,

12              Third-Party Plaintiff,

13              vs.

14    ROBERT OCCHIFINTO and WALTER

15    ORCUTT,

16              Third-Party Defendants.

17    _____X

18

19           DEPOSITION OF VINCENT J. ROSARBO

20              Hackensack, New Jersey

21              December 11, 2015

22

23    Reported by:

24    MARY F. BOWMAN, RPR, CRR

25    JOB NO. 100718

Page 2

1

2

3

4

5                           December 11, 2015

6                           10:20 a.m.

7

8

9             Deposition of VINCENT J. ROSARBO,

10    held at the offices of Pashman Stein, LLP,

11    21 Main Street, Hackensack, New Jersey,

12    before Mary F. Bowman, a Registered

13    Professional Reporter, Certified Realtime

14    Reporter, and Notary Public of the State of

15    New Jersey.

16

17

18

19

20

21

22

23

24

25

Page 3

1

2                          APPEARANCES:

3    PASHMAN STEIN

4    Attorneys for Plaintiff

5         21 Main Street

6         Hackensack, NJ 07601

7    BY:   AIDAN O'CONNOR, ESQ.

8         ELEANOR LIPSKY, ESQ.

9

10   THE BASIL LAW GROUP

11   Attorneys for Defendant Occhifinto

12        1270 Broadway

13        New York, NY 10001

14   BY:   ROBERT BASIL, ESQ.

15

16   LAW OFFICES OF ROBERT A. VORT

17   Attorney for Defendant Palmeroni

18        2 University Plaza

19        Hackensack, NJ 07601

20   BY:   ROBERT VORT, ESQ.

21

22

23

24

25

```
 1                        Rosarbo
 2   VINCENT J. ROSARBO,
 3        called as a witness by the parties,
 4        having been duly sworn, testified as
 5        follows:
 6   EXAMINATION BY
 7   MR. O'CONNOR:
 8        Q.    Good morning, Mr. Rosarbo.
 9        A.    Good morning.
10        Q.    As you know, I am Aidan O'Connor,
11   I am an attorney at Pashman Stein.   I
12   represent N.V.E. and Robert Occhifinto.
13        A.    We have met before.
14        Q.    Yes.  And you know Mr. Jensen
15   sitting to my left?
16        A.    Yes.
17        Q.    And we have met before?
18        A.    Yes.
19        Q.    And Ms. Lipsky, or at least spoke
20   with her on the phone?
21        A.    That's correct.
22        Q.    You don't have a lawyer here
23   today.
24        A.    Correct.
25        Q.    You have had an attorney
```

1                          Rosarbo

2       previously in this lawsuit, is that

3       correct?

4            A.    Yes.

5            Q.    You understand that you are

6       entitled to have a lawyer if you so choose

7       during this deposition?

8            A.    Yes.

9            Q.    You have chosen to go forward

10      without a lawyer today?

11           A.    Yes.

12           Q.    You know the court reporter just

13      swore you in and this is considered a

14      formal court proceeding.  So if you lie or

15      don't tell the truth, that would be

16      considered perjury.  Do you understand

17      that?

18           A.    Yes.

19           Q.    As we talked just before we got

20      started, the court reporter is taking

21      everything down.  I need you to actually

22      give me a verbal response to all your

23      answers; yes, no whatever it is.  Although,

24      we normally shake our heads or nod for

25      these purposes, I need you to say yes or

Rosarbo

1

2    pending.  You have to answer the question

3    first and then you can get a break and do

4    what we need to do.  OK?

5         A.    Yes.

6         Q.    In getting ready for today's

7    deposition, did you review any documents?

8         A.    No.

9         Q.    Did you talk to your wife or

10   daughter about what was going to happen

11   here at the deposition?

12        A.    Just my wife.

13        Q.    Did you talk about the facts of

14   what happened back with N.V.E. or just the

15   fact that you were going to a deposition?

16        A.    Just the fact that I was going to

17   a deposition.

18        Q.    Have you spoken with any other

19   defendants, Mr. Palmeroni or any other

20   folks in this lawsuit about this

21   deposition?

22        A.    About this deposition?

23        Q.    About this deposition?

24        A.    No.

25        Q.    When was the last time you spoke

1                          Rosarbo

2     to Mr. Palmeroni?

3          A.    Three, four, five years ago.

4     Just before or right at the time that I had

5     an attorney, Mr. Dratch.

6          Q.    Dratch is D-R-A-T-C-H?

7          A.    Correct.

8          Q.    And what was the nature of your

9     discussion with Mr. Palmeroni at that time?

10         A.    It was when I went to meet him,

11    it was about this case.  And he had a piece

12    of paper that I had to read, and he wanted

13    us to pat each other down.

14         Q.    Who had a piece of paper?

15         A.    He did.

16         Q.    I am sorry, I know you're

17    pointing to Mr. Palmeroni --

18         A.    I'm sorry, Joe Palmeroni.

19         Q.    So you understand, sometimes

20    pronouns just get confusing when there is a

21    lot of folks.  You are talking about

22    Mr. Palmeroni?

23         A.    Yes.

24         Q.    Mr. Palmeroni had a piece of

25    paper?

Page 10

1              Rosarbo

2        A.    Yes, and it stated we should pat

3    each other down and then go forward and

4    talk.  So we did that.

5        Q.    What was --

6        A.    I didn't understand that, but

7    that's what we did.

8        Q.    What was your understanding as to

9    why he wanted to pat you down?

10       A.    I guess he didn't trust me, I

11   don't know.

12       Q.    Trust you for what?

13       A.    I'm not sure, I don't know.

14       Q.    Do you think he was looking for a

15   recording device?

16       A.    Yes.

17       Q.    Is that your understanding at the

18   time?

19       A.    Yes -- no.  It was my

20   understanding -- yeah, once I got it, I

21   seen it, yeah, that was my understanding,

22   yes.

23       Q.    At the time of the conversation?

24       A.    Yes.

25       Q.    Was your understanding at the

                          Rosarbo

1

2    time that Mr. Palmeroni asked if he could

3    pat you down that he was looking for a

4    recording device?

5        A.    On both sides.   In other words,

6    he wanted to feel comfortable that I wasn't

7    recording him.   I didn't even have that

8    notion in my head, as far as I was

9    concerned, as far as me patting him down.

10   He wanted to talk to me, OK, we'll talk.

11       Q.    And what was your understanding

12   as to why there was a concern about the

13   conversation being recorded?

14       A.    Well, that was his concern.   It

15   wasn't my concern.   I wasn't -- the case

16   wasn't going on for -- I don't know how

17   many years before that and I guess it was a

18   paranoid concern on his part.   I mean he

19   requested the meeting.   I didn't.   So I'm

20   not sure where he was going with that.

21       Q.    Did Mr. Palmeroni say anything to

22   you about not wanting to have the meeting

23   recorded?

24       A.    No.

25       Q.    Mr. Rosarbo, to the best of your

1                          Rosarbo

2    memory, was this meeting before or after

3    when you were named in this lawsuit?

4        A.    It was kind of like right around

5    that same time.

6        Q.    You don't know whether it was

7    before or after though?

8        A.    No, I -- no.  I can't remember

9    that, no.

10       Q.    Did Mr. Palmeroni, in fact, pat

11   you down?

12       A.    Yes.

13       Q.    Did you pat him down?

14       A.    Yes.

15       Q.    And then did you have a

16   conversation?

17       A.    Yes.

18       Q.    And what was the nature of that

19   conversation?

20       A.    The nature of the conversation

21   was that I have a daughter who has already

22   been through college and who is not going

23   to be affected by this.  He more or less

24   wanted me to take the fall.  He was more or

25   less telling me I should take the whole

1                         Rosarbo

2     fall in this.

3                  My response to him was Joe,

4     everything is out in the open.  There are

5     certain things that are going to be said.

6     We did this 50/50, I'm not going down by

7     myself.  I'm sorry.  I can't do that.

8                  And he also wanted to at that

9     time maybe he was having a problem with his

10    attorney, he wanted to piggyback with my

11    attorney to go forward on a go-forward

12    basis.  And that was the basis of the

13    conversation.

14                  I told him I wasn't going to do

15    that.  You know, you got your case, the

16    case started with you.  I'm being dragged

17    into it.  So I have to fight my own battle.

18    But it's not going to be that I'm going to

19    be left holding the bag.  That's not going

20    to happen.

21                  When I went back -- that was the

22    last I talked to him and then I told my

23    attorney at that time that I -- I didn't

24    want to have anything to do with him at

25    that time because I seen where he was going

1                      Rosarbo

2     and at that time, I didn't trust him.

3          Q.     What did you understand by you

4     were not going to take the fall for this?

5          A.     He was more or less telling me

6     that he had, you know, a baby, 4-year-old,

7     whatever, that my daughter was already

8     through college.  I wouldn't get hurt by it

9     like he was going to get hurt by it.  So he

10    more or less wanted me to swallow the whole

11    nine yards.

12         Q.     This is with regard to the N.V.E.

13    claims against you and Mr. Palmeroni?

14         A.     Correct.

15         Q.     Did you tell Mr. Palmeroni that

16    you were not going to get left holding the

17    bag?

18         A.     Yes, I did.

19         Q.     What was Mr. Palmeroni's

20    response?

21         A.     He didn't respond.  But he knew

22    where I was coming from.  But he still

23    wanted me to talk to my attorney and see if

24    he can piggyback his way into it.

25                How it even happened was I was

Page 15

Rosarbo

1  told that there was a motion that was going

2  to be passed, that was going to open up

3  Smart World and American Wholesale

4  information and he told me I should get an

5  attorney to try and delay that.

6  But I said, Joe, the case is

7  about you.  It is not about me.  Why do I

8  even have to get involved.  And he said he

9  ran out of motions, that he couldn't do

10  that and I shouldn't have done it, but I

11  did.  He was a corporate officer on both of

12  them.  He could have stopped that motion

13  easily.

14  My knowledge now is that he

15  wanted me in the case, so this way here,

16  there is another person. I mean, after I

17  met him and then he told me what he wanted

18  me to do -- my knowledge to that fact is

19  that he wanted me in the case and to do

20  this, this way here, Bob would focus on me

21  and I would take the fall.  That's how it

22  looks to me now.

23  Q.   Is that about the time that you

24  filed a motion through your lawyer to quash

1                    Rosarbo

2    a subpoena for bank records?

3        A.    Yes.

4        Q.    Do you recall that being around

5    August of 2010?

6        A.    Yes.  I mean, I don't know the

7    exact day, but I'll say yes to that.

8        Q.    Do you recall signing a

9    declaration that your lawyer might have

10   prepared with regard to trying a quash a

11   subpoena for bank records for American

12   Wholesale Distributors and VAR?

13       A.    No, I don't.

14       Q.    Mr. Rosarbo, have you had

15   discussions with any other defendants who

16   have been named in this case?

17       A.    No.

18       Q.    Ms. Hooey, Mr. Sumicek?

19       A.    No.

20       Q.    Mr. Housholder, the Portzes?

21       A.    None of them.

22       Q.    Mr. Rosarbo, where do you

23   currently live?

24       A.    23 Thistle Meadow Lane, Branford,

25   Connecticut.

                          Rosarbo

1

2       A.    Yes.  And I used to call him

3   quite a few times and I more or less

4   explained my situation, you know, and he is

5   already there, he is selling stuff. I don't

6   know what I am supposed to be doing in

7   Connecticut.

8            So how it unfolded was that I

9   started going up there on a regular basis.

10      Q.    To Sparta?

11      A.    Yes.  And that's when things kind

12  of like changed for me because I was on

13  hands now.  And I started to see, you know,

14  how things were going on.  I mean, I did it

15  back and forth for a while and it was like

16  killing me.

17      Q.    Let me stop you for a second.

18      A.    Go ahead.

19      Q.    So at the time that you started

20  working at N.V.E., what did you understand

21  Mr. Palmeroni's role or title to be?

22      A.    He was a salesman.

23      Q.    A salesman?

24      A.    Yes.

25      Q.    What did you understand

Page 47

                           Rosarbo

1

2    Mr. Sellar's role to be?

3        A.    Same thing, salesman.

4        Q.    And who told you Mr. Palmeroni

5    would be your contact?

6        A.    Well, actually nobody.  I just

7    called him.  I mean, I had information on

8    the sales people.  There was Bob Sellar, a

9    kid name Jeff.  They were kind of like cold

10   to me, whereas at least with Joe, I got to

11   talk to him and that's how we kind of

12   started a rapport.

13       Q.    And you started coming down to

14   the office in Sparta to work?

15       A.    Yes, correct.

16       Q.    And to do what?

17       A.    Now I started seeing how things

18   operated, make cold calls, anything that

19   had to do with anything.  In the beginning,

20   it was try to sell product.  As it grew, I

21   did a whole number of things.  But in the

22   beginning it was to try to sell product.

23   Call people up, chains, individual

24   mom-and-pops.  You know, anything to sell.

25       Q.    Do you recall what your starting

Page 48

1                          Rosarbo

2    salary was going to be at N.V.E.?

3         A.    Yeah. I believe it was 50,000.

4         Q.    50,000 dollars per year?

5         A.    Yes.  Correct.

6         Q.    Was there a bonus or commission

7    on top of that?

8         A.    No, not in the beginning.  As we

9    grew, it changed, but no.

10        Q.    How did it change?

11        A.    As we started selling more, our

12   salaries went up and then he started giving

13   out bonuses on Christmas time.

14        Q.    How big would the bonus be?

15        A.    That depended on the year

16   naturally.

17        Q.    I am sorry, go ahead?

18        A.    I'm going to guess and say

19   anywhere from $50 to $100,000, depending on

20   the year.

21        Q.    Did that go up as you worked

22   there?

23        A.    Yes.

24        Q.    So first year --

25        A.    And my salary too.

1                        Rosarbo

2        Q.    Let's do one at a time.  Can you

3    remember today what your bonus was each

4    year?  You were only there about three

5    years.

6        A.    Yeah, OK. I'm going to say 25 to

7    50 and then $100,000.

8        Q.    25, and then 50, and then 100,000

9    dollars?

10       A.    Yes.

11       Q.    And your salary went up from

12   50,000 dollars?

13       A.    To maxed at 125.  He'll know

14   better than I would.  But that's --

15       Q.    OK.  Could it have been as much

16   as 150 at the time you left?

17       A.    Yes, it could have.  I mean, if

18   that's what he has, then that's what it

19   was.  Because it was all on paper.  I mean,

20   I might even be off on the bonuses.

21   They'll know better than I will.

22            MR. VORT:  Can we take a short

23       break, so I can go out in the hall?

24            MR. O'CONNOR:  Yes.

25            (Recess)

1                      Rosarbo

2        Q.     You were hired to do sales for

3    N.V.E., is that correct?

4        A.     Yes.

5        Q.     Do you have any direct or

6    individual accounts that you serviced?

7        A.     I don't remember to be honest

8    with you.  I'm sure I had some, but they

9    were minimum, very small.  I was a part of

10   the support team and I helped -- I just

11   wasn't a salesman.  I worked in shipping.

12   I drove a truck.  I worked in receiving.  I

13   did trade shows.  I set the shows up, sold

14   product, broke it down.  There was quite a

15   few things that I did.

16       Q.     Right.  That's what I'm trying to

17   get to.

18       A.     Yes.

19       Q.     You would go to trade shows and

20   set up the shows?

21       A.     Yes, I would be actually the

22   first one there, set it up.  And then other

23   people who were involved would come in.  We

24   would have a stand and stuff and do our

25   thing, two, three, four days, whatever it

1                          Rosarbo

2     was, and then last one out.  Because I

3     would have to break it down and then send

4     it back.

5         Q.    You talked about how during the

6     time you were there, which is roughly,

7     2000, 2001 to 2003, 2004, you received

8     bonuses, is that correct?

9         A.    Yes.

10        Q.    Are you aware if other employees

11    received bonuses?

12        A.    Yeah, there were all envelopes

13    there.  We were told not to say, or not

14    told it was in our envelopes.  So nobody --

15    I mean, this is the first time I'm talking

16    about it.  That's why when you get it,

17    you'll see what actually the figures were.

18              But we were told, printed or

19    typed in there not to talk about it.  For

20    whatever.  People get hard feelings, how

21    come he got more than me?  I respected all

22    that.  There were bonuses for a lot of

23    people.

24        Q.    That's what I am trying to get

25    to.  All the sales folks got bonuses?

1                          Rosarbo

2        A.    Yeah, not just the salespeople.

3        Q.    Who else, everybody?

4        A.    That, I don't know.  I know all

5   the salespeople did because I was with the

6   salespeople.  The other departments, you

7   would have to get together with them.  I'm

8   sure some people in other departments got

9   some.  Who was in charge of manufacturing,

10  who was in charge of shipping.  That's my

11  guess on it.

12       Q.    Did you know if the staff got

13  bonuses?

14       A.    What do you mean by the staff?

15       Q.    The secretaries, the assistants?

16       A.    Yes, I would say they got them

17  too.  Yes.

18       Q.    And did the folks in

19  manufacturing get bonuses?

20       A.    That, I don't know.  Maybe the

21  people who were in charge of manufacturing.

22  But the actual workers, I don't know.

23       Q.    You just don't know?

24       A.    No, I don't know.

25       Q.    When you started at N.V.E. you

Page 53

                              Rosarbo

1

2    said you were home for a couple months and

3    then started going to Sparta for work, is

4    that correct?

5         A.    Yes, might have been longer than

6    a couple of months, but maybe three,

7    four --

8         Q.    OK.

9         A.    But yes, yes.

10        Q.    To your knowledge, who were you

11   supposed to report to during the first year

12   you were at N.V.E.?

13        A.    Well, it -- Joe.

14        Q.    Anybody else?

15        A.    No.  Bob Sellar was there, Jeff

16   was there.  It seemed like me and Joe had a

17   rapport, so that's who I talked to.

18        Q.    Did you report to Bob Occhifinto?

19        A.    No, no.

20        Q.    Not directly?

21        A.    No, because sometimes he wasn't

22   there.  No, I reported to Joe.

23        Q.    When you say sometimes he wasn't

24   there, during that first year or two when

25   you were working at N.V.E., how often would

1                          Rosarbo

2     you say Mr. Occhifinto was there either at

3     the office or the plant?

4          A.    I don't know, he was bouncing

5     around.  There was a lot of things going

6     on.  He was building stuff, going down

7     south.  You want actual days?  I really

8     don't even know because his office at that

9     time, his office was on the other side of

10    the building to where I was working.  So he

11    might have even came in and left.  I don't

12    even know it.

13         Q.    You wouldn't know it?

14         A.    No.

15         Q.    But you do know he was traveling

16    during a lot of the time you were there?

17         A.    Yes, yes.  I mean, he -- he

18    always traveled.  He did -- he was -- he

19    did -- he moved around a lot.

20         Q.    What I am going to do,

21    Mr. Rosarbo, I'm going to show you a

22    document.  I'm not going to mark it as an

23    exhibit.  I want to see if it helps refresh

24    your recollection.

25

Page 55

Rosarbo

2    MR. O'CONNOR:  What I am going to

3    show Mr. Vort, too now. I'm going to

4    show Mr. Rosarbo a letter dated

5    August 10, 2004, Bate stamped

6    N.V.E.-004311-B.

7        MR. VORT:  1824.  I have it here.

8        MR. O'CONNOR:  Just take a look

9    at this page if you would, please.

10       MR. VORT:  That was the Bates

11   stamp number in the lower right.

12   A.    So it was 150.  OK.

13   Q.    That's my question.  Does looking

14   at that document refresh your recollection

15   as -- let me finish, let me finish.

16       Does looking at this document,

17   N.V.E.-004311B, does that refresh your

18   recollection as to what your salary was in

19   2004?

20   A.    Yes.

21   Q.    And how much was your salary?

22   A.    $150,000.

23   Q.    And that's -- per year.  Thank

24   you.  You can give those back to me.

25   A.    All right.

1                    Rosarbo

2    one time, the Beach Boys came and they

3    actually poured sand to actually have that

4    scenario.  Another one was in New Orleans.

5    In the Carrier Dome.

6         Q.    At the time, up until the time

7    you left in 2004, what was the main product

8    that you were -- that N.V.E. was selling?

9         A.    Stacker 2 and 3.

10        Q.    What are Stacker 2 and 3?

11        A.    They were Ephedra products,

12   stimulant -- dietary supplements and

13   stimulants.

14        Q.    They came in little tablets or

15   pills generally?

16        A.    They were capsules.

17        Q.    What was the most popular of --

18        A.    Stacker 2 was the most popular.

19        Q.    Let me finish this and I will let

20   you finish.

21             What else I wanted to ask you,

22   the Stacker 2 came in different-sized

23   bottles?

24        A.    Correct.

25        Q.    Little plastic bottles?

1                        Rosarbo

2        A.    Yes.

3        Q.    What was the most popular size

4   bottle that was being sold at the time?

5        A.    20-count bottles.  But there was

6   also --

7             MR. VORT: Excuse me -- what?

8             THE WITNESS: 20-count bottles.

9        Q.    A 100-count bottle?

10       A.    Yes.

11       Q.    And that was not as popular as

12   the 20-count?

13       A.    No, because 100-count bottles had

14   to go into bigger areas.  The 20-count

15   bottles went into the mom-and-pop stores.

16   They were a decent price.  100-count bottle

17   is pretty big to be committed to.  Those

18   were going to GNCs, stuff like that where

19   people were going to take that product for

20   an extended period of time.

21             20-count bottles went into

22   mom-and-pop stores where people would buy

23   just one bottle.  There was also another

24   product, Yellow Jacket, Black Beauty, all

25   more or less the same thing, but each one

```
 1                      Rosarbo
 2   went in the store and bought it, correct?
 3        Q.     Yeah.
 4        A.     That varied, anywhere from --
 5   eight to ten dollars.
 6        Q.     And do you know what the
 7   wholesale price was that N.V.E. was
 8   offering it at?
 9        A.     Wholesale, $2.75.
10        Q.     Per bottle?
11        A.     Correct.  But that could have
12   varied because they were all suggested
13   retail prices.  But we were always hearing
14   them people getting it for better prices,
15   but we didn't know how.  I mean, I mean
16   people were making deals on their own.  Bob
17   himself actually.
18        Q.     OK.
19        A.     But, I mean, who am I to question
20   what you got it for?  I heard quite a few
21   things at the GNC trade show, what they
22   were -- they could have been lying, too,
23   don't get me wrong -- just to see if you
24   would go down in your price.
25               We had, we had our specific
```

Rosarbo

1

2    numbers and that's what we went off at.

3        Q.    So people would try and get

4    better prices from you?

5        A.    Yeah, of course, 100 percent.

6            MR. VORT:  May I cut in for a

7        second.  You used the phrase Bob

8        himself, what did you mean to --

9            MR. O'CONNOR:  I am going to

10       object to that, Mr. Vort.  You can do

11       that on your questioning.

12       Q.    Did you call on any individual

13   customers?

14       A.    Yes.

15       Q.    Who would you call on?

16       A.    You want me to remember that?

17   There were people all over the world I used

18   to call on.  People up in the Michigan

19   area, people in the California area.  I --

20   I don't have -- I don't recollect.  I got

21   to meet most of the people through my

22   immediate supervisor and that was Joe.

23       Q.    Mr. Palmeroni?

24       A.    Yes.

25       Q.    And would you, when you went to

Page 64

Rosarbo

1    call on a customer, would you go with

2    Mr. Palmeroni?

3         A.    No, not on a call itself.  But as

4    far as any of the trade shows, any, you

5    know, things thereafter when he would meet

6    people, I would meet them because they

7    would come to the trade shows also.

8         Q.    Did you ever call -- you said

9    California, did you ever call on Darren

10   Housholder at Brand New Energy?

11        A.    Yes.

12        Q.    You did?

13        A.    Yes.  I mean, he bought product

14   from me.

15        Q.    What product was he buying from

16   you?

17        A.    The 20-count bottles.

18        Q.    Was that product while you were

19   still working at N.V.E. or after you left

20   N.V.E.?

21        A.    Both.  I mean, I believe he

22   bought the 100-counts too.  But don't quote

23   me on it.  He bought product.

24        Q.    You were let go August 10, 2004

1                          Rosarbo

2    by N.V.E., is that correct?

3         A.    Yes.

4         Q.    Who told you that you were being

5    let go?

6         A.    Bob.

7         Q.    What did Bob tell you?

8         A.    That he couldn't afford my salary

9    and he had to let me go.

10        Q.    Do you know, had the market,

11   anything in the market changed around that

12   time to --

13        A.    He was -- I think it was more or

14   less -- we went through a scenario of

15   things started closing in because of the

16   Ephedra issue, lawsuits, stuff like that.

17   And he wanted to cut down on salaries.

18             So he more or less told me he was

19   going to cut my salary from 150 to 75.  And

20   I guess we went back and forth with that.

21   But I thought everything was OK to be

22   honest with you.  I mean, I definitely

23   would accept the cut.  It is what it is.  I

24   mean, I was -- I guess he seen I was a

25   little disgruntled with it, but it wouldn't

1                      Rosarbo

2    affect my job or anything else.  And then

3    about a month later or so, he had me go in

4    the office and he told me I had to go.  And

5    I was -- actually, I was in shock to be

6    honest with you.  That was it, I said I'm

7    sorry to hear that.  I said why?  He said,

8    because I can't afford you anymore.  I

9    said, OK, so be it.  I was let go with two

10   other people the same day.

11        Q.    Who else was let go that day?

12        A.    Bob Amilyon.  And then there was

13   another Spanish kid who helped me,

14   actually, move the place from Sparta to

15   where we were.  And I was kind of in shock

16   that he got let go also.  But -- and that

17   was it.

18        Q.    And the Spanish kid, his name was

19   Carlos, is that what you recall?

20        A.    Yeah, that was -- exactly, yeah.

21        Q.    When you say there were some

22   issues with Ephedra, at this point in time

23   back in 2004, were there some issues where

24   there was talk that Ephedra might be

25   banned?

1                    Rosarbo

2        A.    Yes, exactly.  That whole

3    scenario was happening, things were being

4    put on TV, you know, people were getting

5    sick over it, so to speak.

6        Q.    Did that affect the amount of

7    sales?

8        A.    At that time, no.  We didn't hit

9    that brunt, but it was foreseen that this

10   was going to be happening and we tried to

11   change over into energy drinks.  He was

12   trying to make a candy bar.  I don't know

13   if he ever did.  We were trying to do other

14   things besides Ephedra products.

15       Q.    And you got the three months

16   severance when you were let go by N.V.E.,

17   is that correct?

18       A.    Whatever that says, yes.

19       Q.    Does that sound right, three

20   months?

21       A.    I think it says more in there.

22       Q.    Do you want to look at it again?

23       A.    Yes, whatever that was.  That

24   might have been I got medical -- you got

25   it, same thing?  Yeah, three months, 12

1                          Rosarbo

2     weeks.

3          Q.    OK.

4          A.    And I was very disappointed by

5     it.  But I left on good terms.  I said

6     goodbye to everybody.  I actually had tears

7     in my eyes, to be honest with you, but it

8     is what it is.

9          Q.    Did Mr. Palmeroni know that you

10    had a conviction, a federal conviction?

11         A.    Yes.

12         Q.    How did he know that?

13         A.    I told him.  I mean, that's how

14    he knew how I met Bob.

15         Q.    Because you met at FCI

16    Lewisburg --

17         A.    Correct.

18         Q.    -- in the camp?

19         Did Mr. Palmeroni also tell you

20    that he had a conviction?

21         A.    Yes.

22         Q.    Did he tell you what that

23    conviction was for?

24         A.    No, he just told me the length of

25    the time.  And I didn't push it.

Page 69

Rosarbo

1

2      Q.     Did it make much difference to

3 you at the time?

4      A.     No, no, it didn't.

5      Q.     Did it seem to make much

6 difference to him that you and Bob

7 Occhifinto have had convictions?

8      A.     No, not at all.

9      Q.     In your roles in sales for

10 N.V.E., you went to various conventions,

11 and trade shows and Nascar events where

12 there's an attempt to make sales or at

13 least talk to significant clients of N.V.E.

14 is that correct?

15      A.     Yes.

16      Q.     Are you also aware that N.V.E.

17 was not only selling product domestically,

18 but was exporting to Europe and other

19 places?

20      A.     Yes.

21      Q.     Were you aware at the time that

22 you were working for N.V.E. that the price

23 for the export goods was different than the

24 price for domestic goods?

25      A.     Not in the beginning because I

1                    Rosarbo

2   wasn't aware of it at all.  As we moved

3   forward, I got aware of it, yes.

4       Q.    So you learned that somewhere

5   during your time working for N.V.E.?

6       A.    Correct, yes.

7       Q.    And the price for the export

8   goods, was that lower or higher than the

9   domestic price?

10      A.    Lower.

11      Q.    Was it approximately half of the

12  domestic price?

13      A.    That, I don't know.  I have no

14  clue what that price was.  I know it was

15  lower for whatever reasons because it had

16  to be exported.  It had to go -- whatever.

17  At least that was the scenario as to why it

18  had to be cheaper.

19          MR. O'CONNOR:  Can you read back

20      the answer.

21          (Record read)

22      Q.    If you don't remember the exact

23  difference in price, do you know whether it

24  was a significant difference in price?

25      A.    It had to be because after I got

Page 71

1                          Rosarbo

2      involved with it, it showed that there was

3      different price breaks and there were

4      different profit margins.  But the exact

5      price, I really don't know.

6          Q.    And the product that was being

7      exported, was it the same product as was

8      being sold domestically?

9          A.    Yes.

10         Q.    The Stacker 2 20-counts would be

11     the same as Stacker 2 20-counts sold here

12     in the United States?

13         A.    Yes.

14         Q.    And that's true for the 100-count

15     bottles too?

16         A.    Yes.

17         Q.    What about other products, Yellow

18     Jacket and Black Beauty?

19         A.    Yes, but I mean, they didn't buy

20     much of that.  But yes, they are all in the

21     same scenario.  Yes.

22         Q.    Was most -- to your knowledge,

23     was most of the product being exported

24     Stacker 2?

25         A.    Yes.  20-counts and 100-counts,

Page 72

Rosarbo

1   yes.

2

3        Q.    Did you know that one of N.V.E.'s

4   export clients was a company called Smart

5   World Netherlands?

6        A.    Yes.

7        Q.    And they were located in Holland?

8        A.    Yes.

9        Q.    And did you have any dealings

10  with Smart World Netherlands while you were

11  at N.V.E.?

12       A.    Yes.

13       Q.    What were your dealings with

14  Smart World Netherlands?

15       A.    They were actually

16  Mr. Palmeroni's client.  I got to know them

17  through him.  And the dealings with them

18  were they bought product from us and they

19  distributed it overseas.

20       Q.    Who did you deal with in Smart

21  World Netherlands?

22       A.    I remember his first name, there

23  was a Jeroen.

24            MR. VORT:  Can you spell that.

25            MR. O'CONNOR:  I will get to the

                        Rosarbo

1
2       spelling in a second.

3       A.      And then a Tom.

4       Q.      So the fellow you were saying

5   Jeroen, do you remember it being spelled

6   J-E-R-O-E-N?

7       A.      Yes.

8       Q.      Do you remember his last name

9   being Gravelijn, G-R-A-V-E-L-I-J-N?  Do you

10  recall that?

11      A.      Yes.

12      Q.      And the fellow, you said Tom or

13  Thomas?

14      A.      Yes.

15      Q.      Do you remember his last name

16  being Sikkink, S-I-K-K-I-N-K?

17      A.      Yes.

18      Q.      What were your dealings with

19  Mr. Gravelijn and Mr. Sikkink?

20      A.      They would buy product at a price

21  and they put the order in and stuff would

22  get shipped to them.  How they got their

23  pricing was between them.  And Joe set up

24  the pricing, which then I didn't know what

25  that was until after the fact and then it

Page 74

                        Rosarbo

1
2    went on from there.  They would -- we would
3    contact each other and figure out what had
4    to be ordered.  Put the order into N.V.E.
5    pay for it, and then get it shipped.
6         Q.    So did you ever meet these two
7    fellows?
8         A.    I met them a couple of times, one
9    time we went over there.
10        Q.    Over where?
11        A.    Netherlands.  One time.  But I
12   met them one or two times in the States
13   when they came here.
14        Q.    So who went with you to Holland
15   or the Netherlands to meet with --
16        A.    Mr. Palmeroni.
17        Q.    -- to meet with Sikkink and
18   Gravelijn, who went with you?
19        A.    Mr. Palmeroni.
20        Q.    Anybody else?
21        A.    No.
22        Q.    And what were the nature of the
23   discussions between Palmeroni, yourself,
24   Gravelijn and Sikkink in the Netherlands?
25        A.    Actually, it was just to meet for

Rosarbo

1  the first time and actually have a little

2  fun to be honest with you.  It wasn't much

3  business at all.  That's what I recall.

5        I finally got to meet them, where

6  they were. They took us out and it was kind

7  of like, I don't know, what kind of call

8  you want to say to do with a client, you

9  know, when you get together with a client

10 for the simple fact of good relations, good

11 rapport, whatever you want to call that.

12     Q.     Where did they take you out?

13     A.     Anywhere around the area.  Just

14 to -- I mean, actually, played a lot of

15 basketball.  I mean, a couple of parties, a

16 couple of bars.  That's about it.  It was

17 only for a couple of days.  We both flew

18 first class.  It was around -- it was

19 around July.  I remember it was -- 4th of

20 July was close.

21     Q.     And you said you also met with

22 them here in the New York, New Jersey area?

23     A.     Well, yeah, they came to the

24 company.  I met them there.

25     Q.     I think you said Mr. Rosarbo that

1                        Rosarbo

2    orders would be placed for product.  When

3    someone like Smart World wanted to

4    purchase, orders would be placed, is that

5    right?

6         A.    Correct.

7         Q.    Can you tell us the process how

8    at that time, between 2000 and 2004, how

9    were orders placed?

10        A.    They were -- I had a rapport

11   through an e-mail.  At first, I was calling

12   them and then I set up an e-mail account.

13   And I had a rapport that I -- I was going

14   to place a certain amount, an order for

15   whatever it was.  And then they would place

16   the order to N.V.E. and then it would get

17   paid, and then it would get manufactured,

18   and it would get shipped out.

19        Q.    And so if this was a legitimate

20   N.V.E. sale, what paperwork would you

21   generate to tell the folks in either

22   N.V.E. -- let me finish so you know what I

23   am talking about.

24        A.    Your right.

25        Q.    -- in the N.V.E. offices whoever

1                         Rosarbo

2      was handling that, did they know what the

3      sale was, billing, receiving part, what

4      kind of paperwork would be generated?

5          A.    By fax, they would fax in an

6      order, into the fax machine, and then our

7      order would be put into the area to go get

8      it processed.  And then when it was ready

9      for pick up, arrangements had to be made

10     for it to get picked up.  And that's

11     basically it.

12         Q.    So if they gave you an order by

13     telephone, would there have to be a fax or

14     could you tell someone that you had an

15     order for a certain amount of product?

16         A.    Yeah, I could have said that,

17     yeah.  It didn't have to be a fax.  We

18     could have done it directly.  But most of

19     the time, almost 99 percent of the time we

20     wanted a fax because we were having

21     problems with, well, I didn't order that, I

22     didn't order how much.

23              So after certain amount of time,

24     we wanted to do it by all by e-mail or by

25     fax.  But on the e-mail, you copied it

Page 78

Rosarbo

1    anyways and then proceeded to go, move

2    forward.

3    

4        Q.    Smart World Netherlands made a

5    purchase of a certain amount of product and

6    that either comes by fax or -- and that's

7    given to someone in purchasing or in order

8    to process that order, is that correct?

9        A.    Yes.

10       Q.    And then you said the product

11   would either be manufactured or come out of

12   inventory, is that fair?

13       A.    Correct.

14       Q.    And then what would happen to the

15   product once it either was manufactured or

16   was already in inventory?  What would

17   happen, actually physically happen to that

18   product?

19       A.    Well, arrangements had to be made

20   for it to be picked up.

21       Q.    How did that happen?

22       A.    Shipping part.  I would contact a

23   shipper and they would come and pick up the

24   product.

25       Q.    It would be shipped to Holland,

1                         Rosarbo

2      presumably?

3           A.     Yes.

4           Q.     For a legitimate purchase?

5           A.     Correct.  Yes.

6           Q.     So a trucking company would have

7      to come to the factory or warehouse, come

8      get the product and take it away?

9           A.     Correct.

10          Q.     Then the folks at N.V.E., once

11     it's given to the trucking company, have

12     nothing more to do with it, correct?

13          A.     That's correct, yes.

14          Q.     And in terms of Smart World

15     Netherlands, they were buying at the lower

16     export prices, is that correct?

17          A.     Yes.

18          Q.     Did you recall if Smart World

19     Netherlands is one of N.V.E.'s larger

20     export customers?

21          A.     I don't know.  I mean, they had

22     to be right there.  I tell you the truth,

23     I'm not sure how many export customers they

24     really had to be honest with you.  I don't

25     know.

Page 80

1                          Rosarbo

2        Q.    Was Smart World Netherlands the

3    largest export company that you dealt with

4    while you were at N.V.E.?

5        A.    Yes.

6        Q.    And do you know what their

7    average purchase order would be in terms of

8    dollars?

9        A.    25,-- 30,000.

10       Q.    At a time?

11       A.    Yes.

12       Q.    And during this time period, from

13   say 2000 up until 2004, do you know whether

14   N.V.E. sales were rising?

15       A.    Oh, yes, without a doubt.  When I

16   was let go, he was grossing 10 million a

17   month.

18       Q.    And so sales had gone up --

19       A.    Significantly.

20       Q.    Significantly?

21       A.    Yes.

22       Q.    During the time from when you

23   started?

24       A.    Yes.

25             MR. VORT:  Could you read back

```
1                      Rosarbo

2        the answer please.

3              (Record read)

4        Q.    Mr. Rosarbo, did there come a

5    time when you Mr. Palmeroni formed a

6    company called Smart World here in the

7    United States?

8        A.    Say that again.

9        Q.    Did there come a time when you

10   and Mr. Palmeroni formed a company called

11   Smart World here in the United States?

12       A.    Yes.

13       Q.    And how did that come about?

14       A.    It came about through getting

15   mycorporation.com, through a computer, from

16   Nevada and it came in a box and it showed

17   you point blank how to set up a

18   corporation.

19       Q.    And so whose idea was it to set

20   up a company called Smart World in Nevada?

21       A.    Mr. Palmeroni's.

22       Q.    And did Mr. Palmeroni tell you

23   what the purpose of setting up Smart World

24   in the United States?

25       A.    As it was going on, no.  It was
```

1                          Rosarbo

2       done through the computer, it came and then

3       we started -- the idea came out as to why

4       to do it.

5           Q.    Tell me what you learned.

6           A.    Well, I learned that you can set

7       up Smart World, they can buy the product at

8       a certain price.  It could get shipped, but

9       it doesn't have to get shipped overseas.

10      It gets shipped and stays in the United

11      States and gets sold at another price,

12      meaning that we had to open up another

13      corporation, which we did, called American

14      Wholesale.  And that would be the

15      corporation that got paid for the product.

16              And then -- then the monies that

17      were generated in the American Wholesale

18      would be passed on to Smart World to repeat

19      the process.

20          Q.    So was this your idea to do this?

21          A.    No.

22          Q.    Whose idea was it?

23          A.    It was Joe's idea and then I ran

24      with it.

25          Q.    Whose idea was it to use the

1                           Rosarbo

2     Smart World name, the same as this company

3     in the Netherlands?

4          A.     Joe's idea.  And the reason why I

5     say that is because Smart World was Joe's

6     client.  I didn't know them.  I didn't know

7     hardly any of the clients that bought the

8     product.  I got to know them through my

9     boss, which was Joe Palmeroni.  Then I

10    establish rapports with them.

11         Q.     In the beginning, did you have

12    any conversations with the Smart World

13    Netherlands people about setting up a Smart

14    World Company here in the United States?

15         A.     No.

16         Q.     To your knowledge, in the

17    beginning, did Mr. Palmeroni have any

18    conversations with the Smart World people

19    in the Netherlands about setting up a Smart

20    World Company in the United States?

21         A.     Was I witness to it in other

22    words?

23         Q.     We will start with that.

24         A.     No.

25         Q.     Did he tell you about it?

1                           Rosarbo

2          A.      No.

3          Q.      Do you know why the Smart World

4    Company was set up in Nevada as opposed to

5    another state?

6          A.      I was told because the way Nevada

7    is set up, there's significant layers that

8    you can't find out certain information.

9          Q.      And who told you that there were

10   layers?

11         A.      Mr. Palmeroni.

12         Q.      I am going to mark Exhibit 1

13   entitled Articles of Incorporation for

14   Smart World Inc. and on the bottom it's

15   marked as Sarinelli-Smart World-0019, 0020,

16   0021, 0022, 0023, and 0035.

17              (Exhibit 1, Articles of

18         Incorporation, document Bates stamped

19         Sarinelli-Smart World 0019 through 23

20         and 0035 marked for identification, as

21         of this date.)

22         Q.      Do you see that, sir?

23         A.      Yes.

24         Q.      Did you have a chance to look at

25   that?

1                          Rosalbo

2    Mr. Palmeroni's address?

3        A.    Yes, yes, his or his sister's,

4    one of the two.  I don't even see a

5    signature on here that I even signed, so.

6        Q.    The company didn't operate out of

7    Nevada, did it?

8        A.    No.  That was just the registered

9    agent.

10        Q.    I believe on your tax returns,

11    you said that the company operated out of

12    New Rochelle, New York, is that correct?

13        A.    That was where the checking

14    accounts were set up.  And I can -- I'm

15    pretty sure, given the time, I can also go

16    there and produce the actual signatures

17    because we done that together.

18        Q.    Who signed the signature cards --

19    let me finish -- so let me go back to where

20    I was.  Who signed the signature cards for

21    the Smart World Inc. account?

22        A.    Myself and Joe Palmeroni.

23        Q.    Were there any other owners of

24    Smart World Inc. other than yourself and

25    Mr. Palmeroni?

1                    Rosarbo

2       A.    No.

3       Q.    Did anybody else other than

4   yourself or Mr. Palmeroni have access to

5   the Smart World Inc. bank accounts?

6       A.    No.

7       Q.    Did anyone else other than

8   yourself and Mr. Palmeroni have signature

9   authority over the Smart World Inc. bank

10  accounts?

11      A.    No.

12      Q.    And at the risk of being

13  repetitive, what was the ownership

14  breakdown between yourself and

15  Mr. Palmeroni with regard to Smart World

16  Inc.?

17      A.    Equally distributed at 50

18  percent, equal stock.

19      Q.    Back to New Rochelle.  Why did

20  you decide to open a bank account in New

21  Rochelle, New York?

22      A.    Logistics, it was kind of close

23  by from where we worked, if I -- basically

24  logistics.  It was a Bank of America, but

25  basically logistics.

Page 89

1                       Rosarbo

2        Q.    New Rochelle is a fair distance

3    from Andover or Sparta.  Isn't it?

4        A.    Yes, but going all the way either

5    to Connecticut or some place else in

6    Pennsylvania -- it was kind of like a

7    middle point.

8        Q.    You could have opened an account

9    in New Jersey, right?

10       A.    Yeah, we could have.

11       Q.    But you didn't?

12       A.    No.

13       Q.    That said, so is there any

14   discussion that you wanted to have a New

15   York bank account to make it look like

16   Smart World Netherlands?

17       A.    No.  That's -- that didn't come

18   into play, no.  I didn't think it mattered

19   one way or the other.  We didn't think of

20   that.

21       Q.    Was Smart World Inc., your

22   company with Mr. Palmeroni, was that set up

23   to purchase N.V.E. product?

24       A.    Yes.

25       Q.    And was it set up to purchase

1                    Rosarbo

2    N.V.E. product at the export price as

3    opposed to the domestic price?

4         A.    Yes.

5         Q.    Was Smart World Inc. set up to

6    take advantage of the similarity in name

7    with the Smart World Netherlands company?

8         A.    Yes.

9         Q.    The product that Smart World Inc.

10   was purchasing though, did you and

11   Mr. Palmeroni intend that you would resell

12   it in the United States?

13        A.    Yes.

14        Q.    Did either you or Mr. Palmeroni

15   have any intent to export any of the goods

16   purchased by Smart World Inc. outside of

17   the United States?

18        A.    No.

19        Q.    Did you ever tell Mr. Occhifinto

20   or anyone else at N.V.E. other than

21   Mr. Palmeroni that Smart World Inc. was

22   being used to purchase N.V.E. product at

23   the export price?

24        A.    No.

25        Q.    To your knowledge, did

1                       Rosarbo

2    Mr. Palmeroni ever tell Mr. Occhifinto that

3    he was using Smart World Inc. to purchase

4    N.V.E. product at the export price?

5        A.    No.

6        Q.    Did you understand that if

7    Mr. Occhifinto found out that you were

8    purchasing product at the export price but

9    selling it domestically that he would try

10   and stop that?

11       A.    Yes, although I didn't think it

12   would've got this far to be honest with

13   you.  I thought -- I didn't think he would

14   give me a pass, don't get me wrong, but I

15   didn't think he would -- it would have

16   gotten this far.

17       Q.    I understand.  My question is

18   more narrow.

19       A.    No, no.

20       Q.    At the time this was happening --

21       A.    No.

22       Q.    -- let me finish.

23       A.    Go ahead.

24       Q.    Back in the time in the early

25   2000s, do you think he would have tried to

Page 92

1                          Rosarbo

2      stop it then if he found out about it?

3          A.    Yes, yes, of course, yes.

4          Q.    Our next exhibit, Mr. Rosarbo, is

5      going to be 2001, form 1120 income tax

6      return for Smart World Inc., which is

7      designated as Sarinelli-Smart World 0001.

8              MR. VORT:  This is Rosarbo 2?

9              MR. O'CONNOR:  Yes.  Through what

10         appears to be 0034.

11             (Exhibit 2, 2001 Income Tax

12         Return for Smart World Inc., Bates

13         stamped Sarinelli-Smart World 0001

14         through 34 marked for identification,

15         as of this date.)

16         Q.    Do you recognize that document,

17     sir?

18         A.    Yes.

19         Q.    That's the tax return from 2001

20     for Smart World Inc., correct?

21         A.    Yes.

22         Q.    Now, there is a little blue tab

23     on page Sarinelli-Smart World-0030.  Do you

24     see that?

25         A.    Yes.

Page 93

Rosarbo

1    Q.    Just take a look at that.  Does

3    that show that both you and Mr. Palmeroni

4    each owned 50 shares in Smart World Inc.?

5    A.    Yes, it does.  50/50.

6    Q.    Whose handwriting is that?

7    A.    Down here?  That's Joe

8    Palmeroni's handwriting.

9    Q.    You are pointing to --

10   A.    Talking about this?

11   Q.    That's his signature where it

12   says signature of officer?

13   A.    Yes.

14   Q.    That's Mr. Palmeroni's?

15   A.    Yes.

16   Q.    What about up higher where it

17   says Jesus Palmeroni, in that set of boxes?

18   A.    Yes, that also.

19   Q.    Is?

20   A.    Joe Palmeroni's signature, yes.

21   Q.    The first box with the

22   handwriting that says "Jesus Palmeroni,"

23   not the actual signature.  Do you see that?

24   A.    Talking about right here?

25   Q.    The first box here, first box on

Page 94

1                         Rosarbo

2      the left, all the way on the left.

3          A.     First box on the left, it's

4      printed.

5          Q.     Yes, whose handwriting is that?

6          A.     That's Joe Palmeroni.

7          Q.     Right below that, it says, in

8      printed words, Vincent J. Rosarbo.  Do you

9      see that?

10         A.     Yes.

11         Q.     Whose handwriting is that?

12         A.     That's mine.

13         Q.     Next to that, whose signature is

14     that?

15         A.     That's mine.

16         Q.     That's your signature?

17         A.     Yes.

18         Q.     Mr. Rosarbo, can you tell me this

19     idea of setting up a Smart World American

20     company, how did that come up?

21         A.     Having discussions at his home.

22     Like I said, I was -- I started working

23     there and I was traveling back and forth

24     and it got too much for me.  So I started

25     staying at his house.

1                        Rosarbo

2        Q.     Let me back this up.   There is

3   a lot of information there.   So the N.V.E.

4   office headquarters, factory, first it was

5   in Sparta, New Jersey, correct?

6        A.     Yes.

7        Q.     At some point, they moved over to

8   Andover, New Jersey?

9        A.     Correct.

10       Q.     You were living in Connecticut?

11       A.     Correct.

12       Q.     Somewhere just north of New

13   Haven, is that correct?

14       A.     Yes, Branford.

15              MR. VORT:   North of New Haven?

16       Q.     Then, sir -- stay with me.

17              So where was Mr. Palmeroni living

18   at this time?

19       A.     That address, Huntington -- no.

20   I'm sorry, that's not it.   He was in -- he

21   was in a place up near Great Mountain Gorge

22   but not exactly up there.   Up near that

23   area though.   He was renting out --

24   actually, I think he bought it, but don't

25   quote me on it.   But it's a -- give me -- I

1                    Rosarbo

2    can't give you exact address.

3         Q.    New Jersey, Pennsylvania?

4         A.    No, it's New Jersey.  Vernon.  It

5    was up in Vernon.

6         Q.    How far approximately is Vernon

7    from Sparta?

8         A.    Forty minutes.

9         Q.    And Vernon from Andover?

10        A.    Vernon to Andover was further,

11   about an hour.

12        Q.    How far from where you were in

13   Connecticut to the N.V.E. offices?

14        A.    That was, that was a couple of

15   hours easy.

16        Q.    So am I correct then that you

17   would sometimes stay over at

18   Mr. Palmeroni's house or apartment?

19        A.    Yes.

20        Q.    Because you were friendly at that

21   time?

22        A.    Correct.

23        Q.    So this conversation about Smart

24   World, did this take place at N.V.E. or did

25   it take place at Mr. Palmeroni's apartment

Page 97

1                         Rosarbo

2    or somewhere else?

3         A.    It took place at Mr. Palmeroni's

4    apartment.

5         Q.    And tell me as much as you can

6    remember about the first time that you and

7    Mr. Palmeroni talked about setting up an

8    American Smart World company?

9         A.    I mean, I don't know word for

10   word.  He was playing around on the

11   computer.  He showed me that you could

12   order corporations off the computer

13   mycorp.com.  It's a Nevada Corp.  We can

14   open up a company.  And how it got into --

15   I don't recollect how it got into it being

16   Smart World, but somehow it did.

17            You know, the first corporate --

18   we ordered two of them.  The first

19   corporation being Smart World for the

20   simple fact of buying product from Smart

21   World and setting up a price limit and then

22   ordering the next corporation which was

23   American Wholesale.

24        Q.    Let me back you up.  Before you

25   decide to go online and order the corporate

1                     Rosarbo

2    documents, is there any discussion as to

3    what you were going to do or how you were

4    going to make money?

5         A.    Yes, I was questioning it like,

6    you know, not too sure what you mean by

7    this.  And why we have to do it in the

8    Nevada.  And that's when I was educated

9    into the fact that there is not a lot of

10   layers there in Nevada.  There is things

11   that you can hide, stuff to that -- which I

12   don't know.  I mean, I just took his word

13   for it.

14             Now I know, yeah, you can do it

15   in Delaware.  There is a couple of other

16   areas or states that you can just open up

17   corporations which -- without limit you.

18        Q.    But at the time, you understood

19   the reason for going to Nevada was so you

20   could hide your ownership interest in the

21   corporation?

22        A.    Yes, yes.

23        Q.    And by you, I mean both you and

24   Mr. Palmeroni?

25        A.    Yes.

1                        Rosarbo

2        Q.    But I want to know if there is

3    any conversation as to how you were going

4    to make money?

5        A.    Well, that came a little bit

6    later after we ordered the corporations.

7    And that's when I was told pricing would be

8    set up through the people in Smart World.

9    They will have a rapport with Bob.  They

10   will set up the pricing there and product

11   will be ordered and then sold and put into

12   American Wholesale.  And then they also

13   wanted money too.

14       Q.    Who is they?

15       A.    Jeroen and Tom.

16       Q.    Let me back you up.  Obviously,

17   this case has been going on for a number of

18   years and we have been dealing with this a

19   number of years, Mr. Rosarbo.

20       A.    Yes.

21       Q.    I am trying to get back to

22   basics.  I think you and I know a lot.

23       A.    OK.

24       Q.    Was there a conversation between

25   you and Mr. Palmeroni that you could make

Page 100

1                          Rosarbo

2       money on the difference between the export

3       price and domestic price?

4              MR. VORT:  Objection, leading.

5       Q.     Was there a conversation to that

6       effect or not?

7       A.     Yes.

8       Q.     About when did that conversation

9       take place?

10      A.     I don't know, a few months after

11      the corporations came and then we started

12      talking about -- they wanted a percentage

13      of what the profit was going to be because

14      it didn't happen over night.

15      Q.     So that was the folks in Smart

16      World Netherlands wanted a piece of the

17      action, is that right?

18      A.     Yes.

19      Q.     When you're setting up Smart

20      World in Nevada with Mr. Palmeroni, were

21      you both working for N.V.E. at that time?

22      A.     Yes.

23      Q.     And you were involved in sales at

24      that time?

25      A.     Yes.

Rosarbo

1

2      Q.      And had Mr. Palmeroni become the

3  sales manager for N.V.E. at that point in

4  time?

5      A.      Yes.

6      Q.      So he had been promoted to head

7  salesman?

8      A.      Yes.

9      Q.      Prior to the time that you

10  actually set up the corporation in Nevada,

11  was there any discussion as to why you were

12  doing this and what would be the point of

13  it?

14      A.      Well, to earn money.

15      Q.      So there was a discussion prior

16  to the time you actually set the companies

17  up or at about the same time.  Was there a

18  conversation between you and Mr. Palmeroni

19  about how you could use this to make money

20  for yourselves?

21      A.      Yes.

22      Q.      And was there a conversation

23  between you and Mr. Palmeroni about how it

24  was that you were going to make money with

25  this scheme?

1                    Rosarbo

2      A.     Yes.

3      Q.     And which was -- tell me about

4   that.

5      A.     Well, buy -- set up the pricing

6   from Smart World Netherlands to N.V.E.

7   Pharmaceuticals, put an order in for the

8   product through Smart World, pay for the

9   product.

10          Once it's paid, you generate a

11   copy to the fax that it was paid, hand it

12   to shipping, shipping produces the product,

13   and then you make arrangements for the

14   product to be picked up and stored at a

15   warehouse.

16          And then clientele actually --

17   the clientele was mostly Carlos, C.B., but

18   there were other people who would call and

19   place an order and their product would be

20   shipped.  And I got -- OK, go ahead.

21      Q.     So presumably then you and

22   Mr. Palmeroni would make a profit by

23   selling it for more than what you purchased

24   it for, correct?

25      A.     Yes.

1                        Rosarbo

2        Q.    Was it your plan at the time, you

3    and Mr. Palmeroni to sell the product for

4    less than what N.V.E. itself was selling

5    the product for?

6        A.    Yes, because that was the only

7    way we could move the product.  I mean,

8    there was no reason to do it if we were

9    going to sell it at the same price because

10   it wouldn't have moved.  So we had to sell

11   it at a cheaper price.

12            And when people started

13   recognizing they could get it at a cheaper

14   price, they wanted to buy more of it.

15       Q.    Did you understand that when you

16   and Mr. Palmeroni were working for N.V.E.,

17   it was your job to sell product for N.V.E.?

18       A.    Of course, yes.

19       Q.    How did you find out who were

20   going to be the customers of Smart World

21   and American Wholesale?

22       A.    That was Mr. Palmeroni, most of

23   it -- I'm going to say all of them because

24   I didn't have any clients.  Most of the

25   people who bought the product through those

1                      Rosarbo

2    two corporations were all Mr. Palmeroni's

3    clientele.  And through his word of mouth,

4    they would contact me and we would go from

5    there.

6         Q.    When they contacted you, were you

7    using a cell phone?

8         A.    Yes.

9         Q.    Was Mr. Palmeroni using a cell

10   phone at that time?

11        A.    Yes.

12        Q.    Was he using that both for N.V.E.

13   business and Smart World Inc. business?

14        A.    I would say yes.

15        Q.    Did you talk to Mr. Palmeroni on

16   his cell phone about these Smart World Inc.

17   sales?

18        A.    No.

19        Q.    You talked to him in person?

20        A.    Yes.

21        Q.    You mentioned Carlos, correct?

22        A.    Yes.

23        Q.    That's Carlos Bengoa,

24   B-E-N-G-O-A?

25        A.    Correct.

1                        Rosarbo

2        Q.    And he ran a company called CB

3   Distributors, is that correct?

4        A.    That's correct.

5        Q.    Was Carlos Bengoa and CB

6   Distributors a customer of N.V.E.?

7        A.    Yes.

8        Q.    And did -- who suggested that you

9   sell product directly to CB?

10       A.    That had to be a conversation

11  between Mr. Palmeroni and CB because in the

12  beginning for the first two, two and a half

13  years, they were very close with each

14  other.

15            And Mr.-- Carlos' business grew

16  significantly from the time that I was

17  hired up to a certain point.  So they had a

18  good rapport with each other and that's how

19  he ended up contacting me.  Actually,

20  that's how I got to know him.  And they

21  were together before I even got to the

22  company.  Seven, eight months before that.

23       Q.    So CB and Carlos Bengoa was a

24  customer of N.V.E. and Mr. Palmeroni had

25  that account?

                              Rosarbo

1
2      A.     Yes.  And I've had -- when I

3   first met them, the reason why I am stating

4   what I'm stating, is it seemed like CB was

5   rivals with another company in Texas, a

6   guy -- the owner was Ravi, R-A-V-I, and he

7   wanted to grow his business the way his

8   business was going, so it seemed like there

9   was a rivalry there.

10     Q.     Let me get through some of the

11  pronouns.  You are saying Carlos Bengoa

12  wanted to grow his business?

13     A.     Well, they didn't like each

14  other.

15     Q.     Carlos and Ravi?

16     A.     They were in competition.

17     Q.     So Ravi at that time had a bigger

18  business than Carlos?

19     A.     Yes, and I'm -- from the

20  conversations that we had, Joe and CB got

21  together and CB started -- his business

22  started growing through Joe and,

23  eventually, through me.  To a point that he

24  got to be a big player.

25     Q.     Did you and Joe Palmeroni sell

Page 107

Rosarbo

1
2 these export goods that have been diverted
3 to CB?
4     A.   Yes.
5     Q.   Tell us how a transaction with CB
6 would take place then.
7     A.   He would call me up and tell me
8 what he wanted and I would place the order.
9     Q.   How would you place the order?
10    A.   Through a, um, e-mail, or if I
11 was in the office.  Most of the time it was
12 in the office.  I would place -- write a
13 handwritten order to the office.  Hand it
14 in.
15    Q.   That order, that handwritten
16 order wouldn't say that it was an order for
17 CB, would it?
18    A.   No.
19    Q.   Who would it say it was an order
20 for?
21    A.   It was -- well, the product was
22 already -- at the time, the product was
23 already in the warehouse.  So CB would tell
24 me -- I'm going to retract that, I'm sorry.
25 With CB, the product was already in the

1                        Rosarbo

2     warehouse.

3          Q.     When you say warehouse, whose

4     warehouse?

5          A.     The warehouse that was set up for

6     the product to go to before it went to

7     overseas.

8          Q.     Let me back you up to try to --

9          A.     That's not a problem.

10         Q.     I want to make sure.  Presumably

11    N.V.E. has a warehouse on site where it

12    stores product?

13         A.     Yes.

14         Q.     Is that correct?

15         A.     Correct.

16         Q.     As part of the scheme with Smart

17    World Inc., you and Joe had set up a

18    separate warehouse here in New Jersey, is

19    that correct?

20         A.     Correct.

21         Q.     And that is the Foremost

22    warehouse?

23         A.     That's correct.

24         Q.     F-O-R-E-M-O-S-T?

25         A.     Yes.

1                         Rosarbo

2       Q.     Where was the Foremost warehouse

3    located?

4       A.     It's in New Jersey.  Near Giant

5    Stadium.

6       Q.     East Hanover?

7       A.     Yeah.

8       Q.     So how did you come upon the

9    Foremost warehouse in East Hanover?

10      A.     We went riding around looking for

11   warehouses and that happened to be an area

12   where there were tons of them.  There was a

13   whole mess of products that were being sold

14   out of that warehouse.

15      Q.     So who found the warehouse?

16      A.     We both did.

17      Q.     You and Mr. Palmeroni?

18      A.     Yes.

19      Q.     So am I correct, sir, that

20   through Smart World Inc. you and

21   Mr. Palmeroni would set up an order for

22   N.V.E. product, is that correct?

23      A.     Yes.

24      Q.     Primarily Stacker 2 20-counts?

25      A.     And 100-counts.

Page 110

1                         Rosarbo

2        Q.    And 100-counts?

3        A.    Yeah.

4        Q.    Is it correct, sir, you would

5   claim that was an order from Smart World

6   Netherlands?

7        A.    Correct.

8        Q.    But the order was totally for

9   Smart World Inc. the United States company?

10       A.    Yes.

11       Q.    And then how would you pay for

12   that product?

13       A.    Through a wire transfer.

14       Q.    From?

15       A.    From Smart World Inc.

16       Q.    And that's the bank account you

17   set up at the Bank of America up in New

18   Rochelle?

19       A.    Yes.

20       Q.    Then after the product has been

21   ordered in the name of Smart World

22   Netherlands, would it say that the product

23   was supposed to be shipped or picked up to

24   go to the Netherlands?

25       A.    Yes.

1                          Rosarbo

2       Q.    So how did it come that the

3  product does not get shipped to the

4  Netherlands?

5       A.    Well, you have -- you set up a

6  warehouse --

7       Q.    This is the warehouse, Foremost

8  warehouse?

9       A.    Correct.

10      Q.    When you say "you," you set it up

11 right?

12      A.    Correct.  And once the product is

13 ready to be picked up, they were given

14 telephone numbers for them to pick up --

15      Q.    Who was given telephone numbers?

16      A.    They meaning the people in N.V.E.

17 gave them a telephone number to pick up the

18 product.  And they would come and pick it

19 up.

20      Q.    Slow down, I'm a little lost.

21 Who would you give a telephone number to?

22      A.    To shipping people at N.V.E.

23 would have the telephone number for

24 Foremost to pick up because that's how you

25 do it anyway.  It gets picked up from a

Page 112

Rosarbo

warehouse wherever.  And goes to a certain

area.  Now, if it is going overseas, it

goes to a shipping area that's going to be

taking it overseas.

Q.    Did Foremost -- is your deal with

Foremost, is that when they got a call from

N.V.E. that product was ready that Foremost

would send a truck up to get it to bring it

back to the Foremost warehouse?

A.    Yes.

Q.    And then --

A.    Then it sat there.

Q.    And then you and Mr. Palmeroni,

through Smart World or American Wholesale,

would arrange to pay Foremost, is that

correct?

A.    Through wire transfer, yes.

Q.    And would that --

A.    No, Foremost?  No, that was out

of a check from American Wholesale.

Q.    Who were the owners of American

Wholesale?

A.    Me and Joe Palmeroni.

Q.    And what was your split of

```
1                        Rosarbo

2    ownership of American Wholesale?

3         A.    Same as Smart World, 50 percent

4    each.

5         Q.    I think it was American Wholesale

6    Distributors.  Is that right?

7         A.    Yes.

8         Q.    A.W.D.?

9         A.    Correct.

10        Q.    We can take a five-minute break,

11   please.

12              (Recess)

13        Q.    I just want to talk a little bit

14   more about the purchase process.

15        A.    OK.

16        Q.    So if there was an order from CB

17   or anyone else who you were selling to

18   through the Smart World Inc. scheme, you

19   said that you would fill out a purchase

20   order.  Is that correct?

21        A.    Yes.  But that --

22        Q.    Let me finish --

23        A.    Go ahead.  I'm sorry.

24        Q.    So that's just a piece of paper?

25        A.    Yes.
```

1                    Rosarbo

2        Q.    And that's something you would

3    hand-write on?

4        A.    Yes.

5        Q.    And if I'm right, you would write

6    there is an order from Smart World

7    Netherlands, correct?  That's what you

8    would write on it --

9        A.    No.

10        Q.    What would you write on it?

11        A.    What I would write was a purchase

12    order for CB from American Wholesale.

13        Q.    OK, we are talking about American

14    Wholesale not --

15        A.    Yes, Smart World was only there

16    to exist to get the product at the overseas

17    price.  That's it.  And then also to

18    transfer money from American Wholesale into

19    Smart World to redo the process again,

20    because you had to pay the product through

21    Smart World.

22        Q.    That's how you paid N.V.E.?

23        A.    Yes.

24        Q.    So let me get this right.  How

25    does CB know how to deal with you?

1                      Rosarbo

2        A.     Through Mr. Palmeroni.

3        Q.     And the price that you and

4   Mr. Palmeroni, the American Wholesale --

5        A.     Negotiated price.

6        Q.     Who negotiated the price with CB?

7        A.     Mr. Palmeroni.

8        Q.     How did you find out what the

9   price was?

10       A.     Mr. Palmeroni would tell me.

11       Q.     Did he tell you this was the

12  price we are going to charge CB for this

13  amount of profit?

14       A.     Correct.

15       Q.     You would write up an order?

16       A.     He would place an order.

17       Q.     Who was he?

18       A.     He, meaning Carlos, would place

19  an order with me.  I would write it up.  I

20  would fax it to him --

21       Q.     To?

22       A.     To Mr. -- to Carlos.  To verify

23  his order.

24       Q.     OK.

25       A.     And then I would contact Foremost

Page 116

1                           Rosarbo

2       International, tell them the order, give

3       them the address, you know.  Sometimes CB

4       even came and picked it up on his own.  And

5       the product would get shipped out to him.

6              Q.    OK, so --

7              A.    And then he would pay into

8       American Wholesale.

9              Q.    And then American Wholesale would

10      transfer money to Smart World Inc.?

11             A.    To redo the process.

12             Q.    To pay N.V.E. to buy more

13      product?

14             A.    Correct -- yes.  And sometimes

15      there would be a surplus of money in

16      American Wholesale.  And that's when we

17      would cut checks for each other that

18      actually say on there corporate split.

19             Q.    So it was your profits?

20             A.    Correct.

21             Q.    Let me move you over to the other

22      side.  So the product has to be ordered

23      from N.V.E., is that correct?

24             A.    The product has to be --

25             Q.    The product has to be ordered

1                          Rosarbo

2     from N.V.E.?  You were buying -- let me

3     start again.  You were buying N.V.E.

4     product?

5          A.    Yes.

6          Q.    So somehow, Smart World Inc. has

7     to order products from N.V.E., is that

8     correct?

9          A.    Yes.

10         Q.    So can you explain the process of

11    how Smart World Inc. would order product

12    from N.V.E.?

13         A.    Well, I would be -- they would

14    call me.

15         Q.    Who is they?  You've got to use

16    names.

17         A.    Either Jeroen or Tom or they even

18    had a brother-in-law or brother who worked

19    in the warehouse.  I don't know what his

20    name was.  But they would contact me either

21    by fax machine if I was in the office,

22    or -- I am sorry, never mind.  I would

23    contact them.

24         Q.    You would contact the folks in

25    the Netherlands?

Page 118

1                          Rosarbo

2          A.    Yes, and tell them what I wanted.

3     And then they would contact N.V.E. and

4     place an order.

5          Q.    Place an order for stuff that

6     they really were never going to get?

7          A.    Correct.

8          Q.    And the way they would find out

9     is you would tell them what to order, is

10    that correct?

11         A.    Right.

12         Q.    And then did that always happen

13    that the order came from the folks in

14    Netherlands?  Or did you and Mr. Palmeroni

15    ever just make up orders without going

16    through the Netherlands?

17         A.    It always came from the folks

18    through the Netherlands.

19         Q.    And then once that order was

20    placed by the folks in the Netherlands, how

21    did it get to the purchase folks at N.V.E.?

22         A.    OK, it was placed either by

23    e-mail or fax.  We would pick that up,

24    meaning I would see the order, then I would

25    place it with manufacturing, and then go

Page 119

1                          Rosarbo

2      through the process of paying for it.

3      Because once it was manufactured, it

4      wouldn't get shipped out unless it was paid

5      for.

6          Q.    If there is an order that comes

7      on a fax machine, who do you physically

8      hand that to?

9          A.    One of the girls who were working

10     with us, they were the order placers.  I

11     don't remember the girls' names, there was

12     a few of them.

13         Q.    You would hand them an order

14     saying I have an order from Smart World

15     Netherlands?

16         A.    Yeah, just give it to them.  They

17     type it in.  Manufacturing would see it and

18     they would start to do the process of

19     either they had to make it or it was

20     already inventory.  They would have to

21     package it up and get it ready for

22     shipment.  But it would never leave until

23     it was paid up.  That was the key with

24     Smart World, it had to be paid up front.

25         Q.    After the order was paid for, do

1                          Rosarbo

2    you know what happened to that fax from the

3    Netherlands?  Did anyone keep it or throw

4    it out, if you know?

5         A.    I don't know.  But I'm

6    guessing --

7              MR. VORT:  Don't guess.

8         Q.    I just want to know if you know.

9         A.    OK. I don't know where it went.

10        Q.    What was in it for Jeroen and

11   Thomas Sikkink in the Netherlands?

12        A.    At first, it was very minimal.

13   25 cents to 50 cents a bottle.  Something

14   like that, and then it grew, you know.  I

15   got word through Mr. Palmeroni that they

16   wanted to be a real partner.  Because I

17   guess they seen how many orders were going

18   through.  So they wanted to earn more than

19   what they were getting.

20        Q.    And all they were doing was

21   letting you use their name, right?

22        A.    Correct, and also they negotiated

23   the pricing.

24        Q.    With whom?

25        A.    Bob.

Page 121

1                         Rosarbo

2       Q.      Did they negotiate with Bob

3   Occhifinto or Mr. Palmeroni?

4       A.      Well, that, I don't know.  It

5   could have been both.  I'm not sure.

6   Because like I said, that was Joe's client.

7   So he could have got the pricing -- they

8   could have done it together, I'm not sure.

9   But somehow or another, Bob got the

10  pricing.  Either directly through them --

11      Q.      You said Bob got the pricing.

12  What do you mean?

13      A.      In other words, it was negotiated

14  either directly through Smart World,

15  through Joe, either one.  Because it's only

16  like a one-time thing.  And then it stays

17  like that for the longest time until

18  somebody wants to either go up on the

19  pricing or somebody wants to say I want to

20  go down on the pricing.

21              Then it gets renegotiated again,

22  but there is a big gap in between that

23  happening that, you know, went on for a

24  year, two years, whatever.

25      Q.      Did you ever negotiate a price

1                          Rosarbo

2     with Carlos or anyone at CB as to what they

3     would pay for the N.V.E. product?

4          A.     No.

5          Q.     Was it your understanding that

6     the price that either CB or other customers

7     that you had was less than the ordinary

8     N.V.E. domestic price?

9          A.     Yes.

10         Q.     What other customers through

11    Smart World Inc. and American Wholesale did

12    you have for N.V.E. product?

13         A.     Housholder, Brand New Energy.  I

14    mean, there weren't too many.  CB bought

15    three-quarters of it.

16         Q.     How about a company called I.S.G.

17    or International Sales Group?

18         A.     Yes.

19         Q.     Where are they located, if you

20    remember?

21         A.     I don't remember.

22         Q.     If I told you they were in Texas,

23    would that help you remember?

24         A.     Yes.  Not that much though.  The

25    big player was CB Distributors and next big

Rosarbo

1    player was Housholder,  Brand New Energy.

2        Q.    Who did you -- you dealt directly

3    with Aaron Housholder?

4        A.    Yes.

5        Q.    And did you negotiate the price

6    with Mr. Housholder?

7        A.    No.

8        Q.    How did you -- how was the price

9    set for Mr. Housholder?

10       A.    Through Mr. Palmeroni and then

11   me. I would be told also so that when he

12   called me, we knew right off the bat what

13   the pricing would be.  And we would move

14   forward like that.

15       Q.    How did you come to sell product

16   to Mr. Housholder through American

17   Wholesale?

18       A.    Well, the same way.  After a

19   while, I would just --

20       Q.    I want to back up.  Very, more

21   simple question.

22       A.    Go ahead.

23       Q.    How were you introduced to

24   Mr. Housholder?

Page 133

Rosarbo

1

2      A.    Yes.

3      Q.    Was it while Mr. Palmeroni was

4  working at N.V.E.?

5      A.    Yes.

6      Q.    Was it at the time that he was

7  the national sales manager of N.V.E.?

8      A.    Yes.

9      Q.    Black Ice, was that a product

10  that was manufactured by N.V.E.?

11      A.    No.

12      Q.    Do you know who it was

13  manufactured by?

14      A.    No, I don't.

15      Q.    Was Black Ice a product that was

16  a competitor to Stacker 2 or --

17      A.    Yes.

18      Q.    And to the other Black Beauty and

19  Yellow Jacket?

20      A.    Yes, yes.

21      Q.    It was the same type of product?

22      A.    Yes.

23      Q.    When you were -- excuse me, take

24  that back.

25            The price that American Wholesale

1                        Rosarbo

2    and you and Mr. Palmeroni charged folks

3    like CB or the International Wholesale,

4    would they all get the same price or were

5    there different prices for them?

6        A.    No, they all got the same price.

7        Q.    And the price, I think you said

8    before, was less than the N.V.E. domestic

9    price?

10       A.    Correct.

11       Q.    And it was more than the N.V.E.

12   export price that you purchased it for,

13   correct?

14       A.    Yes.

15       Q.    That's how you made a profit,

16   correct?

17       A.    Correct.

18       Q.    Was it -- do you know how close

19   was the price to the N.V.E. domestic price?

20       A.    I'm not sure.

21       Q.    As you sit here today, I think

22   you said most of the stuff you were selling

23   through American Wholesale and Smart World

24   Inc. was the 20-count Stacker 2s, and the

25   100-count Stacker 2s?

Page 135

1                           Rosarbo

2        A.    Yes.

3        Q.    That would be the majority of the

4   product?

5        A.    Yes.

6        Q.    Do you recall, as you sit here

7   today, what American Wholesale was charging

8   for, per bottle of 20-count stacker 2s?

9        A.    What I was getting from --

10       Q.    What you were charging CB,

11   International Wholesale?

12       A.    $2.20 a bottle.  I believe.

13       Q.    Approximately, $2.20 a bottle?

14       A.    Yes, for the 20-counts.  The

15   100-counts, I don't remember.  They were

16   definitely more, but I don't remember.

17       Q.    Do you recall what Smart World

18   Inc. was paying to buy that product from

19   N.V.E.?

20       A.    No, I don't.  It was a dollar and

21   change, I just don't know exactly, 1.25,

22   1.30.

23       Q.    In that neighborhood between 1.25

24   and 1.30?

25       A.    Yes, I believe so, yes.  If he

1                        Rosarbo

2    goes back, he'll know.  But I don't know.

3        Q.    And I think you said before that

4    the domestic price was approximately

5    2.75?

6        A.    The wholesale price, yes, was

7    $2.75.  Then they flipped it over anywhere

8    between 5 to 7 to 10 dollars.

9        Q.    I'm just staying with the

10   wholesale price right now.

11       A.    Yes.

12       Q.    Is this a good time to take a

13   break.

14            (Luncheon recess)

15            (Continued on next page)

16

17

18

19

20

21

22

23

24

25

Page 138

1                        Rosarbo

2     ~~yes.~~

3        Q.    You talked about a company called

4     A.W.D., American Wholesale, correct?

5        A.    Correct.

6        Q.    That company was owned 50/50 by

7     you and Mr. Palmeroni?

8        A.    Yes.

9        Q.    Was there also a company called

10    VAR?

11       A.    Yes.

12       Q.    And those are your initials,

13    aren't they?

14       A.    Yes.  Well, actually Vinnie,

15    Angie, Rosarbo.

16       Q.    OK.  So you and your daughter?

17       A.    Me and my wife.

18       Q.    I keep getting that wrong, I

19    apologize.

20       A.    That's OK.

21       Q.    Who is the owner of VAR?

22       A.    I am.

23       Q.    Are you a hundred percent owner

24    of VAR?

25       A.    Yes.

Page 139

Rosarbo

1       Q.   What was the role of VAR?

2       A.   VAR was a company that was set up

3   to -- for the sole purpose of my wife was

4   going to do some trinkets and stuff and

5   sell things and then also to, my -- her and

6   my daughter were members to get like group

7   insurance, medical benefits.

8       Q.   Did ultimately your company known

9   as VAR help sell the export N.V.E. product?

10      A.   Correct.

11      Q.   What was the role of VAR with

12  regard to the sale of the diverted N.V.E.

13  product?

14      A.   I'm going to be blunt.  Stupidly,

15  I thought that dissolving American

16  Wholesale and using VAR as the money coming

17  in towards the very end would limit my

18  liability.  And that's how I ended up

19  putting my wife and my daughter in peril.

20  I wasn't thinking about that.  That's why.

21      Q.   Explain to me how you thought it

22  would limit your liability.

23      A.   That's what I said.  Stupidly.

24  In other words, I dissolved American

Page 140

                           Rosarbo

1

2   Wholesale and started using VAR.  For what

3   reason?  Because I was -- I wasn't smart

4   enough.  I should have just stood where I

5   was and that was it.  That's how I put them

6   in peril with this scenario because they

7   had nothing to do with it.

8        Q.    So did -- was the role of VAR

9   then basically now just a role that A.W.D.

10  played earlier in the scheme?

11       A.    No, that's not the reason why I

12  set VAR up.  VAR was set up for --

13       Q.    I'm trying to get to a different

14  question.  I want to get to how VAR was

15  used regard to the use of the sale of the

16  diverted N.V.E. product?

17       A.    The same scenario as American

18  Wholesale.  So in other words, monies paid

19  for product would go into VAR instead of

20  American Wholesale, and then -- and it was

21  a very, very short time.  It didn't last

22  long.  And then some of that money will go

23  into Smart World to rebuy product.  So it

24  was the same -- it was used for the same

25  purpose.

Page 141

1                          Rosarbo

2        Q.    The use of VAR or V-A-R, was that

3   after you had left N.V.E.?

4        A.    Yes.

5        Q.    Was that after Mr. Palmeroni had

6   been let go by N.V.E.?

7        A.    No.  It was the same time.

8        Q.    Let me just -- I don't really

9   understand that answer.  So you used VAR

10  after you had left N.V.E., is that right?

11       A.    Yes.

12       Q.    Were you using VAR while

13  Mr. Palmeroni was still employed by N.V.E.?

14       A.    Yes.

15       Q.    And you said, you dissolved AWD,

16  is that correct?

17       A.    Correct.

18       Q.    What did you do to dissolve AWD?

19       A.    You had a -- to the registered

20  agency, you had to do paperwork.  Really, I

21  forget.  You had to do paperwork to send in

22  there and tell them that the company is no

23  longer in existence.

24       Q.    Did Mr. Palmeroni know that you

25  were going to dissolve AWD?

Page 142

1                        Rosarbo

2      A.    Yes.

3      Q.    How did he know that?

4      A.    I told him.

5      Q.    What did you tell him was the

6  reason you were going to do this?

7      A.    Well, the same scenario.

8      Q.    Tell me.

9      A.    Well, I was starting feeling

10 uncomfortable with American Wholesale and I

11 wasn't with the company anymore, as far as

12 N.V.E. was concerned.  And I was just going

13 to dissolve American Wholesale and I was

14 going to use VAR.

15     Q.    Now, you said that Mr. Palmeroni

16 was a 50 percent owner of AWD, is that

17 correct?

18     A.    Yes.

19     Q.    But you were the 100 percent

20 owner of VAR?

21     A.    Yes.

22     Q.    Did the profits you made from the

23 sale of the diverted export product, did

24 you change the way the profits were split

25 between you and Mr. Palmeroni when you

Page 143

1                          Rosarbo

2    started using VAR?

3        A.    No.

4        Q.    How did you split the profits

5    with Mr. Palmeroni when you started using

6    VAR?

7        A.    It was still 50/50.  But --

8    towards the very end, there wasn't much

9    that was being sold in there.  So I don't

10   quite remember from the time that I was

11   selling product to the time that it all got

12   dissolved -- I mean squashed.  That -- if a

13   check was ever cut out of VAR towards Joe,

14   but it would show.  Let's put it that way.

15       Q.    Was it your arrangement with

16   Mr. Palmeroni that any profits that were

17   made through the sale of diverted N.V.E.

18   export product through the use of VAR would

19   still be split 50/50 between the two of

20   you?

21       A.    Yes.

22       Q.    And did Mr. Palmeroni object to

23   you dissolving AWD?

24       A.    No, it was a very small

25   conversation.  No, not at all.  As far as

Page 144

1                          Rosarbo

2   he was concerned, he didn't have no bearing

3   on it whatsoever.  It didn't bother him at

4   all.

5        Q.    Did you ever hear of a company

6   called National Retail Consulting Group?

7        A.    Yes.

8        Q.    And known as NRCG?

9        A.    Yes.

10       Q.    What is NRCG?

11       A.    I believe that's Joe's company,

12  Mr. Palmeroni's company.

13       Q.    What led you to believe that?

14       A.    I believe I got checks from that

15  company that were cut to me.

16       Q.    To you?

17       A.    Yes.  Actually either to -- it

18  might have been to VAR.

19       Q.    And did you --

20       A.    But not to me personally.

21       Q.    OK.  And why would NRCG cut

22  checks to you through VAR?

23       A.    That was through whatever else

24  that he was doing with other people, as far

25  as the -- well, what do you want to call

Page 145

1                          Rosarbo

2     it, brokerage stuff.

3          Q.    The commission split?

4          A.    Yes.

5          Q.    So explain to me why

6     Mr. Palmeroni, through NRCG, would give you

7     money from the commission split scheme?

8          A.    As we started moving forward and

9     we were cutting stuff from American

10    Wholesale and Smart World, through -- and I

11    started learning or he started showing me

12    what he was doing with the brokerage, he

13    more or less cut me checks to make me be

14    involved with that kind of play.

15         Q.    And how many times --

16              MR. O'CONNOR:  Can you read that

17    back.

18              (Record read)

19         A.    I don't know how many.

20         Q.    Was it more than --

21         A.    Two, three.

22         Q.    And approximately -- if you can

23    remember, approximately how much money did

24    you get from NRCG?

25         A.    It's a guess.  I think $20,000.

Page 146

1                          Rosarbo

2       Q.     What did you have to do for that

3   money?

4       A.     Nothing.

5       Q.     Did Mr. Palmeroni tell you that

6   NRCG was his company?

7       A.     Yes.

8       Q.     When you split the profits from

9   either AWD or VAR, did you write checks to

10  Mr. Palmeroni individually or NRCG?

11      A.     NRCG.

12      Q.     Why did you do that?

13      A.     That's where he wanted me to

14  endorse it to.  And I always made sure I

15  wrote corporate split on it, on the check.

16      Q.     And by that, you meant that was

17  the split of the profits?

18      A.     Yes.

19      Q.     What is Global Marketing and

20  Sales if you know?

21      A.     I don't know.

22      Q.     When you would be involved in

23  sales for the first time with a new

24  customer, whether it was CB or

25  International Wholesale or ISG or Brand New

Page 147

1                       Rosarbo

2    Energy, did Mr. Palmeroni ever tell you

3    that you are going to get a call from

4    Carlos or from Darren or whoever?

5         A.    Yes.

6         Q.    What would he tell you?

7         A.    That he got in touch with

8    so-and-so, whoever it may be.  And they

9    seem like they would be interested, so

10   expect to get a call if they wanted to buy

11   some product.

12        Q.    Did he ever tell you whether he

13   had given, whether Sumicek or Housholder or

14   whoever, that he had given them your cell

15   number?

16        A.    No, but that was how they were

17   going to get in touch with me.  He didn't

18   say it directly to me, but that was the

19   only way they were going to get in touch

20   with me was through my cell number.

21        Q.    Prior to being contacted to sell

22   them the diverted export product, had you

23   ever given your cell phone number to Darren

24   Housholder?

25        A.    No.

Page 149

1                          Rosarbo

2        Q.      Did you ever make up business

3   cards for AWD?

4        A.      No.

5        Q.      Do you know if Mr. Palmeroni had

6   a business card for AWD?

7        A.      I don't believe so, but I don't

8   think so, no.

9        Q.      Did you ever make up business

10  cards for yourself for VAR?

11       A.      No.

12       Q.      For AWD, where did you work out

13  of?

14       A.      Where did I work out of?

15       Q.      Yeah, did you have a physical

16  office?

17       A.      No.

18       Q.      So it was all --

19       A.      It was all either in N.V.E.,

20  through my cell phone, or at my house.

21       Q.      Did AWD buy -- sell anything but

22  N.V.E. products?

23       A.      No.

24       Q.      Did Smart World Inc. purchase

25  anything but N.V.E. products?

Page 152

1                              Rosarbo

2         Q.     Sometimes check and sometimes

3    wire transfer?

4         A.     I don't -- I don't recall any

5    wire transfer going into AWD.  I think it

6    was mostly by check.

7         Q.     I am going to show you Exhibit

8    number 3.

9              (Exhibit 3, Small Business

10        Platinum Statement for American

11        Wholesale Distribution, Bates stamped

12        BOA-AWD-0088 marked for identification,

13        as of this date.)

14        Q      What we marked as Exhibit Rosarbo

15   3 is entitled at the top, "Small Business

16   Platinum Statement for American Wholesale

17   Distribution," and it's got a Bates stamp

18   number on the bottom, which reads BOA-

19   AWD-0088.  OK?  Do you have that in front

20   of you, Mr. Rosarbo?

21        A.     Yes.

22        Q.     Do you recognize this as a bank

23   statement from AWD?

24        A.     Yes, I do.

25        Q.     And these are statements that you

Page 153

                        Rosarbo

1

2    were getting on behalf of AWD?

3        A.    Yes.

4        Q.    And you'll see this is for the

5    period from October 1 of 2004 through

6    October 29th of 2004, is that correct?

7        A.    Correct.

8        Q.    So if we go down, there is

9    something that says "account activity."  Do

10   you see that?

11       A.    Yes.

12       Q.    For 10/1, it has a fund transfer

13   credit of October 1st of '04 from

14   International Sales Group.  Do you see

15   that?

16       A.    Yes.

17       Q.    That's in the amount of

18   $29,251.52?

19       A.    Correct.

20       Q.    What was that?

21       A.    Obviously, that had to be a wire

22   transfer then because it is not a check,

23   the check numbers are over here.  So that

24   was a wire transfer.

25       Q.    So a payment from ISG to AWD?

Page 154

                              Rosarbo

1

2        A.     Yes.

3        Q.     You said you made a couple of

4    sales to ISG, correct?

5        A.     Yes, I don't know how many, but

6    yes.

7        Q.     This payment to ISG was for the

8    sale of diverted N.V.E. export products?

9        A.     Yes.

10       Q.     The next entry down, October 5th,

11   shows a fund transfer credit from CB

12   Distributors.  Do you see that?

13       A.     Yes.

14       Q.     That's in the amount of $53,280?

15       A.     Correct.

16       Q.     Below that, there is another

17   transfer from CB Distributors on October

18   22nd, in the amount of $54,000.  Do you see

19   that?

20       A.     Yes.

21       Q.     Are those payments by CB for the

22   sale of diverted N.V.E. export product?

23       A.     Yes, they are.

24       Q.     There is also a check for $80,000

25   where you don't know who that's from right

Rosarbo

1

2    now, do you?

3        A.    No, not offhand, no.

4        Q.    All the money coming into AWD was

5    for the sale of diverted N.V.E. export

6    product?

7        A.    Yes.

8               (Exhibit 4, a group of checks

9          Bates stamped Sarinelli-AWD-243, 245,

10         248, 250, BOA-Smart World-000012 and

11         BOA-Smart World-000014 marked for

12         identification, as of this date.)

13       Q.    Mr. Rosarbo, I have now given you

14   what we have marked as Rosarbo 4, which is

15   a group exhibit of checks, Bates stamp

16   number on the bottom Sarinelli-AWD-243,

17   245, and I cannot read the number on the

18   third page because it is all black.

19              MR. VORT:  248.

20              MR. O'CONNOR:  I can't read it.

21              MR. VORT:  It is above the black.

22              MR. O'CONNOR:  I see it, thank

23   you, Mr. Vort.

24       Q    It's 248.  250, and then

25   BOA-Smart World-000012 and BOA Smart World

Page 156

1                         Rosarbo

2       000014.   Do you see that?

3           A.    Yes.

4           Q.    First of all, Sarinelli, was that

5       the accountant for AWD?

6           A.    Yes, he was, I believe, Joe's

7       personal accountant.  But we also used him

8       early on with Smart World and American

9       Wholesale.

10          Q.    Who chose them to be the

11      accountant for Smart World and American

12      Wholesale?

13          A.    We both -- well, he knew --

14      that's who he went to and that's -- I

15      followed suit.

16          Q.    So the first page here, page

17      0243, it has a check number 179.  Do you

18      see that?

19          A.    Yes.

20          Q.    And it says American Wholesale

21      Distribution although it is missing the N.

22      Do you see that?

23          A.    Yes.

24          Q.    Was that the checking account you

25      had for AWD?

Page 157

1                          Rosarbo

2          A.    Yes.

3          Q.    And that was at Fleet Bank at the

4     time?

5          A.    Yes.

6          Q.    So a check here for $80,000 from

7     AWD to Smart World on October 8 of 2004,

8     correct?

9          A.    Yes.

10         Q.    And actually, if we go back to

11    Exhibit 3, the page you just had before,

12    Exhibit 3, that matches up to that October

13    12th check paid, number 179, for $80,000,

14    correct?

15         A.    Yes.

16         Q.    So this was a payment from AWD

17    into the -- that shows the payments, right?

18         A.    It shows money going from AWD

19    into Smart World, yes.

20         Q.    And why was money going from AWD

21    into Smart World?

22         A.    Well, that's how I was explaining

23    to you, to put money into Smart World so

24    then Smart World can rebuy the product and

25    then use that money to pay N.V.E.

1                        Rosarbo

2        Q.     And then is that your signature

3    there?

4        A.     Yes.

5        Q.     And what does the memo line say?

6    What is that?

7        A.     I forget what the C-O-N is, but

8    that's an distribution.  I forget what the

9    C-O-N is.

10       Q.     And what do you mean -- you have

11   that on a couple of checks.

12       A.     Yes, I know.

13       Q.     What does the distribution mean?

14       A.     I think -- meaning that it's

15   money that's going into Smart World for

16   rebuys and distribution.

17       Q.     Distribution of the N.V.E.

18   product?

19       A.     N.V.E. products, yes.

20       Q.     Is that true for all of the

21   checks in this group exhibit, 177 for

22   $130,000, 178 for $80,000; 170 -- OK, so

23   those are two Smart World checks?

24       A.     That is correct, all the ones

25   that are endorsed to Smart World Inc., yes,

Page 159

Rosarbo

they say the same thing.

Q.    The third page, which is page
248, on the top there is a check from AWD
in the amount of 200,000 dollars dated
7/14/2004 to National Retail Consulting
Inc.  You see that?

A.    Yes.

Q.    Is National Retail Consulting
Inc. the same as National Consulting Retail
Group?

A.    Yes.

Q.    It says, "Corp. split."  Do you
see that?

A.    Yes.

Q.    I think you have used those words
before?

A.    Correct, corporate split.

Q.    What did you mean by that?

A.    Meaning National Retail
Consulting Inc. got $200,000 cut to them.
And I got $200,000 to me.

Q.    So let's go to the bottom of the
page, check 174, also dated July 14th of
2004.  There is a check from AWD to Vincent

Page 160

1                          Rosarbo

2    J. Rosarbo for $200,000?

3         A.    Correct.

4         Q.    That's your half of the profits?

5         A.    Yes.

6         Q.    About how often would you do this

7    corporate split?

8         A.    Every three, four months?  I

9    don't know.  You got -- I mean, I can

10   get -- I can get paperwork from all that

11   time and it will show.  It was started out,

12   you know, slowly and then it increased

13   because the profit -- I mean, the product

14   started selling faster.

15        Q.    When you were running -- you and

16   Mr. Palmeroni were running AWD, VAR, Smart

17   World Inc. --

18        A.    I want to just correct something.

19        Q.    Sure.

20        A.    I mean, you can say if you want,

21   but I made the choice of changing American

22   Wholesale into VAR.  So Smart World and

23   American Wholesale were definitely run by

24   me and Joe.  VAR, towards the end, that was

25   my choice I did that.  Not that it makes

Page 161

1                          Rosarbo

2    any difference, I'm just correcting it.

3        Q.    Thank you, let me try and

4    rephrase it.

5              While you were involved in the

6    diversion and resale of the N.V.E. export

7    products, what were the expenses of Smart

8    World, AWD, or VAR?

9        A.    The only expenses were the buying

10   of the product and the storing of it at

11   Foremost International.  That's it.

12             Now, I know what C-O-N-S is

13   because I wrote it out here.  Consulting

14   and distribution.  I just made it short on

15   the other ones.  See the other one.

16       Q.    What you are looking at is check

17   number 186.

18       A.    Correct.

19       Q.    On page BOA Smart World 000012,

20   right?

21       A.    Correct, yes.

22       Q.    And so --

23       A.    It is just to have something put

24   on there, consulting and distribution.

25       Q.    There was no real consulting

Page 162

1                         Rosarbo

2    going on?

3        A.    No, exactly.

4        Q.    Because you were all the same

5    people, it is just you and Joe, right?

6        A.    Correct, yes.

7        Q.    There is nobody else?

8        A.    Other than the people buying the

9    product.  But I didn't consult much with

10   them other than how much they want and how

11   much we are going to get for it.

12       Q.    You had no secretaries, no

13   support staff?

14       A.    No, no.

15       Q.    No truck drivers, no nothing?

16       A.    No, no.

17       Q.    Was there any reason why you were

18   signing all the AWD checks, as opposed to

19   Mr. Palmeroni?

20       A.    Because they were in my

21   possession.  After they were ordered and

22   went to his place of residence, and then we

23   both went to the New Rochelle banks, they

24   were in my possession from there on.

25       Q.    The monthly statements, where

1                         Rosarbo

2    were they going?

3         A.    They were -- does it say on

4    there?  That's a good question.  A post

5    office box, I believe.  PMV 235.

6         Q.    That's a post office box in New

7    Rochelle --

8         A.    That's another expense.

9         Q.    What is that like a UPS store or

10   something like that?

11        A.    Yes, correct.

12        Q.    So other than paying for a PO Box

13   at a UPS store and the warehouse at

14   Foremost, were there any other expenses?

15        A.    No.

16        Q.    When the bank initially sent the

17   checks to Palmeroni's house, how did you

18   get them?

19        A.    When the bank sent the checks?

20        Q.    You said the banks sent the

21   original checks, the original box of blank

22   checks.  You said was sent to Palmeroni's

23   house, right?

24        A.    Oh, by mail.

25        Q.    How did you get them from

Page 164

1                        Rosarbo

2    Palmeroni's house?

3         A.    Well, I was there three times a

4    week, so when they showed up there, they

5    were -- he had given them to me.

6         Q.    Mr. Palmeroni gave them to you?

7         A.    Yes.

8         Q.    I am going to show you what's

9    been Bates stamped numbered Sarinelli-

10   AWD-0224, and it says, "American Wholesale

11   Distribution Inc. General Ledger."  Do you

12   see that, Mr. Rosarbo?

13        A.    Yes.

14        Q.    Was this general ledger prepared

15   by your accountants, Mr. Sarinelli?

16        A.    Yes, because his name is on the

17   bottom.  Yes, yeah -- yes.

18        Q.    Well, that was not put on there

19   by Mr. Sarinelli.  So I'm going to ask

20   you --

21        A.    Oh, OK.

22        Q.    Just in terms of -- do you

23   recognize this as a general ledger for AWD

24   and did you produce it, did Mr. Palmeroni

25   produce it or did Mr. Sarinelli produce it?

Page 165

1                        Rosarbo

2       A.    Mr. Sarinelli produced it.

3       Q.    Or someone at his company?

4       A.    Yes.

5       Q.    Does this show for this period of

6  time from January 1st of 2004 to

7  12/31/2004, it shows disbursements and

8  purchases, is that correct?

9       A.    Yes.

10       Q.    Does this show that you made

11  $2,750,000 in purchases from Smart World?

12       A.    Just -- I'm sorry, go ahead.

13       Q.    Does this show that AWD made

14  $2,750,000 in purchases from Smart World in

15  2004?

16       A.    I have a question.

17       Q.    OK.  Let's see what we can do.

18       A.    I see the bank statements here, I

19  recognize those.  I recognize these.  I'm

20  not sure where this information got put,

21  how this information was acquired to be put

22  on here.

23       Q.    Well, did you -- let's get there

24  then.  Let's get there.

25       A.    Yes.

1                           Rosarbo

2        Q.     So did you provide information to

3    your accountants regarding your company to

4    make tax returns or to prepare other

5    documents?

6        A.     Yes.

7        Q.     And you would provide them with

8    bank records?

9        A.     Can I or did I?

10        Q.     Did you.  Did you provide your

11    accountants with bank records?

12        A.     Yes, of course, yes.

13        Q.     And --

14        A.     So then that's -- OK, I'm sorry.

15    Go ahead.

16        Q.     The problem, Mr. Rosarbo, is that

17    you are the one who is sworn to answer the

18    questions here.  So I'm trying to get

19    there.

20        A.     OK, sure.

21        Q.     The information that you provided

22    to your accountants, was it accurate at the

23    time you gave it to them?

24        A.     Yes.

25        Q.     Did Mr. Palmeroni provide

Page 167

```
1                          Rosarbo
2    information to the accountants?
3         A.    Yes.
4         Q.    And so if they -- let me ask
5    you --
6         A.    I understand now.
7         Q.    Did you keep a separate general
8    ledger than the accountants?
9         A.    No.  I understand now.  This is
10   information that we provided to the
11   accountants and they distributed it on to
12   this piece of paper.
13        Q.    Is that right?
14        A.    I agree with that, yes.
15        Q.    So again, does this show that AWD
16   purchased $2,750,000 worth of goods from
17   Smart World in 2004?
18        A.    I'm trying to find that figure.
19        Q.    Under purchases on the bottom
20   half of the page, Mr. Rosarbo.
21        A.    Yes.  OK, I see it, yes.  I
22   remember now, it was off the ledger books.
23   I remember now, yes.  OK.
24        Q.    Does it also show disbursements
25   of $3,784,254?
```

Page 168

1                          Rosarbo

2       A.    Yes.

3       Q.    And does it show receipts to AWD

4   as of October 31st, 2004, of $3,885,098?

5       A.    That is correct.

6       Q.    If you go down that column,

7   Mr. Rosarbo, it shows that the cash

8   receipts, C/R, and cash deposits for

9   November, December were $234,596, is that

10  correct?

11      A.    Yes.

12      Q.    And then you get to a total of

13  $4,119,694, is that right?

14      A.    Yes.

15      Q.    So is that true that your profit

16  for the year was the difference between the

17  4,119,000 and the 2,750,000 dollars?

18      A.    That's correct.

19      Q.    Thank you.

20            (Exhibit 6, of facsimiles of

21      checks from VAR Consulting, Bates

22      stamped BOA-Smart World-000038, 40,

23      VOA-VAR-0140 and BOA-Smart World-000008

24      marked for identification, as of this

25      date.)

Page 169

1                           Rosarbo

2       Q       Mr. Rosarbo, what I am going to

3    show you now is a few checks.  We are not

4    going to show you every check from VAR

5    Consulting.  What we try to do is pick out

6    a couple.

7       A.      That pertain to this?

8       Q.      Just illustrative rather than

9    having you go through a 2-inch stack of

10   checks, which I don't think there is any

11   dispute on.  Rosarbo number 6 are a series

12   of facsimiles of checks from VAR Consulting

13   and they are Bates stamped numbered

14   BOA-Smart World-000038, 40, and then

15   VOA-VAR-0140 and BOA-Smart World-000008.

16      A.      Yes, that's correct, yes.

17      Q.      And so as we said, V-A-R

18   Consulting or VAR Consulting was your

19   company, correct?

20      A.      Yes.

21      Q.      And that the address on the check

22   here, 23 Thistle Meadow Lane in Branford,

23   Connecticut.  That's your home address,

24   correct?

25      A.      Correct.

Page 170

1                           Rosarbo

2          Q.    And you have the same memo, I

3     guess, consulting and distribution

4     abbreviations on this check, correct?

5          A.    Correct, yes.

6          Q.    First check we are looking at is

7     number 1587 from April 7th of 2006 in the

8     amount of 10,500 dollars to Smart World

9     Inc.  Do you see that?

10         A.    Yes.

11         Q.    And was this for the payment of

12    N.V.E. products?

13         A.    Yes.

14         Q.    So what would happen, basically

15    you're writing a check to yourself?

16         A.    On this?

17         Q.    Well, you -- that's your

18    signature, right?

19         A.    Yes.

20         Q.    So --

21         A.    But it is endorsed to --

22         Q.    I want to go through the process.

23    And I'm not trying to say you're doing

24    something funny here.  I just want to get

25    through the process.

Page 171

1                       Rosarbo

2       A.      That's fine.

3       Q.      So you wrote a check to Smart

4    World Inc., correct?

5       A.      Yes.

6       Q.      And as you say, it says, "For

7    deposit only."  But -- you and

8    Mr. Palmeroni had control of the Smart

9    World Inc. account, correct?

10      A.      Yes.

11      Q.      Would it be you or Mr. Palmeroni

12   or someone else who would actually deposit

13   the check into the Smart World account?

14      A.      No, it would be me.

15      Q.      So you would write a check to

16   Smart World and then you would deposit it

17   into the Smart World account, correct?

18      A.      Yes.

19      Q.      And then the purpose of that was

20   so then you could write a check out of the

21   Smart World account to buy product from

22   N.V.E.?

23      A.      Correct.

24      Q.      If not a check, sometimes it

25   would be a wire transfer, correct?

1                          Rosarbo

2        A.     Correct.

3        Q.     And take a look at the other

4   checks in this exhibit.

5        A.     Yes, those are all for the same

6   purpose.

7        Q.     So if there are checks coming out

8   of V-A-R or VAR Consulting to Smart World,

9   that was always to pay for the purchase of

10  N.V.E. product, correct?

11       A.     Correct.

12       Q.     That was because at some point,

13  you told your customers that you and Joe

14  Palmeroni had -- that instead of writing a

15  check or making a wire transfer to AWD,

16  they should start paying VAR Consulting?

17       A.     That is correct, yes.  Can I ask

18  a question?

19       Q.     I don't know if I can answer it.

20       A.     Is this the last check that you

21  got from there?

22       Q.     It is the last one we are going

23  to show you today.

24       A.     That's fine.

25       Q.     I'm not sure about that.  You

Rosarbo

1

2      A.      Yes.

3      Q.      That was from the profits of the

4   AWD, Smart World scheme?

5      A.      Yes.

6      Q.      Do you still own that today?

7      A.      No.

8      Q.      When did you sell that?

9      A.      I don't know the exact date, but

10   it is definitely after here for sure.

11      Q.      OK.

12      A.      I'm going to say in 2007.

13      Q.      2007.  And how much did you sell

14   it for?

15      A.      The same amount, about 185,

16   something like that.

17      Q.      And what happened to the proceeds

18   of that sale?

19      A.      That went into my personal

20   account.

21      Q.      Of all the product, N.V.E.

22   product that you and Mr. Palmeroni bought

23   through Smart World Inc., AWD and VAR, was

24   any of that product ever exported to

25   Europe?

1          Rosarbo

2    with Jeroen and Thomas, did you discuss the

3    scheme to sell export product, N.V.E.

4    export product in the United States?

5          A.    This time?

6          Q.    Yes.

7          A.    No.   That was already happening.

8    It was -- this is a pleasure trip to be

9    honest with you.

10         Q.    Did you have any conversations

11   with Jeroen or Thomas Sikkink about them

12   trying to reimport N.V.E. goods back into

13   the United States?

14         A.    No.

15         Q.    Was there any conversation at any

16   time with the Smart World Netherlands folks

17   about reimporting goods from Europe into

18   the United States?

19         A.    No.

20         Q.    When -- I believe you testified

21   that part of the deal you had when you were

22   purchasing products through Smart World

23   Inc. is that the Smart World Netherlands

24   folks would help you place the orders, is

25   that right?

Page 184

1                         Rosarbo

2       A.    Yes.

3       Q.    So you would tell them what you

4  wanted to order and then they would place

5  an order, is that right?

6       A.    Correct.

7       Q.    And would Mr. Palmeroni have to

8  approve those orders?

9       A.    No.

10      Q.    Because they were already a

11 client of N.V.E.?

12      A.    Correct.

13      Q.    Now, I think you also said that

14 the folks at Smart World, this Thomas and

15 Jeroen, they were getting a piece of the

16 action?

17      A.    Yes.

18      Q.    Now, the money that you and

19 Mr. Palmeroni would pay to Thomas and

20 Jeroen, how were those payments made?

21      A.    Through wire transfers.

22      Q.    From where to where?

23      A.    From American Wholesale into that

24 bank in Gibraltar.

25      Q.    And was that an account that was

Page 185

1                          Rosarbo

2     set up in the name of T&J Limited?

3          A.    Correct.

4          Q.    T&J was Thomas and Jeroen?

5          A.    Obviously, I mean -- I'm sorry,

6     yeah. I would say yeah.  They never told me

7     that.  I didn't ask.

8          Q.    Is that what you understood it to

9     be?

10         A.    Yes.

11         Q.    You were not sending money

12    directly to Smart World Netherlands, you

13    were sending money to T&J Limited, is that

14    correct?

15         A.    Yes.

16         Q.    I'll show you some more

17    documents.

18              (Exhibit 9, Fleet Bank statement

19         dated November 1, 2003 through November

20         28, 2003 for Smart World Inc., Bates

21         stamped Sarinelli-Smart World-0273 and

22         0275 marked for identification, as of

23         this date.)

24         Q.    So we are at Rosarbo 9.  Do you

25    see that, Mr. Rosarbo?

Page 186

                            Rosarbo

1

2       A.    Yes.

3       Q.    Number 9.  So this is a bank

4    statement, from Fleet Bank, Small Business

5    Platinum Statement, November 1, 2003

6    through November 28, 2003 for Smart World

7    Inc., and it is Bates stamped number

8    Sarinelli-Smart World-273 and -- excuse me,

9    0273 and the second page is 0275.  Do you

10   see that?

11      A.    Yes.

12      Q.    I know there has been a lot of

13   mergers in the banking world, but at the

14   time you were doing this back in 2003, was

15   the Smart World account with Fleet?

16      A.    Yes.

17      Q.    Or at least one of the accounts?

18      A.    They were both.

19      Q.    You had a Fleet and Bank of

20   America?

21      A.    I think they both transferred

22   over into Bank of America.

23      Q.    OK.  The first entry for 11/3

24   shows you making a deposit in an ATM

25   machine in East Haven, Connecticut for

1                           Rosarbo

2      $180,000?

3           A.     Yes.

4           Q.     East Haven is near where your

5      home is?

6           A.     Yes.

7           Q.     Did you deposit a check into your

8      account there, is that what happened?

9           A.     Yes.

10          Q.     Next entry on November 3 of 2003

11     was a fund transfer or wire transfer from

12     Smart World to T&J Limited, is that

13     correct?

14          A.     Yes.

15          Q.     That's the amount $50,880?

16          A.     Yes.

17          Q.     Why were you transferring over

18     $50,000 to T&J?

19          A.     That was their -- what they

20     earned, what was negotiated as to what they

21     were going to get at that time.

22          Q.     All they were going to do for

23     what they earned, all they did was place an

24     order with N.V.E., is that correct?

25          A.     And negotiated the pricing.

Page 188

1                        Rosarbo

2        Q.    You said the pricing was

3   basically set for a significant period of

4   time, is that right?

5        A.    Yes.

6        Q.    So they didn't have to

7   renegotiate every time they made a sale,

8   did they?

9        A.    No.

10        Q.    As far as you know, they were

11   also making purchases for their own

12   account, is that correct?

13        A.    Yes.

14        Q.    So they were making some

15   purchases that were actually being exported

16   to Europe?

17        A.    That's correct.

18        Q.    And then they would arrange to

19   make their own payment for those, is that

20   right?

21        A.    Yes.

22        Q.    None of the payments that Smart

23   World Inc. made were for actual Smart World

24   Netherlands purchases, were they?

25        A.    No.

Page 189

1                    Rosarbo

2        Q.     All that Smart World Netherlands

3    did was place an order either by fax or

4    e-mail to N.V.E., is that correct?

5        A.     Yes.

6        Q.     They didn't have to put up any

7    money, did they?

8        A.     No.

9        Q.     They weren't on the hook for

10   anything, were they?

11       A.     No.

12       Q.     And was it clear to you,

13   Mr. Rosarbo, that Smart World Netherlands

14   was aware that none of this product was

15   ever going to be shipped to them?

16       A.     Yes.

17       Q.     There is a deposit on November

18   26th which looks like it was made in Lake

19   Hopatkong for $140,000.  Do you see that?

20       A.     Yes.

21       Q.     Is Lake Hopatong near to where

22   Mr. Palmeroni's residence was?

23       A.     Yes.  That was an actual bank

24   that -- actually Joe, Joe's wife worked at

25   that bank.  Or wife now.  Wasn't then.  But

1                           Rosarbo

2    she didn't know anything about this.

3         Q.    What was her name?

4         A.    I forget.

5               What's your wife's name, Joe?

6         Q.    No, you can't do that.

7         A.    I am sorry, I don't know.

8         Q.    He is not allowed to tell you.

9         A.    I am sorry.

10        Q.    If I told you the name, would you

11   recall it?

12        A.    Yes.

13        Q.    Was it Michele?

14        A.    Yes.

15        Q.    Michele Hooey?

16        A.    Yes.

17        Q.    What was her job at the bank out

18   there?

19        A.    She wasn't a teller because --

20   business agent?  You know, she wasn't in

21   charge of the bank, maybe second in charge.

22        Q.    Did she help set up any accounts

23   for you?

24        A.    No, she just took the deposit.

25   And that was it.  She didn't know what it

1                         Rosarbo

2    was for as far as I knew because I didn't

3    talk to her about it.

4         Q.    On the second page of this

5    document, there is another, on September

6    8th of 2003, there is another payment to

7    T&J Limited for 27,596 dollars.  Do you see

8    that?

9         A.    Yes.

10        Q.    Again, that was a payment made as

11   part of the Smart World scheme?

12        A.    Yes.

13        Q.    If you go a little further down,

14   there appears to be a transfer on September

15   22nd for $41,779.20 to Charmaine C. Felice.

16   Do you see that?

17        A.    Yes.

18        Q.    And second one right below that,

19   September 26th, also to Charmaine Felice in

20   the amount of $94,000.  Do you see that?

21        A.    Yes.

22        Q.    What were those payments for?

23        A.    Charmaine Felice is a friend

24   of -- of Joe's, his wife, I forget his

25   name.  They were friends and I got

Page 194

Rosarbo

1    Q.    When AWD would purchase products

2    from N.V.E., would it say on the bill of

3    lading that it was to go to Smart World

4    Netherlands in Holland?

5    A.    Yes.

6    Q.    And after the -- you arranged for

7    N.V.E. to call the warehouse, Foremost

8    warehouse and they would pick up the

9    product, why didn't the product get shipped

10   to Holland?

11   A.    Well, the N.V.E. people -- their

12   only responsibility was picking up the

13   product and wrapping it.  And then when

14   Foremost International would pick it up, as

15   far as N.V.E. knew, it was going to that

16   warehouse and then it was going to go

17   overseas.

18           There is no way of them knowing

19   that that really happened.  And that's with

20   any product.  Whoever was going to pick

21   that up, it would go to a shipping lane.

22   Whether it goes to a shipping lane that

23   goes overseas or goes to a warehouse,

24   N.V.E.'s responsibility after that is done.

Page 195

Rosarbo

1   Because the product is paid, it's shipped

2   and that would be the end of it.  They

3   wouldn't track that product.

4       Q.    So N.V.E. is not responsible for

5   shipping it overseas?

6       A.    No.  Well, I can't say that.

7       Q.    With regard to Smart World

8   Netherlands?

9       A.    Correct, yes.

10      Q.    With regard to Smart World

11  Netherlands?

12      A.    Yes.

13      Q.    So they are relying on the good

14  faith of its customer, when they say the

15  product is for export, it will actually be

16  exported?

17      A.    That's correct.

18      Q.    It is not your understanding that

19  Bob thought he was selling to Smart World

20  Netherlands so they could sell in the

21  United States, was it?

22      A.    No.

23      Q.    When the product gets to the

24  Foremost Warehouse in East Hanover, how did

Rosarbo

1    they know what do with it if it has a

2    shipping label that says it is supposed to

3    go to Holland?

4

5        A.    It was the understanding that it

6    would be placed in an area and then I would

7    tell them what should go out and where.

8    And then sometimes actually CB, I think he

9    is the only one who did that, would order

10   it through his shipping costs and pick it

11   up.

12       Q.    So he would send the truck to get

13   it?

14       A.    That's why I know he knew it was

15   being diverted.

16       Q.    Because he would send a truck to

17   Hanover, East Hanover rather than Sparta or

18   Andover?

19       A.    Correct.

20            MR. BASIL:  Vincent, slow down.

21       Q.    You are doing OK.  You have to

22   wait.

23       A.    Go ahead.

24       Q.    Did you, did you ever tell the

25   folks at Foremost, don't worry about this,

Page 197

1                         Rosarbo

2       none of this stuff is going to be exported?

3          A.     No, because they really didn't

4       care.  They -- they were getting paid for

5       storing product and for packing it.  And so

6       on and so forth.  So wherever it went, as

7       long as they got paid, they didn't care

8       where it went.

9          Q.     They would wait for instructions

10      from you as to what to do with the product?

11         A.     That's right.  And I mean, the

12      reason why I know CB knew about it is

13      because, a couple of times some of the

14      shipping labels and invoice stuff got sent

15      to him by mistake.  So he knew where it was

16      supposed to be going.

17         Q.     Let me see if I understand.  You

18      are saying some of the product that went

19      out to CB actually had the Holland or Smart

20      World Holland --

21         A.     Correct, correct.

22         Q.     -- let me finish.

23                Had the Smart World Netherlands

24      label on the pallets?

25         A.     Yes.

1                          Rosarbo

2        Q.    And I assume how that's -- how --

3    I assume that is how this stuff came, it

4    came in pallet loads?

5        A.    Yes.

6        Q.    And how big was the pallet?

7        A.    Pretty big, 7, 8 feet tall,

8    wrapped in plastic.  Regular pallet.  Not

9    anything long and -- a regular pallet, 7, 8

10   feet tall with product wrapped in plastic.

11       Q.    Do you remember how many bottles

12   would be in a pallet?

13       A.    No, no.

14             MR. BASIL:  Five minutes?

15             MR. O'CONNOR:  You want to take a

16   break, sure, sure.  We can take a

17   break.

18             (Recess)

19       Q.    Did you learn at some point,

20   Mr. Palmeroni had been fired from N.V.E.?

21       A.    Yes.

22       Q.    How did you learn that?

23       A.    Through CB Distributors, Carlos.

24       Q.    What did Carlos tell you?

25       A.    That he got fired.  Then I asked

Rosarbo

1
2     please, Mr. Vort.

3          MR. VORT:  The problem is we

4     have, it's a race between the question

5     and answer.

6          MR. O'CONNOR:  Just let me finish

7     the question.

8          MR. VORT:  I had to stick it in.

9     Q.     Did you have something else you

10    wanted to say, Mr. Rosarbo?

11    A.     No.  I didn't realize.  When you

12    want a question answered and he objects, I

13    don't get to answer, is that why he is

14    saying that?

15    Q.     Just wait for a second.  We want

16    to make a record.

17    A.     That's all it is for.  I got you.

18    Q.     Generally, we just need to make a

19    record and then we will tell you to go

20    forward.  OK.

21         MR. BASIL:  For the record, I

22    object to the form of the that last

23    question.

24    Q.     Did Mr. Palmeroni tell you

25    anything else about why he was fired other

1                           Rosarbo

2      than it had to do with him getting kick

3      backs of the commissions?

4           A.    No.

5           Q.    After -- let me set this up.

6                 So at the time that Mr. Palmeroni

7      lost his job at N.V.E., you had already

8      been -- you had already lost your job at

9      N.V.E., is that right?

10          A.    Yes.

11          Q.    You continued to run the Smart

12     World scheme after you had left N.V.E., is

13     that correct?

14          A.    That's correct.

15                ~~MR. VORT:   Objection to form.~~

16          Q.    And then after Mr. Palmeroni was

17     let go by N.V.E., did you continue to

18     divert N.V.E. export product through the

19     Smart World Inc. mechanism?

20          A.    I'm not sure -- I'm not sure when

21     the last one was.  I don't remember when

22     Joe got let go.  And I don't remember when

23     the Smart World thing ended.  So I can't

24     answer that truthfully.

25          Q.    Did you and Mr. Palmeroni have

Page 204

Rosarbo

2    any conversations about what are we going

3    to do now if Mr. Palmeroni was not inside

4    N.V.E. to continue to make money selling

5    the N.V.E. product?

6        A.    No.  It was understood that once

7    he was out, it ended.

8        Q.    Do you recall whether you had any

9    attempts with the Smart World Netherlands

10   folks to see whether you could continue to

11   run this scheme to sell Smart World -- sell

12   N.V.E. products through Smart World Inc.?

13       A.    No.

14       Q.    You didn't have this conversation

15   or you just don't remember right now?

16       A.    I don't remember.  I mean -- with

17   the both of us, with Joe not there, we both

18   thought that it wasn't going to be able to

19   continue anyway.  So that was just our

20   thought process.

21       Q.    Now, prior to Mr. Palmeroni being

22   let go, were you aware that he was taking

23   commission money from the brokers?

24       A.    Just, just from the Horowitzes.

25       Q.    What did you understand to be

Page 205

1                             Rosarbo

2    going on with the Horowitzes?

3         A.     That they were splitting up

4    brokerage money.

5         Q.     With?

6         A.     With Joe.

7         Q.     And do you know why they were

8    doing that?

9         A.     Well, so they can both earn and I

10   think it was off of a GNC account but don't

11   quote me on it.

12        Q.     Who told you about the Horowitzes

13   giving some of their commission money to

14   Joe Palmeroni?

15        A.     Joe did.  That's how I ended up

16   getting some of it from his account into

17   mine.  That's how that came about.  Or his

18   company, National Retail Consulting,

19   remember you asked that before?

20        Q.     Um-hm.

21               We are up to Rosarbo 10.

22               (Exhibit 10, a one-page document

23        Bates stamped Sarinelli NRCG 0196

24        marked for identification, as of this

25        date.)

Page 207

1                        Rosarbo

2    are waiting for that.  This will be Rosarbo

3    11.

4              (Exhibit 11, statement for VAR

5         Consulting Bates stamped BOA-VAR-000232

6         marked for identification, as of this

7         date.)

8         Q.    Can I look at that, make sure I

9    gave you the right one.

10             So what we have marked as Rosarbo

11   Exhibit 11 is a two-page document, bank

12   account statement for VAR Consulting, Bates

13   stamp number BOA-VAR-000232 and 240.  Do

14   you see that?

15        A.    Yes.

16        Q.    Mr. Rosarbo, does this also show

17   that there were wire transfers going from

18   VAR Consulting to T&J Limited?

19        A.    Yes.

20        Q.    And again, that was their cut of

21   the Smart World Inc. purchases, is that

22   correct?

23        A.    Correct.

24        Q.    And above that, the very top, I

25   should give the date on this, this is the

Page 208

1                         Rosarbo

2       statement for July 1, 2006 through July 31,

3       2006.

4            A.    OK.

5            Q.    And there is a payment of

6       $9,999.99 on July 17 to T&J, is that

7       correct?

8            A.    Yes.

9            Q.    Above that where it has deposits

10      and credits, there is a wire transfer on

11      July 12th that says Robert J. Canizzo in

12      the amount of $26,880.  Do you see that?

13           A.    Yes.

14           Q.    Was that for the purchase of

15      diverted N.V.E. product?

16           A.    Yes.

17           Q.    Canizzo was the guy you said was

18      connected with Quality King, is that right?

19           A.    Correct.

20           Q.    Can I see the second page of that

21      for a minute, please.  I'm going to ask you

22      a question and then show you the document.

23                 On the second page, 8/1 of 2006,

24      does this show a wire transfer in the

25      amount of $8,288 from Brand New Energy to

1                       Rosarbo

2      Smart World -- I mean to VAR?

3           A.    Yes.

4           Q.    Was that for the purchase of

5      N.V.E. product?

6           A.    Yes.

7           Q.    On the bottom of that page, there

8      was another payment out to T&J for

9      approximately $9,500, is that correct?

10          A.    Yes.

11          Q.    Was there any other reason to

12     send money, for you and Mr. Palmeroni to

13     send money to T&J other than the use of

14     their name?

15          A.    No.

16          Q.    At some point, did you or Mr.

17     Palmeroni change accountants from the

18     Sarinelli firm?

19          A.    Yes.

20          Q.    Did you go with a firm, the

21     Carbone firm?

22          A.    Correct.

23          Q.    Why did you change accountants?

24          A.    I don't -- I actually don't know

25     the reason why, but we did.

1                          Rosarbo

2          Q.     Whose decision was it?

3          A.     We done it jointly.

4          Q.     Who picked the Carbone firm?

5          A.     Well, they were my accountant.

6          Q.     They were your accountants?

7          A.     Yes.

8          Q.     So you had used them previously?

9          A.     Correct.

10         Q.     Did you discuss this with

11    Mr. Palmeroni before making that change?

12         A.     Yes.  Because before, I was

13    giving all the information to his

14    accountant and that's how we came up with

15    all the K-1s and stuff.  So yes, we had to

16    discuss it.

17         Q.     Well, the question is did you

18    discuss it?

19         A.     Yes, we did.  My guess is he

20    wasn't using him anymore.

21         Q.     I don't want you to guess.  I

22    just want what you remember.

23         A.     OK, that's fine.

24         Q.     I want to show you a group

25    exhibit.  I'll hand them out to everybody.

1                    Rosarbo

2   These are the Smart World tax returns for

3   2002, 2003, 2004, 2005, 2006, and 2007.

4   I'm going to hold off.  Let me talk to

5   Eleanor.

6            (Pause.)

7      Q     We are going to hold off on

8   introducing that.

9            The -- when you were invoicing

10  folks through AWD, some of those folks paid

11  you by wire or electronic fund transfer,

12  correct?

13     A.    Correct.

14     Q.    And some of the times you got

15  paid by check?

16     A.    Yes.

17     Q.    What was the address that you

18  used for checks to be mailed to?

19     A.    The post office box address.

20     Q.    Up in New Rochelle?

21     A.    Correct.

22     Q.    Now, I'm going to show -- I guess

23  we should mark this as 10A.

24            (Exhibit 10A, blown-up version of

25      Exhibit 10 marked for identification,

1                          Rosarbo

2          as of this date.)

3          A.    I can read it, but I'm -- this is

4     cut off on this end.

5          Q.    That's OK.  I'm only interested

6     in one check and I want to make sure you

7     can see that.

8          A.    OK, that's fine.

9          Q.    So this is 10A, and what 10A is,

10    is just a blow-up of a portion of Exhibit

11    10 which had a Bates stamp number of

12    Sarinelli-NRCG-0196.

13              What I would like you to do, now

14    that you can see we have made it larger,

15    take a look at check 1020 in the middle

16    there.  Do you see that?

17         A.    Yes.

18         Q.    The one with your name on it?

19         A.    Correct.

20         Q.    Can you see it.  Can you read

21    that?

22         A.    Yes, I do.

23         Q.    There is a check there from

24    National Retail Consulting Group dated

25    August 31st of 2001 for $540.  Do you see

Page 213

1                        Rosarbo

2    that?

3        A.    Yes.

4        Q.    And the question to you is why

5    was Mr. Palmeroni's company, National

6    Retail Consulting Group, writing you a

7    check for $540?

8        A.    It had to be for the commissions

9    for -- I guess -- I really don't know.  But

10   for -- I don't know.  I really don't know.

11       Q.    That's fine.  That's the answer.

12             But you did get a check from

13   Mr. Palmeroni's company?

14       A.    Yes.

15       Q.    I assume you cashed it?

16       A.    Yes.

17       Q.    So what we have here now as 12,

18   is a group exhibit which consists of the

19   Smart World Inc. tax returns for 2002,

20   2003, 2004, 2005, 2006, 2007, and 2007 --

21   this will be Rosarbo 12.

22             MR. PALMERONI:  Do you know how

23       many pages it has?

24             MR. O'CONNOR:  No, I have given

25       everyone a copy.  So you can check out

1                          Rosarbo

2        the Bates stamp numbers and page count

3        for yourself.

4                 (Exhibit 12, tax returns for

5            Smart World Inc. for the years 2002,

6            2003, 2004, 2005, 2006, 2007 marked for

7            identification, as of this date.)

8            Q.    Did you have a chance to look at

9    those?

10           A.    Yes.

11           Q.    Do you agree these are the tax

12   returns for Smart World Inc. that were

13   provided by your accountants?

14           A.    Correct.

15           Q.    Do these appear to be true and

16   accurate copies of the tax returns for

17   Smart World Inc. for those years?

18           A.    Correct.

19           Q.    Now, just taking a look at the

20   top one, 2002, it says that you had gross

21   receipts of $3,252,985 for Smart World Inc.

22   in 2002, is that correct?

23           A.    Correct.

24           Q.    And cost of goods is 2,-- cost of

25   goods sold, $2,836,169, is that right?

Page 215

1                       Rosarbo

2        A.    Correct.

3        Q.    So you would have gross profit of

4   $416,816, is that right?

5        A.    Correct.

6        Q.    So did Smart World run at a

7   profit as well as AWD?

8        A.    Run out of profit?

9        Q.    Run on a profit?

10       A.    Well, I would have to say no.

11  The only money that went into Smart World

12  came from American Wholesale.  So if there

13  was excess, it just sat there until we used

14  it to buy other product.

15       Q.    So sometimes you would put more

16  money into it?

17       A.    Than was needed and then I would

18  wait until it got to the point that I

19  needed more, and then put more in.  But

20  it -- it wasn't like it sold anything and

21  it wasn't a profit.

22       Q.    Did you have distributions from

23  Smart World Inc. to you and Mr. Palmeroni?

24       A.    No.  Smart World Inc. was only

25  used for the simple fact of paying N.V.E.

Page 216

1                         Rosarbo

2     what was ordered through Smart World, that

3     was the only reason for that.  And to

4     accept money from American Wholesale for

5     the purpose of continuing the circle.

6         Q.    Go to the fifth page on the 2002

7     return, page 0091.

8         A.    OK.

9         Q.    Do you see it says for

10    shareholders identifying number and it has

11    a, what appears to be an social security

12    number there?

13        A.    Yes.

14        Q.    Is that your number?

15        A.    No.

16        Q.    Do you know if that's

17    Mr. Palmeroni's number?

18        A.    Yes.

19        Q.    And it has Mr. Palmeroni's name

20    and an address in Huntington Valley, PA.

21    Do you see that?

22        A.    Yes, I do.

23        Q.    Is that his home address?

24        A.    Then at that time, it was.

25        Q.    In 2002?

1                    Rosarbo

2        A.    Yes.

3        Q.    Do you know why you used

4    Mr. Palmeroni's name and address, home

5    address on this K1 rather than yours?

6        A.    No, I don't know why.

7        Q.    Who would have provided this

8    information to the accountant, you or

9    Mr. Palmeroni?

10       A.    Well, this information would have

11   been Mr. Palmeroni being that it's his

12   information.  I don't -- I wouldn't have

13   known that.

14       Q.    And this shows approximately half

15   of the gross profits going to

16   Mr. Palmeroni, is that your understanding?

17       A.    Yes.

18       Q.    Is says $206,112?

19       A.    That's correct.

20       Q.    Going through the rest of these

21   tax returns for the remaining years, was

22   that the same way that you transacted

23   business; that any monies going into Smart

24   World were purely to be used for the

25   purchase of N.V.E. product?

Page 218

1                        Rosarbo

2       A.    Yes.

3       Q.    And if there are profits to be

4    made, they would be in AWD or VAR?

5       A.    Correct.

6       Q.    And then distributed to either

7    you individually or to Mr. Palmeroni

8    through NRCG?

9       A.    Correct.

10      Q.    Did you have any conversations

11   with Mr. Palmeroni as to why checks were

12   made to NRCG rather than to him personally?

13      A.    No.

14      Q.    Well, who decided to make the

15   checks out to NRCG?

16      A.    Mr. Palmeroni.

17      Q.    Did he instruct you to do that?

18      A.    Yes, he did.

19      Q.    Did he tell you the reason why he

20   wanted to do that?

21      A.    No.

22      Q.    I assume when you were running

23   Smart World Inc., the United States

24   company, that you had records of the orders

25   and the purchases, is that correct?

1               Rosarbo

2      A.    Yes.

3      Q.    So you would have orders to make

4  sure of how much product you were buying

5  and how much you were paying for it?

6      A.    I kept records at the time of

7  orders that were being placed for the

8  simple fact that we didn't get confused as

9  to what you ordered and how much you were

10  supposed to pay.  That's about it.

11      Q.    So who was going to get what and

12  how much they owed you?

13      A.    Right.

14      Q.    Do you have those records

15  anymore?

16      A.    No.

17      Q.    What happened to -- let me back

18  up a little bit.

19          You also would have had some bank

20  records and some other records, is that

21  correct?

22      A.    Correct.

23      Q.    So what happened to Smart World

24  Inc.'s records?

25      A.    I -- at the point of dissolving

Page 220

                              Rosarbo

1

2    it, after a certain amount of years, I

3    threw them out.

4        Q.    Let me just back up.  Who had

5    possession of those records, Mr. Palmeroni

6    or yourself?

7        A.    I did.

8        Q.    When you say that after a certain

9    number of years, you threw them out, can

10   you tell us approximately when you threw

11   them out?

12       A.    2009.

13       Q.    And that was after there had been

14   subpoenas to Smart World and AWD for bank

15   records, is that correct?

16       A.    No, it was before that.  I -- I

17   threw them out before I was involved in any

18   of this.

19       Q.    You knew that Mr. Palmeroni was

20   involved in a lawsuit with N.V.E., is that

21   correct?

22       A.    Correct.

23       Q.    You understood that involved this

24   broker kickback scheme?

25       A.    Correct.

1                        Rosarbo

2      Q.     You didn't think that any of it

3   involved your participation in the

4   diversion of export product?

5      A.     No, I didn't.

6      Q.     How did you throw them out?

7      A.     I had shredded them and just got

8   rid of them, normal trash.

9      Q.     What would you say the quantity

10  of the records is that you shredded?

11     A.     Just all they were was bank

12  statements -- which, you know, normal bank

13  statements that come every month and

14  purchase orders which didn't have much on

15  them other than what was being bought.

16          Just out of a regular order book

17  that you get out of Staples, carbon copy

18  underneath, place the order, fax it to

19  whoever was buying it to insure that's what

20  they wanted.  And then have the carbon

21  copy.

22     Q.     Were you receiving faxes from

23  your customers?

24     A.     No.  They placed their orders by

25  phone.  I faxed to them.

1                     Rosarbo

2        Q.     And what fax did you use to fax

3    stuff to them?  What phone, what fax line?

4        A.     The fax line, at the end, at my

5    home.  And then the fax at N.V.E. when I

6    was working there.

7        Q.     And you also, I think you said,

8    got some e-mails in terms of orders for

9    diverted product?

10       A.     The e-mails were for them to put

11   the order in from me.

12       Q.     For the folks in Holland?

13       A.     Yes.

14       Q.     What e-mail account were you

15   using to tell the folks in Holland what

16   orders to place?

17       A.     That was an e-mail account that I

18   used to have with my personal e-mail.

19       Q.     Can you tell us what it was,

20   please.

21       A.     Well, it was, I know the one now,

22   VR4255@comcast.net.  But, I didn't always

23   have Comcast.net.

24             MR. VORT:  Excuse me, did you get

25       that e-mail address?

Page 223

1                      Rosarbo

2           (Record read)

3       Q.    And that's a current e-mail

4   address?

5       A.    Correct.

6       Q.    Were you using a different e-mail

7   address -- let me finish, so we all know

8   what we were talking about.

9           Were you using a different e-mail

10  address back when you were taking orders

11  for AWD?

12      A.    Yes and no, meaning that I

13  believe I used both of them.

14      Q.    Do you remember what the second

15  one was?

16      A.    No, but it was -- the numbers

17  were the same, VR4255, but I didn't have

18  Comcast then, I had DirecTV, so I'm not

19  sure what it would be.

20      Q.    Did you have an AOL.com account?

21      A.    That's what it is, yeah, at

22  AOL.com.

23      Q.    So, VR4255@AOL.com?

24      A.    Yes.

25      Q.    Is that the account you used to

1                          Rosarbo

2      communicate with Jeroen and Thomas in

3      Holland?

4          A.    And also the one I just said to

5      you.

6          Q.    Comcast?

7          A.    Because when one was gone, I used

8      the other one.

9          Q.    Do you still have the AOL.com

10     account?

11         A.    No.

12         Q.    When did you close or stop using

13     the AOL.com account?

14         A.    When we went from DirecTV to

15     Comcast, which was quite a few years ago.

16         Q.    When you were served with

17     document requests in this lawsuit, back

18     when you still had a lawyer, did you

19     attempt to find those e-mails?

20         A.    Oh, yeah.  But I didn't have AOL

21     anymore.  But that had nothing to do with

22     this.  It was changed by my wife --

23         Q.    That's not really my question.

24               The question is did you look --

25         A.    Yes, I did.

Page 225

1                        Rosarbo

2       Q.     -- to get those e-mails?

3       A.     Yes, I did.

4       Q.     Were there still some e-mails on

5   your Comcast account relating to the Smart

6   World scheme?

7       A.     I didn't see any, but there

8   possibly could be.

9       Q.     Do you understand that you have

10  to look for those?

11      A.     Yes, I couldn't find any no.

12      Q.     Did you try to contact AOL.com to

13  see if there was still a record of your

14  e-mails there?

15      A.     Yes, and they didn't have it.

16      Q.     What did AOL tell you?

17      A.     That it was too far back.

18      Q.     So you made no effort to hold on

19  to any of those e-mails?

20      A.     No.  I didn't see the

21  significance of it to be honest with you.

22  Didn't even cross my mind.

23      Q.     Same thing with regard to AWD,

24  did you have records relating to AWD?

25      A.     Yes.  AWD was actually the

Page 226

1                          Rosarbo

2     account that I -- that the orders were

3     placed in, so yes, of course.

4          Q.    Let me back up.  With regard to

5     the Smart World Inc., as I think we said

6     before, you were aware that Mr. Palmeroni

7     had been sued by N.V.E.?

8          A.    I knew that he was let go and

9     then -- yes, I was aware that he got sued

10    by N.V.E. and then I also was aware that he

11    sued N.V.E.

12         Q.    OK, so you knew that?

13         A.    Yes.

14         Q.    Did Mr. Palmeroni ever say to

15    you, with regard to the Smart World

16    records, Vinnie, hold on to those records?

17         A.    No.

18         Q.    Did he ever tell you, with regard

19    to the AWD records, Vinnie, you should hold

20    on to these AWD records because I'm in a

21    lawsuit?

22         A.    No.  The only thing that was said

23    to me, I asked, what's the lawsuit about,

24    and he told me kickback scam.  I didn't ask

25    what you were suing Bob for because I

```
 1                        Rosarbo
 2    didn't think it was none of my business.
 3        Q.    I'm just asking you whether
 4    Mr. Palmeroni --
 5        A.    That's all right, that's fine.
 6        Q.    -- asked you to hold on to any
 7    records?
 8        A.    No, no.
 9        Q.    Even in the companies that he was
10    part owner of?
11        A.    No.
12        Q.    And certainly with VAR
13    Consulting, did he ever ask you to hold on
14    to those records?
15        A.    No, of course not, no.
16              MR. VORT:  Vincent, slow down.
17        You are that far away.
18              MR. O'CONNOR:  Are you going to
19        charge him for advice?
20        A.     It's getting towards the end of
21    the day.
22              (Exhibit 13,  Corporate Charter
23        for American Wholesale Distribution
24        Inc. dated July 9, 2001, Bates stamped
25        Sarinelli-AWD-0011, 0014, 0015, 0016,
```

Page 228

1                          Rosarbo

2        and 0021 marked for identification, as

3        of this date.)

4        Q.     Rosarbo 13 is a group exhibit.

5    It says Secretary of State on top.  It's a

6    corporate charter for American Wholesale

7    Distribution Inc. dated July 9, 2001,

8    starting with Sarinelli-AWD-0011 and then

9    0014, 0015, 0016, and 0021.  Do you see

10   that, sir?

11       A.     Yes, I do.

12       Q.     Are these the formation documents

13   for American Wholesale Distribution?

14       A.     Yes.

15       Q.     When it came time to set up Smart

16   World Inc. did you and Mr. Palmeroni also

17   discuss whether you need to set up a second

18   company?

19       A.     Yes.

20       Q.     What did Mr. Palmeroni tell you

21   about why you had to set up two companies?

22       A.     Well, for the simple fact that we

23   couldn't have money going out and money

24   coming into the same company.  It would

25   have -- we wouldn't have been able to do

1                          Rosarbo

2      what we did.

3           Q.    Why couldn't your customers send

4      the check to Smart World Inc.?

5           A.    That's a good question.  I'm

6      really -- I don't know the answer to that.

7           Q.    Were you trying to hide

8      something?

9           A.    Well, to tell you the truth, I

10     really don't know.  Why couldn't they.

11     That's a very good question.

12          Q.    Who told you you couldn't do

13     that?  Did Mr. Palmeroni tell you that?

14          A.    He came up with the name of the

15     other company, but we didn't discuss why.

16     And I'm really not sure.  I don't know why

17     that couldn't have been done -- with

18     maybe -- maybe it would have looked

19     obvious?  I don't know.

20               MR. VORT:  Objection.

21          A    I have no idea.

22               MR. VORT:  Speculative.

23          Q.    You said Mr. Palmeroni came up

24     with the name of the other company.  Do you

25     mean American Wholesale Distribution?

1                          Rosarbo

2        A.     Yes.  And we both kicked names

3   back and forth.  And then he came up with

4   that one and we settled on it.

5        Q.     Was it your idea to set up two

6   companies?

7        A.     No.

8        Q.     If it wasn't your idea, whose

9   idea was it?

10       A.     It was Mr. Palmeroni's.

11       Q.     Did Mr. Palmeroni ever offer to

12   give you any ownership interest in NRCG?

13       A.     No.

14       Q.     How about Global Marketing and

15   Sales?

16       A.     No.

17       Q.     On the third page of this

18   document, which is 0015 --

19       A.     Yes.

20       Q.     This time, instead of just your

21   name, it has both Vincent Rosarbo and Jesus

22   Palmeroni.  Do you see that?

23       A.     Yes, I do.

24       Q.     Are either of those addresses

25   yours?

1                          Rosarbo

2        A.    No.

3        Q.    Do you know why it has --

4    whose -- whose address is 1 Madison Avenue,

5    Warminster, Pennsylvania?

6        A.    That's either his sister's or his

7    mother's or vice versa, but I don't know

8    which.

9        Q.    Why did you use somebody else's

10   address?

11       A.    I don't have the answer to that.

12   My -- I'm going to say that it was

13   addresses, that he was collecting mail in

14   those addresses, that he lived there before

15   and was still using them as a mailing

16   address.

17       Q.    So whose idea was it to use

18   either his mother's or sister's address,

19   your idea or Mr. Palmeroni's idea?

20       A.    Mr. Palmeroni.

21       Q.    Did you ever question him as to

22   why he was going to use his mother's or

23   sister's address, as opposed to you using

24   your own address?

25       A.    No.

1                        Rosarbo

2              (Exhibit 14,  American Wholesale

3       Distribution tax returns 2001 through

4       2007 marked for identification, as of

5       this date.)

6       Q.    So what's going to be Rosarbo 14

7    are the United States income tax returns

8    for American Wholesale Distribution for

9    2001, 2002, 2003, 2004, 2005, 2006, and

10   2007.  Do you see that, Mr. Rosarbo?

11       A.    Yes, I do.

12       Q.    Were these documents prepared

13   with information either you or

14   Mr. Palmeroni gave to your accountants?

15       A.    Yes.

16       Q.    Mr. Rosarbo, looking at just

17   2001, the first set there, 1, 2, 3, 4, 5,

18   6, 7 pages in, Sarinelli-AWD-17.  Do you

19   see that?

20       A.    Yes.

21       Q.    Again, does this confirm, as we

22   talked about before, that you and

23   Mr. Palmeroni each had 50 percent of the

24   shares in American Wholesale Distribution?

25       A.    That is correct.

Page 233

1                          Rosarbo

2        Q.    And that first year claiming

3    gross profit on the first page of only

4    $11,471, is that right?

5        A.    Yes.

6        Q.    By 2003 though, you were claiming

7    gross profit of over $800,000, is that

8    correct?

9        A.    Yes.

10       Q.    And was that money then split

11   between you and Mr. Palmeroni?

12       A.    That's correct.

13       Q.    If you go to the seventh page of

14   the 2003 returns, Mr. Rosarbo.  This is

15   page Sarinelli-AWD-0144.

16       A.    OK.

17       Q.    Do you see on the right of this

18   schedule K1, it says, Alpha

19   Pharmaceuticals, with a Las Vegas address.

20       A.    Yes.

21       Q.    What is Alpha Pharmaceuticals?

22             MR. VORT:  You are on page number

23   what?

24             MR. O'CONNOR:  144.

25       A.    I don't know.

1                        Rosarbo

2        A.     I don't want to guess.

3        Q.     Well, can you tell me your best

4   recollection?

5        A.     I think it has something to do

6   with the Portzes.

7        Q.     OK.

8        A.     But that's a guess.

9        Q.     Do you think this has to do with

10  the arrangement with the Portzes to sell

11  Black Ice?

12       A.     Yes.

13       Q.     As far as you're aware,

14  Mr. Rosarbo, is the information contained

15  in these tax returns accurate?

16       A.     Yes.

17       Q.     Moving to the next year,

18  Mr. Rosarbo, 2004, looking at the front

19  page of that document, Sarinelli-AWD-0211,

20  do you see where it says line 21?

21       A.     Yes.

22       Q.     First start with line 1, it shows

23  gross receipts of over 4 million dollars,

24  is that right?

25              MR. VORT:  Are we talking

Page 236

1                           Rosarbo
2       about --
3               MR. O'CONNOR:   2004.
4               MR. VORT:   2009?   I don't have a
5       2009.
6               MR. O'CONNOR:   No, 211.  2004.
7       Q.      It shows gross receipts of over
8  $4,000,000, is that correct?
9       A.      Yes.
10      Q.      And shows cost of good sales as
11 $2,750,000?
12      A.      Yes.
13      Q.      When you get down to line 21, it
14 shows ordinary business income of $1,365 --
15 excuse me, $1,365,030.  Do you see that?
16      A.      Yes.
17      Q.      Is that your profit through AWD
18 for 2004?
19      A.      Yes.
20      Q.      That was split 50/50 between you
21 and Mr. Palmeroni?
22      A.      Yes.
23      Q.      All of the profit that you made
24 through AWD in 2004 was made through the
25 sale of diverted N.V.E. products, is that

1                        Rosarbo

2    correct?

3         A.    Yes.

4         Q.    Is that true for each of the

5    years for AWD that we have here?

6         A.    Yes.

7         Q.    The next year in 2005, looking at

8    Carbone AWD-0000001, it shows on line 21

9    for ordinary income $630,000?

10        A.    That's correct.

11        Q.    And then did you split that with

12   Mr. Palmeroni?

13        A.    Yes.

14        Q.    And by 2006, profits were going

15   down?

16        A.    Yes.

17        Q.    Down to $9,800?

18        A.    Yes.

19        Q.    In 2007 return that has no

20   numbers on it.

21        A.    Yeah, it was over by then.

22              MR. VORT:  It was what?

23              THE WITNESS:  It was done by

24   then.  There was no activity.

25              MR. VORT:  OK, thank you.

Page 238

1                      Rosarbo

2       Q.    When you started using VAR

3    Consulting, did you use that VAR Consulting

4    checks to make payments to both yourself

5    and to Mr. Palmeroni?

6       A.    Yes.

7       Q.    And they were checks then to

8    Mr. Palmeroni and to NRCG?

9       A.    Yes.

10      Q.    Were most of the checks to NRCG

11   or to Mr. Palmeroni?

12      A.    NRCG.

13      Q.    I'm going to show you a couple of

14   checks though not all checks, some

15   representative checks.

16      A.    OK, that's fine.

17            (Exhibit 15, facsimiles of checks

18      Bates stamped BOA VAR-0166 0229 and

19      0150 marked for identification, as of

20      this date.)

21      Q.    Rosarbo 15 is a three-page

22   exhibit, facsimiles of checks, Bates stamp

23   numbers on the bottom of BOA-VAR-0166, 0229

24   and 0150.  Do you see that Mr. Rosarbo?

25      A.    Yes, I do.

1          Rosarbo

2     Q.    Starting with the first page,

3  0166.  There is a check to National Retail

4  Consulting Inc. for $9,562.  Do you see

5  that?

6     A.    Yes.

7     Q.    Is that your signature on that?

8     A.    Yes.

9     Q.    And when you wrote this check,

10  did you intend for the money to go to

11  Mr. Palmeroni?

12     A.    Yes.

13     Q.    The next page, 229, has a

14  $1400 check to Jesus Palmeroni.  Do you see

15  that?

16     A.    Yes.

17     Q.    I think, I don't know if this is

18  on the record, for this deposition, is

19  Jesus or Jesus, Joe Palmeroni's given name?

20     A.    Yes.

21     Q.    The $1400 check on July 20th of

22  2003, what does it say on the "for" line?

23     A.    I was looking at that.  My bus

24  flight to -- and then I don't know those

25  three letters.

Page 240

1                         Rosarbo

2        Q.    Was this reimbursement for an

3    expense or do you know what this was for?

4        A.    No, I don't.  Or business flight.

5    That's what this says.  Business flight --

6        Q.    Is that HOL?

7        A.    Which would mean Holland.

8        Q.    Is this 7/20/2003, is that about

9    the time of the flight to Holland that you

10   took?

11       A.    Yes.

12       Q.    So you folks, although you said

13   it was for pleasure, you said this was

14   treated as a business expense of the

15   company?

16       A.    Correct.

17       Q.    Next page, 150, a check from VAR

18   Consulting to Joe Palmeroni, $45,000

19   dollars dated February 15, 2006, is that

20   correct?

21       A.    Yes.

22       Q.    It says consulting fees.  Why

23   does it say consulting fees?

24       A.    Why does it say it?

25       Q.    Yeah.

1                        Rosarbo

2        A.    I didn't know what else to put

3    down.   I don't know.   That's what I put

4    down with all the checks.   This one here, I

5    didn't put corporate split for some reason.

6        Q.    Was this treated differently than

7    the corporate split?

8        A.    No, it was used for the same

9    purposes.   I just, for some reason, I

10   didn't put corporate split on there.

11       Q.    Did you -- Mr. Palmeroni ask you

12   to treat this one differently because it

13   was made --

14       A.    No.

15       Q.    Let me finish.

16            Did Mr. Palmeroni ask you to

17   treat this one different because it was

18   made out to him personally as opposed to

19   NRCG?

20       A.    No.

21            (Exhibit 16,   VAR Consulting

22       income tax returns 2002 through 2009

23       marked for identification, as of this

24       date.)

25       Q.    So what we are marking as Rosarbo

Page 242

                          Rosarbo

1

2    16, Mr. Rosarbo, are tax returns for V-A-R

3    Consulting or VAR Consulting for 2002,

4    2003, 2004, 2005, 2006, 2007, 2008, and

5    2009.  Do you see that?

6         A.    OK.

7         Q.    Did you have a chance to look at

8    those?

9         A.    Yeah.

10        Q.    So VAR Consulting, you,

11   Mr. Rosarbo, owned 100 percent of VAR

12   Consulting?

13        A.    Yes.

14        Q.    You listed your daughter Nicole

15   and wife Angelina as officers, is that

16   correct?

17        A.    Yes.

18        Q.    Why did you list Nicole as an

19   officer?

20        A.    I was told I needed three or more

21   people to get certain medical benefits for

22   the company.  So that's what I did.  And

23   she had done relatively small stuff for me.

24   But it was basically for that.  And I'd

25   have three more people on the corporation

Page 243

Rosarbo

1

2       to get medical benefits that could have

3       been affordable for the three of us.

4           Q.    Was that the reason you did it

5       through VAR Consulting rather than through

6       AWD?

7           A.    Yeah, AWD and Smart World were

8       set up totally for those purposes.  This

9       was set up differently.

10          Q.    So you made Nicole secretary and

11      treasurer to do some odd jobs and to get

12      her benefits?

13          A.    Yes, she was in college, to get

14      medical benefits for the three of us that

15      could have been affordable and that was

16      basically it.

17          Q.    Did you purchase health insurance

18      through VAR for yourself, your wife and

19      your daughter?

20          A.    Yes.  Not through VAR though --

21      oh, yes, yes, we did.  I forget how much it

22      cost, but yes.

23          Q.    How did you manage to split the

24      profits when you were using VAR -- how did

25      you manage to split the profits with

1                       Rosarbo

2     Mr. Palmeroni?

3          A.     Well, there was the one check

4     that you seen, that was the only check that

5     was cut out.

6          Q.     It was a couple of checks, right?

7          A.     Or whichever ones that are there.

8          Q.     Is that why you were calling it

9     consulting, because Mr. Palmeroni didn't

10    own any part of VAR?

11         A.     Correct.

12         Q.     Were the profits generated in

13    VAR, were they as a result of the sale of

14    diverted N.V.E. export goods?

15         A.     Yes.

16         Q.     Did your wife's business with the

17    trinkets, did that generate any profit?

18         A.     Very, very small.  I'm not even

19    sure if it was in here.  It was a, you

20    know, trade shows that we did that were in

21    a park, product that would have been --

22    little bit of product was bought and little

23    bit was sold, but it didn't amount to

24    hardly anything.

25         Q.     When you say didn't amount to

Page 245

1                          Rosarbo

2     hardly anything, can you give me ballpark?

3          A.    $1500, 1200.

4          Q.    Ballpark number?

5          A.    1500, yeah, on the weekend.

6          Q.    How about on a yearly basis?

7          A.    It was only that one time.

8          Q.    One time?

9          A.    Yes.

10         Q.    So of all the income that you

11    made on your wife's trinket business was

12    $1500 total?

13         A.    Correct.

14         Q.    Anything else is related to the

15    sale of the N.V.E. diverted goods?

16         A.    Correct.

17              MR. VORT:  Before -- are you

18         finished with these?

19              MR. O'CONNOR:  Yeah.

20         Q    You don't dispute the accuracy of

21    these documents I just showed you?

22         A.    No, I don't.

23              (Exhibit 17, a facsimile of check

24         number 1064 dated April 20th, 2005,

25         from Curtis Beverage LLC to VAR Bates

Rosarbo

1

2      stamped BOA-VAR-0123 marked for

3      identification, as of this date.)

4      Q.    If I didn't ask you before,

5  Mr. Rosarbo, I assume, along with the Smart

6  World and the AWD records, did you also get

7  rid of your VAR Consulting records?

8      A.    Yes.

9      Q.    About when did you get rid of the

10  VAR Consulting records?

11      A.    About the same time, 2008, 2007,

12  2008.

13      Q.    I think before you said it might

14  have been around 2009?

15      A.    OK.  Yes.

16      Q.    I'm showing you Rosarbo 17, which

17  is a facsimile of a check number 1064 dated

18  April 20th, 2005, from Curtis Beverage LLC

19  to VAR in the amount of $19,124, Bates

20  stamp number BOA-VAR-0123.  Do you see that

21  Mr. Rosarbo?

22      A.    Yes, I do.

23      Q.    And did VAR or you receive this

24  check from Curtis Beverage?

25      A.    Yes.

Page 254

Rosarbo

1    compensated more highly?

2    A.    Yes.

3    Q.    When you initially set up the

4    Smart World Inc. here in the United States,

5    how did you and Mr. Palmeroni set up enough

6    money to start buying product?

7    A.    We both put money into the

8    company.  I don't know exactly how much it

9    was.  But that's how we started it.

10   Q.    Do you remember it being

11   approximately $10 to 15,000 each?

12   A.    Correct.

13   Q.    Is that correct?

14   A.    No, it's -- the first banking

15   statement would show it.  But yes,

16   because -- don't correct me on the number,

17   but something to that effect to start out

18   because we didn't know where it was going

19   to go and what it was going to do.

20   Q.    Is that in the neighborhood of

21   what you put in?

22   A.    Yes.

23   Q.    10 to 15, somewhere in that

24   neighborhood?

1                      Rosarbo

2        A.    Correct.  Might have been a

3    little bit more, 20, but together.

4             MR. O'CONNOR:  I'm done,

5    Mr. Rosarbo.  Thank you for your time.

6             THE WITNESS:  All right.

7             MR. O'CONNOR:  Mr. Rosarbo, you

8    understand and we talked about this

9    earlier that Mr. Vort and Mr. Basil

10   will also have the right to ask you

11   questions.

12            It is now 4:30 and it's late in

13   the day.  I don't know how much

14   Mr. Vort or Mr. Basil will have, but I

15   suspect it is more than half an hour?

16            MR. VORT:  You are correct.  I

17   have telephoned my office to get dates

18   for the week between January 4th and

19   January 8th.  I know Ms. Lipsky is

20   going to be away before then.

21            MR. O'CONNOR:  I was hoping we

22   would do it sooner.

23            MR. VORT:  January 5th, I have a

24   hearing I can't get out of, but the

25   rest of that week is available.

1       UNITED STATES DISTRICT COURT

        DISTRICT OF NEW JERSEY

2       CIVIL ACTION NO. 2:06-CV-05455 (HAA) (ES)

3    N.V.E., Inc.,

4         Plaintiff,

                                   DEPOSITION OF:

5         v.

                              VINCENT J. ROSARBO

6    JESUS J. PALMERONI a/k/a JOSEPH

     PALMERONI, RONALD SUMICEK, SUNBELT

7    MARKETING, ABC CORPORATIONS 1-10,

     and JOHN DOES 1-10,

8

         Defendants.

9    - - - - - - - - - - - - - - - - - - -

10   JESUS J. PALMERONI,

11        Third-Party Plaintiff,

12        v.

13   ROBERT OCCHIFINTO and WALTER ORCUTT,

14        Third-Party Defendants.

15   - - - - - - - - - - - - - - - - - - -

16            TRANSCRIPT of the stenographic notes of

17   the proceedings in the above-entitled matter, as

18   taken by and before JANE A. GARBUS, a Certified

19   Court Reporter, License No. XI01648, of the State of

20   New Jersey, held at the office of ROBERT A. VORT,

21   ESQ., Two University Plaza, Hackensack, New Jersey,

22   on Wednesday, March 16, 2016, commencing at

23   11:10 a.m.

24

25     Job No. NJ2264744

Page 10

1       A.    Tammy Thom, I believe her last name is.

2             There was another girl who was there.  We

3       went to her wedding.  I don't remember her name.

4       Jennifer?

5       Q.    Okay.  Would that have been Jennifer

6       Hunsicker?

7       A.    Correct.  For a time Michelle.

8       Q.    Referring to Michelle Hooey?

9       A.    Yes.  That's all I remember.

10      Q.    Now, did Mr. Palmeroni travel a lot?

11      A.    Yes.

12      Q.    When Mr. Palmeroni was traveling, who was

13      in charge of the sales department?

14      A.    Well, that was kind of open.  I mean, I

15      guess I was the number two guy, but we more or less

16      weren't under much supervision other than when

17      Walter came.

18      Q.    Referring to --

19      A.    In the beginning --

20      Q.    Walter who?

21      A.    Walter Orcutt.

22            In the beginning, it was kind of open.

23      Then when Walter came, he more or less took that

24      position.

25      Q.    He became number two person in the sales

Page 129

```
 1            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW JERSEY
 2            CIVIL ACTION NO. 2:06-CV-05455 (HAA) (ES)
 3    N.V.E., Inc.,
 4        Plaintiff,                    CONTINUED
                                        DEPOSITION OF:
 5        v.
                                        VINCENT J. ROSARBO
 6    JESUS J. PALMERONI a/k/a JOSEPH    VOLUME II
      PALMERONI, RONALD SUMICEK, SUNBELT
 7    MARKETING, ABC CORPORATIONS 1-10,
      and JOHN DOES 1-10,
 8
          Defendants.
 9    - - - - - - - - - - - - - - - - - -
10    JESUS J. PALMERONI,
11        Third-Party Plaintiff,
12        v.
13    ROBERT OCCHIFINTO and WALTER ORCUTT,
14        Third-Party Defendants.
15    - - - - - - - - - - - - - - - - - -
16            TRANSCRIPT of the stenographic notes of
17    the proceedings in the above-entitled matter, as
18    taken by and before JANE A. GARBUS, a Certified
19    Court Reporter, License No. XI01648, of the State of
20    New Jersey, held at the office of ROBERT A. VORT,
21    ESQ., Two University Plaza, Hackensack, New Jersey,
22    on Wednesday, March 23, 2016, commencing at
23    11:10 a.m.
24
25      Job No. NJ2264746
```

Page 226

1          Q.    -- like a Playboy-type photo?

2          A.    Yes.

3          Q.    Mr. Vort also asked you about Mr.

4    Occhifinto's criminal record.  Were you aware that

5    Mr. Palmeroni also was a convicted felon?

6          A.    Yes.

7          Q.    And did you think Mr. Occhifinto was

8    trying to give you a second chance as a convicted

9    felon by giving you a job?

10         A.    I guess so, yes.

11         Q.    Do you think he was trying to give

12   Mr. Palmeroni a second chance as a convicted felon?

13         A.    Yes.

14         Q.    Because when you went to work, when you

15   went to work for N.V.E., you didn't have much sales

16   experience, did you?

17         A.    No.

18         Q.    And you had not worked in the nutritional

19   supplement industry, had you?

20         A.    No.

21         Q.    I believe you did some construction-type

22   work?

23         A.    A power plant operator.

24         Q.    And that was your Navy experience and then

25   afterwards at Sikorsky.  Correct?

Page 227

1      A.    That's correct, yes.

2      Q.    Your construction work with your brother

3  or brother-in-law?

4      A.    Brother-in-law.

5      Q.    Ultimately, you were not making what you

6  thought to be enough money doing that work.  Is that

7  correct?

8      A.    Correct, yes.

9      Q.    And when you were hired by Mr. Occhifinto

10 at N.V.E., you were making significantly more money

11 than you had been making working construction with

12 your brother-in-law.  Is that correct?

13     A.    It grew into that, yes.

14     Q.    And the money you made while working at

15 N.V.E. was more money on a yearly basis than you've

16 made since leaving N.V.E. and shutting down AWD and

17 VAR.  Is that correct?

18     A.    Yes.

19     Q.    Have you had any sales jobs employment

20 since leaving N.V.E. other than with AWD and VAR?

21     A.    No.

22     Q.    While employed at N.V.E., I think you

23 testified that you would receive a bonus towards the

24 end of the year.  Is that correct?

25     A.    Yes.