**PASHMAN STEIN WALDER HAYDEN**
A Professional Corporation
21 Main Street, Suite 200
Court Plaza South
Hackensack, NJ 07601
(201) 488-8200
Attorneys for Plaintiff
*N.V.E., Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

N.V.E., INC.,

Plaintiff,

vs.

JESUS JOSE PALMERONI AND VINCENT ROSARBO,

Defendants

Civil Action No. 06-5455 (MCA) (LDW)

**PLAINTIFF N.V.E., INC.'S PROPOSED ADDITIONAL VOIR DIRE QUESTIONS**

1. Have you ever been a plaintiff or defendant in a civil lawsuit?

2. If so, is there anything about that experience that will cause you to be biased on favor of plaintiffs or defendants?

3. Have you ever been a witness in a lawsuit?

4. If so, what type of case was it, were your deposed, and did you testify at trial?

5. Have you ever served on a jury?

6. If so, what type of jury was it and what type of case was it?

7. Did you ever hear anything about NVE or its products, such as Stacker 2?

8. Have you or anyone close to you ever been employed by NVE?

9. Have you or anyone close to you ever been a consumer of NVE's products including, Stacker 2 or Stacker 3?

10. Did you or anyone close to you ever use any other products containing ephedra?

11. Do you have any opinion about the nutraceutical business?

12. Do you or your family own all or part of a business?

13. If so, has your business ever been a victim of fraud? Did it involve a court action? Do you have any thoughts or feelings about the experience?

14. Have you or any of your family, friends, or close colleagues ever been a victim of fraud? Did it involve a court action? Do you have any thoughts or feelings about the experience?

15. Have you or any of your family, friends, or close colleagues ever been accused of committing fraud? Did it involve a court action? Do you have any thoughts or feelings about the experience?

16. What televisions shows do you watch?

17. Do you have any bumper stickers on your car?

18. Are you a member of any organizations such as the Rotary Club, Elks Club, Jaycees, etc.?

19. Where do you get your news?

20. Is there any reason why you could not follow an instruction that, under our law, a corporation is entitled to the same legal protections as a natural person?

21. Do you understand and agree that when a corporation is harmed, just like when a person is harmed, the business is entitled to monetary compensation?

22. Do you hold negative views of any of the individuals involved in this case because of the type of business or profession they are in, such as the manufacturing and sales of nutritional supplements or lawyers?

23. Anything else that might impair your ability to be impartial in this matter?

**PASHMAN STEIN WALDER HAYDEN**
A Professional Corporation
Attorneys for Plaintiff,
*NVE, Inc.*

/s/ James W. Boyan III
JAMES W. BOYAN III

DATED: March 2, 2020