**PASHMAN STEIN WALDER HAYDEN**
21 Main Street, Suite 200
Court Plaza South
Hackensack, NJ 07601
(201) 488-8200
Attorneys for Plaintiff
*N.V.E., Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| N.V.E., INC., <br><br> Plaintiff, <br><br> vs. <br><br><br> JESUS JOSE PALMERONI AND VINCENT ROSARBO, <br><br><br><br> Defendants | Civil Action No. 06-5455 (MCA) (LDW) <br><br> **PLAINTIFF'S PROPOSED JURY VERDICT SHEET** |

**FRAUD**

### QUESTION NO. 1

Do you find that Defendant Jesus Palmeroni liable to plaintiff for FRAUD for the Kickback Scheme?

If you answered "Yes" as to any one of the Defendants, then please continue to Question No. 2, on the following page.

If you answered "No" as to all of the Defendants, then please continue to Question No. 3 on page 3.

## AWARD OF COMPENSATORY DAMAGES

**Question 2:**

If you answered "Yes" to Question No. 1, please enter below the amount of money that will fairly and adequately compensate Plaintiff for the damages it sustained:

$_____

*Proceed to Question No. 3.*

## **FRAUD - DECEIT**

### **QUESTION NO. 3**

Do you find that any of the Defendants are liable to plaintiff for FRAUD - DECEIT for the Distribution Scheme?

*If your answer is yes, indicate which Defendants are liable on the table below.*

|  | YES | NO |
|---|---|---|
| JESUS JOSE PALMERONI |  |  |
| VINCENT ROSARBO |  |  |

If you answered "Yes" as to any one of the Defendants, then please continue to Question No. 4, on the following page.

If you answered "No" as to all of the Defendants, then please continue to Question No. 5 on page 5.

## AWARD OF COMPENSATORY DAMAGES

**Question 4:**

For each defendant as to which you answered "Yes" to Question No. 3, please enter below the amount of money that will fairly and adequately compensate Plaintiff for the damages it sustained:

$_____

*Proceed to Question No. 5.*

## BREACH OF THE DUTY OF LOYALTY

### QUESTION NO. 5

Do you find that any of the Defendants are liable to plaintiff for BREACH OF THE DUTY OF LOYALTY?

*If your answer is yes, indicate which Defendants are liable on the table below.*

|  | YES | NO |
|---|---|---|
| JESUS JOSE PALMERONI |  |  |
| VINCENT ROSARBO |  |  |

If you answered "Yes" as to any one of the Defendants, then please continue to Question No. 6, on the following page.

If you answered "No" as to all of the Defendants, then please continue to Question No. 8 on page 8.

## AWARD OF COMPENSATORY DAMAGES

**Question 6:**

 For each defendant as to which you answered "Yes" to Question No. 5 please enter below the amount of money that will fairly and adequately compensate Plaintiff for the damages it sustained:

$ _____


*Proceed to Question No. 7.*

## SPECIAL INTERROGATORY CONCERNING BREACH OF THE DUTY OF LOYALTY

**Question No. 7**:

Do you find that Defendants willfully and maliciously caused an injury to Plaintiff when they breached their duty of loyalty?

*If your answer is yes, indicate which Defendants on the table below.*

|  | YES | NO |
|---|---|---|
| JESUS JOSE PALMERONI |  |  |
| VINCENT ROSARBO |  |  |

*Proceed to Question No. 8.*

## **TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS RELATIONS**

### **QUESTION NO. 8**

Do you find that any of the Defendants are liable to Plaintiff for tortious interference with prospective business relations?

*If your answer is yes, indicate which Defendants are liable on the table below.*

|  | YES | NO |
|---|---|---|
| JESUS JOSE PALMERONI |  |  |
| VINCENT ROSARBO |  |  |

If you answered "Yes" as to any one of the Defendants, then please continue to Question No. 9, on the following page.

If you answered "No" as to all of the Defendants, then please continue to Question No. 12 on page 12.

## **AWARD OF COMPENSATORY DAMAGES**

**Question 9:**

For each defendant as to which you answered "Yes" to Question No. 8 please enter below the amount of money that will fairly and adequately compensate Plaintiff for the damages it sustained:

$_____

*Proceed to Question No. 10.*

## SPECIAL INTERROGATORY CONCERNING
## TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS RELATIONS

**Question No. 10**:

Do you find that Defendants Jesus Jose Palmeroni and Vincent Rosarbo willfully and maliciously caused an injury to Plaintiff when they intentional interfered with NVE's prospective business relations?

*If your answer is yes, indicate which Defendants on the table below.*

|  | YES | NO |
|---|---|---|
| JESUS JOSE PALMERONI |  |  |
| VINCENT ROSARBO |  |  |

*Proceed to Question No. 11.*

## CIVIL CONSPIRACY

### QUESTION NO. 11

Do you find that any of the Defendants are liable to plaintiff for CIVIL CONSPIRACY.

*If your answer is yes, indicate which Defendants are liable on the table below.*

|  | YES | NO |
|---|---|---|
| JESUS JOSE PALMERONI |  |  |
| VINCENT ROSARBO |  |  |

If you answered "Yes" as to any one of the Defendants, then please continue to Question No. 12, on the following page.

If you answered "No" as to all of the Defendants, then please continue to Question No. 14 on page 14.

## AWARD OF COMPENSATORY DAMAGES

**Question 12:**

For each defendant as to which you answered "Yes" to Question No. 10 please enter below the amount of money that will fairly and adequately compensate Plaintiff for the damages it sustained:

$ _____

*Proceed to Question No. 13.*

# SPECIAL INTERROGATORY CONCERNING CIVIL CONSPIRACY

**Question No. 13**:

Do you find that Defendants Jesus Jose Palmeroni and Vincent Rosarbo willfully and maliciously caused an injury to Plaintiff when they entered into a civil conspiracy to inflict an injury upon NVE?

*If your answer is yes, indicate which Defendants on the table below.*

|  | YES | NO |
|---|---|---|
| JESUS JOSE PALMERONI |  |  |
| VINCENT ROSARBO |  |  |

*Proceed to Question No. 14.*

13

## Award of Punitive Damages

**Question 14:**

Do you find that Plaintiff is entitled to punitive damages against any of the following Defendants?

|  | YES | NO |
|---|---|---|
| Jesus Palmeroni |  |  |
| Vincent Rosarbo |  |  |

*If you answered "Yes" as to any of the Defendants above, then proceed to Question No. 15.*

*If you answered "No" as to all of the Defendants above, then you have found that Plaintiffs are not entitled to punitive damage. Please skip to the end of this verdict sheet.*

**Award of Punitive Damages**

**Question 15**:

      For each Defendant for whom you answered "Yes" to Question No. 15, enter the amount of money that will fairly and adequately penalize that Defendant for its actionable conduct against Plaintiff?

| Jesus Palmeroni | $_____ |
|---|---|
| Vincent Rosarbo | $_____ |

*Proceed to the End of the Verdict Sheet on the Next Page.*

## **END OF VERDICT SHEET**

*You have completed this Verdict Sheet.*

*Please notify the court officer that the jury has reached its verdict.*