UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| N.V.E., INC., <br> Plaintiff, <br> v. <br> JESUS J. PALMERONI, et al., <br> Defendants. | **Civil Action No. 06-5455-MCA-AME** <br><br> **ORDER** |

**THE COURT** having held settlement conferences with the parties on November 23, 2021 and November 24, 2021 that did not result in a settlement; and it

**APPEARING** that, during the settlement conference on November 24, 2021, the Court vacated the hearing previously scheduled for November 29, 2021; and it further

**APPEARING** that the Court a held a status conference on November 29, 2021 during which the Court discussed various pretrial issues with the parties; and it further

**APPEARING** that the District Court has scheduled trial in this matter for January 18, 2022 [D.E. 788]; and for good cause shown

**IT IS** on this 30th day of November 2021**,**

**ORDERED** that this civil action is hereby referred to mediation pursuant to L. Civ. R. 301.1(d); and it is further

**ORDERED** that the Clerk is directed to appoint the Hon. Mark Falk (Ret.) as Mediator in this matter; and it is further

**ORDERED** that counsel and the parties shall participate in mediation and shall cooperate with the Mediator; and it is further

**ORDERED** that counsel and the parties (including individuals with full settlement

1

authority as may be determined by the Mediator) shall attend mediation sessions as requested by the Mediator; and it is further

**ORDERED** that upon receipt of this Order, the parties shall contact the Mediator to schedule the mediation; and it is further

**ORDERED** that Plaintiff's counsel is directed to provide the Mediator with copies of all pleadings; and it is further

**ORDERED** that the mediation shall be completed by December 24, 2021.

 /s/ *André M Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge